Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CASE NO. CR-F-02-5301 OWW |
| )                              | |
| Plaintiff,     )               | |
| )                              | STIPULATION AND ORDER FOR A |
| vs.     )                      | RESETTING OF HEARING ON REPORT |
| )                              | OF PROBATION OFFICER |
| DANIEL BOOBAR,     )           | |
| )                              | |
| Defendants.     )              | |
| _____) | |

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, and the Defendant, by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: by May 13, 2005.

Formal Objections must be filed with the Court and served on Probation and AUSA: by June 3, 2005.

RPO Hearing: move from April 25, 2005, at 1:30 p.m. to June 13, 2005, at 1:30 p.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Good cause exists for this continuance in order to allow the government additional

///

1  time to provide the defense with pre-sentence related discovery from the U.S. Customs,
2  Office in Florida, as previously ordered on January 4, 2005.

5  DATED: April 20, 2005                    Respectfully submitted,

7                                            /s/
8                                           ―――――――――――――――――――
                                            ERIC K. FOGDERUDE
                                            Attorney for Defendant,
9                                           DANIEL BOOBAR

12                                           /s/
    DATED: April 21, 2005___                ―――――――――――――――――――
13                                          JON CONKLIN
                                            Assistant United States Attorney

                                            **ORDER**

17       **IT IS SO ORDERED**.

                                            /s/ OLIVER W. WANGER
19  DATED: April  26, 2005___               ―――――――――――――――――――
20                                          HONORABLE OLIVER W. WANGER
                                            United States District Court Judge,
21                                          Eastern District of California