1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108

5  Attorney for Defendant, DANIEL BOOBAR

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   CASE NO. CR-F-02-5301 OWW
                                     )
11              Plaintiff,           )
                                     )
12  vs.                             )   STIPULATION AND ORDER FOR A
                                     )   RESETTING OF HEARING ON REPORT
13  DANIEL BOOBAR,                   )   OF PROBATION OFFICER
                                     )
14              Defendants.          )
                                     )
15  _____ )

16

17         IT IS HEREBY STIPULATED by and between Plaintiff, the United States of

18  America, and the Defendant, by and through his attorney, that the date set for hearing on

19  the presentence report of the probation officer and sentencing be extended as follows:

20         Defense Counsel's Informal Objections due to Probation and AUSA:
           by July 1, 2005.

21         Formal Objections must be filed with the Court and served on Probation and
           AUSA: by July 18, 2005.
22
           RPO Hearing: move from June 13, 2005,  at 1:30 p.m. to August 15, 2005, at
23         1:30 p.m.

24         The parties also agree that any delay resulting from this continuance shall be

25  excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F),

26  3161(h)(8)(A) and 3161(h)(8)(B)(I).

27         Good cause exists for this continuance in order to allow the government additional

28  ///

---

1  time to provide the defense with pre-sentence related discovery from the U.S. Customs,

2  Office in Florida, as previously ordered on January 4, 2005.  A motion for post conviction

3  discovery will be calendered for June 13, 2005 or as soon thereafter as it can be heard by

4  the court.

5

6

7  DATED: June 6, 2005                    Respectfully submitted,

8

9

10                                        __/s/_____
    ERIC K. FOGDERUDE
    Attorney for Defendant,

11                                        DANIEL BOOBAR

12

13

14

    DATED: June 6 , 2005_____          _____/s/_____

15                                        JON CONKLIN
    Assistant United States Attorney

16

17                                        **ORDER**

18

19        **IT IS SO ORDERED**.

20

21                                        /s/ OLIVER W. WANGER
                                          _____
    DATED: June   _7__, 2005__

22                                        HONORABLE OLIVER W. WANGER
    United States District Court Judge,

23                                        Eastern District of California

24

25

26

27

28

U.S. vs. Boobar, et al.                                          **Stipulation and Order for a resetting of Hearing**

Case No. CR-F- 02-5301 OWW                 2          **Of Hearing on Report of Probation Officer**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. vs. Boobar, et al.                                              Stipulation and Order for a resetting of Hearing

Case No. CR-F- 02-5301 OWW                    3          Of Hearing on Report of Probation Officer