Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL BOOBAR, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CR-F-02-5301 OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, and the Defendant, by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: by July 1, 2005.

Formal Objections must be filed with the Court and served on Probation and AUSA: by July 18, 2005.

RPO Hearing: move from June 13, 2005, at 1:30 p.m. to August 15, 2005, at 1:30 p.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Good cause exists for this continuance in order to allow the government additional

///

U.S. vs. Boobar, et al.
Case No. CR-F- 02-5301 OWW

Stipulation and Order for a resetting of Hearing
Of Hearing on Report of Probation Officer

1  time to provide the defense with pre-sentence related discovery from the U.S. Customs,
2  Office in Florida, as previously ordered on January 4, 2005.  A motion for post conviction
3  discovery will be calendered for June 13, 2005 or as soon thereafter as it can be heard by
4  the court.

7  DATED: June 6, 2005                    Respectfully submitted,

10                                          /s/
                                         ERIC K. FOGDERUDE
                                         Attorney for Defendant,
11                                       DANIEL BOOBAR

15  DATED: June 6 , 2005_____              /s/
                                         JON CONKLIN
                                         Assistant United States Attorney

**ORDER**

19  **IT IS SO ORDERED**.

21                                          /s/ OLIVER W. WANGER
22  DATED: June  _7_, 2005_
                                         HONORABLE OLIVER W. WANGER
                                         United States District Court Judge,
23                                       Eastern District of California

**U.S. vs. Boobar, et al.**  
**Case No. CR-F- 02-5301 OWW**   3   **Stipulation and Order for a resetting of Hearing**  
**Of Hearing on Report of Probation Officer**