1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108

5

   Attorney for Defendant, DANIEL BOOBAR
6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. CR-F-02-5301 OWW
                                     )
12          Plaintiff,               )   DEFENDANT'S REQUEST FOR LEAVE
                                     )   TO FILE FURTHER PRETRIAL MOTIONS
13  vs.                              )
                                     )   HEARING DATE: August 15, 2005
14  DANIEL BOOBAR,                   )   HEARING TIME: 1:30 p.m.
                                     )   JUDGE: Honorable Oliver W. Wanger
15          Defendants.              )
    _____)

16

17

18          Defendant, DANIEL BOOBAR, by and through his legal counsel, ERIC K.

19  FOGDERUDE, respectfully moves this Honorable Court for an Order granting him leave

20  to file additional post-conviction motions, if necessary.  This request is made in

21  anticipation of identifying issues arising from the discovery which will be produced in

22  response to Defendant BOOBAR's Motion For Discovery Related To Sentencing Issues

23  and Related To Filing of a Motion For New Trial and/or Motion For Dismissal.

24          This motion is based upon the court file and any other matter which may be

25  submitted by or at oral argument.

26

27  ///

28
    ///

---

U.S. vs. Boobar, et al.                    **Defendant's Request for Leave to File**
Case No. CR-F- 02-5301 OWW                 **Further Pretrial Motions**

1

2

DATED: July 5, 2005                    FLETCHER & FOGDERUDE, INC.

3

4

5

/s/

6
_____

ERIC K. FOGDERUDE
7
Attorney for Defendant,
DANIEL BOOBAR

8

9

10

11

**ORDER**

12

13        **IT IS SO ORDERED**.

14   Only as to motions the Court presently has jurisdiction to hear. OWW

15

/s/ OLIVER W. WANGER
16   DATED: July _8__, 2005
_____
HONORABLE OLIVER W. WANGER
17                                     United States District Court Judge,
Eastern District of California

18

19

20

21

22

23

24

25

26

27

28

---