1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108

5  Attorney for Defendant, DANIEL BOOBAR

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )   CASE NO. CR-F-02-5301 OWW
11                                   )
                Plaintiff,           )
12                                   )   STIPULATION AND ORDER FOR A
   vs.                              )   RESETTING OF HEARING ON REPORT
13                                   )   OF PROBATION OFFICER AND
   DANIEL BOOBAR,                    )   PRESENTENCE MOTIONS
14                                   )
                Defendants.          )
15  _____)

16

17        IT IS HEREBY STIPULATED by and between Plaintiff, the United States of

18  America, and the Defendant, by and through his attorney, that the date set for hearing on

19  presentence motions and the presentence report of the probation officer and sentencing be

20  extended as follows:

21        Defense Counsel s Informal Objections due to Probation and AUSA:
          by October 24, 2005.

22        Motions and Formal Objections must be filed with the Court and served on
          Probation and AUSA: by November 7, 2005, and Governments reply will be filed
23        by November 21, 2005.

24        Motions and RPO Hearing: will move from October 24, 2005,  at 1:30 p.m. to
          December 5, 2005, at 1:30 p.m.

25

26        The parties also agree that any delay resulting from this continuance shall be

27  excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F),

28  3161(h)(8)(A) and 3161(h)(8)(B)(I).
   ///

---

**U.S. vs. Boobar, et al.**                    **Stipulation and Order for a resetting of Hearing**
**Case No. CR-F-02-5301 OWW**                  **Of Hearing on Report of Probation Officer**

1      On August 15, 2005, Defendants Motion for Discovery Related to Sentencing Issues

2   was heard, at which time the Court set a compliance date for production of such discovery

3   for three (3) weeks, to wit September 5, 2005.  As of this date, the Government is still in the

4   process of compiling the discovery.

5      Therefore, good cause exists for this continuance in order to allow the government

6   additional time to provide the defense with pre-sentence related discovery from the U.S.

7   Customs as previously ordered on August 15, 2005.  The new compliance date is Friday,

8   September 30, 2005.

9

10

11

12   DATED: October 20, 2005          Respectfully submitted,

13

14                        /s/ Eric K. Fogderude
                          ERIC K. FOGDERUDE
15                        Attorney for Defendant,
                          DANIEL BOOBAR
16

17

18                        /s/ Jon Conklin
19   DATED: _10-20-05                _____
20                        JON CONKLIN
                          Assistant United States Attorney
21

22                             **ORDER**

23
        **IT IS SO ORDERED**.
24

25

26   DATED: _____     _____
                          HONORABLE OLIVER W. WANGER
27                        United States District Court Judge,
                          Eastern District of California

28

---

U.S. vs. Boobar, et al.                    **Stipulation and Order for a resetting of Hearing**
Case No. CR-F-02-5301 OWW          2        **Of Hearing on Report of Probation Officer**