Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL BOOBAR, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CR-F-02-5301 OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER AND PRESENTENCE MOTIONS |

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, and the Defendant, by and through his attorney, that the date set for hearing on presentence motions and the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: by October 24, 2005.

Motions and Formal Objections must be filed with the Court and served on Probation and AUSA: by November 7, 2005, and Governments reply will be filed by November 21, 2005.

Motions and RPO Hearing: will move from October 24, 2005, at 1:30 p.m. to December 5, 2005, at 1:30 p.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).
///

1  On August 15, 2005, Defendants Motion for Discovery Related to Sentencing Issues
2  was heard, at which time the Court set a compliance date for production of such discovery
3  for three (3) weeks, to wit September 5, 2005. As of this date, the Government is still in the
4  process of compiling the discovery.

5  Therefore, good cause exists for this continuance in order to allow the government
6  additional time to provide the defense with pre-sentence related discovery from the U.S.
7  Customs as previously ordered on August 15, 2005. The new compliance date is Friday,
8  September 30, 2005.

12  DATED: October 20, 2005            Respectfully submitted,

14                                     /s/ Eric K. Fogderude
                                       ERIC K. FOGDERUDE
15                                     Attorney for Defendant,
                                       DANIEL BOOBAR

19  DATED: _10-20-05_                  /s/ Jon Conklin

20                                     JON CONKLIN
                                       Assistant United States Attorney

22                                     **ORDER**

24  **IT IS SO ORDERED**.

25                                     /s/ OLIVER W. WANGER
    DATED: ___October 25, 2005____
26                                     HONORABLE OLIVER W. WANGER
                                       United States District Court Judge,
27                                     Eastern District of California