Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-02-5301 OWW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR A |
| vs. ) | RESETTING OF HEARING ON REPORT |
| ) | OF PROBATION OFFICER AND |
| DANIEL BOOBAR, ) | PRESENTENCE MOTIONS |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, and the Defendant, by and through his attorney, that the date set for hearing on presentence motions and the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: by December 24, 2005.

Motions and Formal Objections must be filed with the Court and served on Probation and AUSA: by January 7, 2006, and Governments reply will be filed by January 21, 2006.

Motions and RPO Hearing: will move from December 5, 2005, at 1:30 p.m. to February 6, 2006, at 1:30 p.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

///

---

U.S. vs. Boobar, et al.                                    Stipulation and Order for a resetting of Hearing
Case No. CR-F- 02-5301 OWW                         Of Hearing on Report of Probation Officer

1   On November 11, 2005, David Schiavon, the chief and only investigator for
2   Defendant Daniel Boobar underwent bilateral femoral artery surgery at St. Agnes
3   Hospital and his recovery is expected to take a minimum of sixty (60) days.  Mr.
4   Schiavon's services are needed to complete the investigation and analysis of investigative
5   reports, an audio tape and a CD disc recently provided as discovery.  Mr. Schiavon's
6   testimony may also be needed at the hearing of any post-trial motions to be filed.
7   For the above stated reasons, good cause exists for the requested continuance.

8   DATED: November 17, 2005                Respectfully submitted,
9
10
11                                          /s/ Eric K. Fogderude
                                            ERIC K. FOGDERUDE
                                            Attorney for Defendant,
12                                          DANIEL BOOBAR
13
14
15                                          /s/ Jon Conklin
    DATED: November 28, 2005
16                                          JON CONKLIN
                                            Assistant United States Attorney
17
18
                                            **ORDER**
19
20  **IT IS SO ORDERED**.
21
                                            /s/ OLIVER W. WANGER
22  DATED: November _29_, 2005
                                            HONORABLE OLIVER W. WANGER
23                                          United States District Court Judge,
                                            Eastern District of California
24
25
26
27
28