IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. F-02-5301 OWW |
| Plaintiff, | ) |
| v. | ) |
| DANIEL BOOBAR, | ) |
| Defendant. | ) |

ORDER

The parties have agreed upon the following filing and hearing schedule for the defendant's motion for new trial.

    Government Response    March 13, 2006

    Defendant's Reply    March 27, 2006

    Hearing    April 3, 2006 at 1:30 p.m.

It is ordered that this schedule be followed. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

Dated: February 3, 2006        /s/ OLIVER W. WANGER
                                                 Oliver W. Wanger
                                                 U.S. District Judge