# ATTACHMENT

# E

REQUESTED BY:  PRADO, MICHAEL G

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

| 4. TITLE: MICHAEL DAVID HARLAND |
|---|

| 5. CASE STATUS:   INIT RPT |
|---|

| 6. REPORT DATE<br>040202 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>698 | 10. REPORT NO.<br>001 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS:    FC07QL02BB0004   SD07QL02BB0004 |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>INVESTIGATIVE-FINDINGS |
|---|

| TOPIC: IDENTIFICATION:MICHAEL DAVID HARLAND |
|---|

14. SYNOPSIS:

On January 25, 2002, the Resident Agent Fresno California, RA/Fresno, received information that an international investigation initiated by the Danish National Police had identified Lloyd EMMERSON of Clovis, Ca as a suspect sexual abuser of children. This information was passed to the CA/Berlin, who, in turn relayed it to the Customs Cyber Smuggling Center, Special Agent Tatum King, which forwarded the information to RA/Fresno on January 25, 2002.  The RA/Fresno initiated a joint investigation of EMMERSON with the Clovis Police Department.

Subsequently state search warrants were executed at Emmerson's residence, which yielded a large quantity of evidence, including computer data files indicating that EMMERSON may have sexually abused one of his daughters, and also distributed child pornography via the Internet.  On January 26, 2002, EMMERSON was arrested on California state charges including Sexual exploitation of a child under 14 years old, Use of a minor to

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>WATKINS         JACK         D   SPECIAL AGENT |
|---|---|
| | ------------------------------------------------ |
| | 17. APPROVED:<br>WUNDERLICH      STEVE            OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>WEST PALM BEACH - RA | 19. TELEPHONE: 561 659 4606 |
| | | 20. TYPIST: WATKINS |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE     2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 001 |

engage/pose/model in sexual conduct, with a lewd conduct with a child under 14 years old.

On January 30, 2002, this case was adopted by the United States Attorney's office in the Eastern District of California. EMMERSON was arrested based on a Criminal Complaint alleging he violated 18USC2251(b) (Sexual Exploitation of Children and 18USC2252(a)(2) (Distributing Material Involving the Sexual Exploitation of Minors on January 31, 2002.

Evidence seized during the search at EMMERSON's residence is being maintained by the Clovis Police Department, which has assigned officers, Corporal James Gentry, trained in forensic analysis of computer related evidence, to recover and preserve any such evidence.

Subsequently, EMMERSON supplied the RA/Fresno with information identifying several individuals as producers of child pornography. The preliminary investigation tended to confirm that several of these individuals were suspected or substantiated child molesters and/or producers of child pornography.

On March 1, 2002, RA/Fresno received a list of addresses and telephone numbers of suspected child abusers from Ron Sawl, counsel for Llyod EMMERSON.

EMMERSON is currently in Federal custody pending trial on sexual exploitation of children and child pornography charges.

RA/Fresno received several pieces of address indicia, from which the information contained in the address list was derived. According to Mr. Sawl, Lloyd EMMERSON provided the aforementioned address indicia to him. Mr. Sawl said EMMERSON identified the individuals associated with the addresses as producers of child pornography. Mr. Sawl also said EMMERSON is able to provide testimonial evidence against the individuals associated with the addresses.

One of the addresses identified as producers of child pornography returned to an individual identified as MICHAEL DAVID HARLAND. MICHAEL DAVID HARLAND identified as a white/male, Date of Birth 11/10/1959, Social Security Number 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, Place of Birth England. , Residing at 1033 Bedford Ave, Palm Beach Gardens, Florida 33403.

On 03/11/2002, the Resident Agent In Charge, West Palm Beach, Florida, RAIC/WP, received a package from the Clovis Police Department, California, Corporal James Gentry, containing information, photographs and a copy of a

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                    000002

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    3 |
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 001 |

CD-ROM relating to Michael David HARLAND and his participation in the
production and distribution of child pornography.

Agents of the RAIC/WP immediately notified the AUSA West Palm Beach, Florida
that declined the case pending further investigation.  Subsequently the Palm
Beach County Sheriff's Office, PBSO, was notified.

PBSO immediately notified the State Attorneys Office located in West Palm
Beach, Florida who accepted the case for prosecution.

On March 11, 2002, agents from the United States Customs Service, the Palm
Beach County Sheriff's Office and the Federal Bureau of Investigation effected
a consent search on the residence of Michael David HARLAND.

Michael David HARLAND proceeded to furnish the following information:

HARLAND is a British citizen with a permanent resident status in the United
States, who originally came from England approximately fifteen years ago.
HARLAND was married to Susan E. KLOOSTERMAN, a white female (W/F), Date of
Birth (DOB), 12-13-1956, Social Security Number (SS) 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. KLOOSTERMAN
has been an engineer with the Florida Power and Light (FPL), for the past ten
years.  HARLAND and KLOOSTERMAN divorced approximately three years ago.
HARLAND and KLOOSTERMAN had two children from this marriage, an
eleven-year-old son named IAN HARLAND and a six-year-old daughter named EMMA
HARLAND.  The children reside with the mother, KLOOSTERMAN, at 1654 N.E.
Silvia Ave, Jensen Beach, Florida.  KLOOSTERMANS telephone number is (772)
334-2644.  Michael David HARLAND has visitation rights with the children that
includes that Ian and Emma spend every other weekend at his home from Friday
night through Sunday.

HARLAND is currently employed by Meyers Turf as a Landscape Designer.  HARLAND
remarried approximately three years ago to PAMELA PICOLI.  PICOLI works as a
Human Resource Executive.  HARLAND and PICOLI purchased their current
residence, 1033 Bedford Ave; Palm Beach Gardens, approximately two years ago.

HARLANDS acquired education in England that would be equivalent to a High
School Diploma in the United States.  HARLAND has not received any formal
training in the operation of computers.

HARLAND was asked to identify photographs, some of which he himself was in and
a young female engaged in sexually explicit conduct.  HARLAND identified the
young girl as his biological daughter EMMA.  HARLAND stated that he had taken

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                         000003

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    4 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 001 |

the pictures shortly after moving to his new home, utilizing camera equipment provided by his employer and with the aid of a timer. HARLAND said that he had taken the pictures for a period of approximately one-year during the time his daughter would have been five years old.

HARLAND said he would wait util is current wife, PICOLI, and son IAN were not at home to take the pictures. HARLAND claims he never penetrated or engaged in oral sex with his daughter. HARLAND also said he never masturbated in front of his daughter. HARLAND admitted having GENITAL GENITAL contact with his daughter as portrayed in several of the recovered pictures, specifically the picture titled P9090215.

HARLAND claims he stopped taking pictures of his daughter over a year ago. HARLAND said the he do what he was doing was morally wrong. HARLAND also advised investigators he knew his behavior was illegal. HARLAND claims he does not know why he engaged in this type of behavior, adding that he never sexually assaulted any other children.

EMMA and her brother IAN' last visited HARLANDS residence during the weekend beginning on Friday, March 1, 2002.

HARLAND was asked whom he had sent or distributed the pictures of his daughter to. HARLAND advised that he had sent the images to three or four people he had met on the Internet. HARLAND recalled he had e-mailed the images to a man named "Lloyd" in Southern California and to someone else named "Paul". HARLAND did not recall where in the Internet he had met these individuals, but HARLAND recalls they were interested in children and they traded images depicting child pornography. HARLAND claims he deleted all images from his computer. HARLAND told interviewing agents that he did not have any computer diskettes or videotapes with images depicting child pornography in his possession. HARLAND told investigators that he knew it was illegal to posse child pornography.

HARLAND and his wife, PICOLI, have one computer, a DELL 8100 purchased approximately two years ago. HARLAND said that his previous computer was sold at a garage sale. HARLANDS Internet Service Provider (ISP) is Adelphia Cable.

HARLAND, PICOLI and sometimes IAN HARLAND, 11-year-old son, utilize the computer at HARLANDS residence.

HARLANDS screen name is "Mikeharla" and his e-mail address is Mikeharla@adelphia.net. HARLAND did not know Pamela PICOLI, wifes, screen name or e-mail address, other that she has an e-mail address with America

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                    000004

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    5 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 001 |

Online (AOL).  HARLAND said he did not utilize encryption in his computer.
HARLAND said his password to access his computer was Olympus".

HARLAND subsequently signed a "CONSENT to SEARCH" form authorizing the
interviewing Agents to search his residence, 1033 Bedford Ave, Palm Beach
Garden, Florida.

Michael David HARLAND was transported to the Palm Beach County Jail on Gun
Club Road, West Palm Beach, Florida by the Palm Beach County Sheriff's Office
for incarceration.

Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000005

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS                  PAGE   1
                                                                             TN007064
                         2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004001    ROI  CWP WATKINS          J 040202


 P9C15914800CWP       HARLAND        MICHAEL    D W M 111059
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

 WP07QL02BB0004       CASE CWP WATKINS       J 031802
        MICHAEL DAVID HARLAND

REQUESTED BY:  PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| | 1. TECS ACCESS CODE 3 |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 2.  PAGE   1 |
| | 3.  CASE NUMBER WP07QL02BB0004 |

4.  TITLE: MICHAEL DAVID HARLAND

5.  CASE STATUS:    INTERIM RPT

| 6.  REPORT DATE<br>040402 | 7.  DATE ASSIGNED<br>031802 | 8.  CLASS<br>1 | 9.  PROGRAM CODE<br>698 | 10.  REPORT NO.<br>002 |
|---|---|---|---|---|

11.  RELATED CASE NUMBERS:

12.  COLLATERAL REQ:

13.  TYPE OF REPORT:
     INVESTIGATIVE FINDINGS

TOPIC: INTERVEW OF HARLAND'S WIFE

14. SYNOPSIS:
On  012502,  RA/Fresno,' received information that an international
investigation initiated by the Danish National Police had identified Lloyd
EMMERSON of Clovis, CA as a possible sexual abuser of children.   This
information was passed through the CA/Berlin to Customs Cyber Smuggling
Center.   Information was forwarded to RA/Fresno who initiated a joint
investigation of EMMERSON with the Clovis Police Department.

On 031102, S/A Stine of the RAIC/WPB and Det. Gregg Of the Palm Beach County
Sheriff's Office (PBSO) interviewed Pamela Marie Picoli, HARLAND's wife, at
their residence 1033 Bedford Ave., Palm Beach Gardens, FL.

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>STINE          GREGORY    H   SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED:<br>WUNDERLICH       STEVE          OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>    WEST PALM BEACH - RA | 19. TELEPHONE: 561 659 4606 |
| | | 20. TYPIST: STINE |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000007

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION

On 031102, S/A Stine of the RAIC/WPB and Sgt. Gregg Of the Palm Beach County
Sheriff's Office (PBSO) interviewed Pamela Marie Picoli, HARLAND's wife, at
their residence 1033 Bedford Ave., Palm Beach Gardens, FL.

Pamela Marie Picoli was born 032461 and has a SSN of 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.  She is
employed at Paradyme Human Resource Corp., 4400 PGA Blvd., Palm Beach Gardens,
FL (561-776-4900).  The home telephone number at their residence is
561-694-8919.  She has been married to HARLAND for approximately 4 years.
They have lived at the current address for 2 years and their prior address was
8C Lexington Lane East, PBG for 4 years.  She said HARLAND is employed by
Myers Nursery in Palm Beach Gardens.

Ms. Picoli said HARLAND has 2 children from a previous marriage; Emma 6 years
old and Ian 11 years old.  HARLAND's former wife, Susan Kloosterman lives at
1654 Silvia Lane, Jensen Beach, FL, and telephone 561-334-2644.  Both children
live with the former wife and visit HARLAND every other weekend.   The
children's last visitation was the weekend of March 2-3.

Ms. Picoli said she uses a computer with HARLAND.  The unit is a one year old
Dell computer.  She uses America OnLine as her Internet service provider.  Her
screen name is pmpicoli@aol.com.  HARLAND does not use her AOL account.  She
can create directories, store files on a floppy disk, send and receive E-mail
but can not use the CD-ROM drive.  She was unfamiliar with the terms zip files
or encryption.  None of her files are password protected.  She also said Emma
and Ian play computer games on the computer.

She said HARLAND uses Adelphia as his Internet service provider.  His screen
name is mikeharla@adelphia.net.  She has never used his account.  She said
HARLAND did have a digital camera from work, which he has had about a year.
She did not know how to transfer images from the camera to the computer.

Ms. Picoli was shown an image of a child taken from EMMERSON's computer and
she identified the girl as being HARLAND's daughter Emma.  This investigation
is continuing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.   ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                     000008

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS                PAGE   1
                                                                           TN007064

                   2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004002    ROI  CWP STINE            G 040402


P9C15914800CWP        HARLAND        MICHAEL    D W M 111059
         SC  SUBJECT OF CURRENT INVESTIGATION                   SUB-SOURCE

WP07QL02BB0004        CASE CWP WATKINS      J 031802
          MICHAEL DAVID HARLAND

REQUESTED BY:  PRADO, MICHAEL G

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE    1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

**4. TITLE: MICHAEL DAVID HARLAND**

**5. CASE STATUS:     INTERIM RPT**

| 6. REPORT DATE 041802 | 7. DATE ASSIGNED 031802 | 8. CLASS 1 | 9. PROGRAM CODE 518 | 10. REPORT NO. 003 |
|---|---|---|---|---|

**11. RELATED CASE NUMBERS:**

**12. COLLATERAL REQ:SACCH**

**13. TYPE OF REPORT:**
   COMPUTER FORENSICS INFO/  COLLATERAL REQUEST / IN

TOPIC: WILLIAM DEGELMANN

**14. SYNOPSIS:**
In January 2002, the Resident Agent Fresno California, RA/Fresno, received
Information indicating that an international investigation initiated by the
Danish National Police had identified Lloyd EMMERSON of Clovis, California, as
a suspect Sexual abuser of children. This information was passed to the
Customs Attach/Berlin, who, in turn relayed it to the Customs Cyber Smuggling
Center, Special Agent Tatum
King, which forwarded the information to RA/Fresno on January 25, 2002.  The
RA/Fresno initiated a joint investigation of EMMERSON with the Clovis Police
Department.

Subsequently state search warrants were executed at Emmerson's residence,
which yielded a large quantity of evidence, including computer data files
indicating that EMMERSON may have sexually abused one of his daughters, and
also distributed child pornography via the Internet.

| 15. DISTRIBUTION: RACWP SACMI CABB   SACCH | 16. SIGNATURE: WATKINS        JACK      D   SPECIAL AGENT |
|---|---|
| | 17. APPROVED: WUNDERLICH      STEVE         OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP WEST PALM BEACH - RA / 19. TELEPHONE: 561 659 4606 / 20. TYPIST: WATKINS |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000010

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 003 |

On January 26, 2002, EMMERSON was arrested on California state charges
including Sexual exploitation of a child under 14 years old, Use of a minor to
engage/pose/model in sexual conduct, with a lewd conduct with a child under
14years old.

On January 30, 2002, the United States Attorney's Office adopted this case
in the Eastern District of California.  EMMERSON was arrested based on
a Criminal Complaint alledging he violated 18USC2251(b), (Sexual Exploitation
of Children and 18USC2252(a)(2) (Distributing Material Involving the Sexual
Exploitation of Minors on January 31, 2002.

Evidence seized during the search at EMMERSON's residence is being maintained
by the Clovis Police Department, which has assigned officers, Corporal James
Gentry, trained in forensic analysis of computer related evidence, to recover
and preserve any such evidence.

Subsequently, EMMERSON supplied the RA/Fresno with information identifying
Several individuals as producers of child pornography.  The preliminary
investigation tended to confirm that several of these individuals were
suspected or substantiated child molesters and/or producers of child
pornography.

On March 1, 2002, RA/Fresno received a list of addresses and telephone numbers
of suspected child abusers from Ron Sawl, counsel for Llyod EMMERSON. EMMERSON
is currently in Federal custody pending trial on sexual exploitation of
children and child pornography charges.

RA/Fresno received several pieces of address indicia, from which the
information contained in the address list was derived.  According to Mr. Sawl,
Lloyd EMMERSON provided the aforementioned address indicia to him.   Mr. Sawl
said EMMERSON identified the individuals associated with the addresses as
producers of child pornography.  Mr. Sawl also said EMMERSON was able to
provide testimonial evidence against the individuals associated with the
addresses.

One of the addresses identified as producers of child pornography returned to
an individual identified as MICHAEL DAVID HARLAND.   MICHAEL DAVID HARLAND
identified as a white/male, Date of Birth 11/10/1959, Social Security Number
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, Place of Birth England.  With a residence of 1033 Bedford Ave,
North Palm Beach Gardens, Florida 33403.

On 03/11/2002, the Resident Agent In Charge, West Palm Beach, Florida,
RAIC/WP, received a package from the Clovis Police Department, California,
Corporal James Gentry, containing information, photographs and a copy of a
CD-ROM relating to Michael David HARLAND and his participation in the

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                              000011

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    3 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 003 |

production and distribution of child pornography.

Agents of the RAIC/WP immediately notified the AUSA West Palm Beach, Florida that declined the case pending further investigation. Subsequently, the Palm Beach County Sheriff's Office, PBSO, was notified.

PBSO immediately notified the State Attorneys Office located in West Palm Beach, Florida who accepted the case for prosecution.

On March 11, 2002, agents from the United States Customs Service, the Palm Beach County Sheriff's Office and the Federal Bureau of Investigation effected a consent search on the residence of Michael David HARLAND.

Michael David HARLAND proceeded to furnish the following information: HARLAND is a British citizen with a permanent resident status in the United States, who originally came from England approximately fifteen years ago.

HARLAND was married to Susan E. KLOOSTERMAN, a white female (W/F), Date of Birth (DOB), 12-13-1956, Social Security Number (SS) 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. KLOOSTERMAN has been an engineer with the Florida Power and Light (FPL), for the past ten years. HARLAND and KLOOSTERMAN divorced approximately three years ago.

HARLAND and KLOOSTERMAN had two children from this marriage, an eleven-year-old son named IAN HARLAND and a six-year-old daughter named EMMA HARLAND. The children reside with the mother, KLOOSTERMAN, at 1654 N.E. Silvia Ave, Jensen Beach, Florida. KLOOSTERMANS telephone number is (772) 334-2644. Michael David HARLAND has visitation rights with the children which includes that Ian and Emma spend every other weekend at his home from Friday night through Sunday.

Meyers Turf currently employs HARLAND as a Landscape Designer. HARLAND remarried approximately three years ago to PAMELA PICOLI. PICOLI works as a Human Resource Executive. HARLAND and PICOLI purchased their current residence, 1033 Bedford Ave; Palm Beach Gardens, approximately two years ago.

HARLANDS acquired education in England that would be equivalent to a High School Diploma in the United States. HARLAND has not received any formal training in the operation of computers.

HARLAND was asked to identify photographs, some of which he himself was in and a young female engaged in sexually explicit conduct. HARLAND identified the young girl as his biological daughter EMMA. HARLAND stated that he had taken the pictures shortly after moving to his new home, utilizing camera equipment provided by his employer and with the aid of a timer. HARLAND said that he had taken the pictures for a period of approximately one-year during the time

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                    000012

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    4 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 003 |

his daughter would have been five years old.

HARLAND said he would wait until his current wife, PICCOLI and son IAN were not at home to take the pictures. HARLAND claims he never penetrated or engaged in oral sex with his daughter. HARLAND also said he never masturbated in front of his daughter. HARLAND admitted having GENITAL to GENITAL contact with his daughter as portrayed in several of the recovered pictures, specifically the picture titled P9090215.

HARLAND claims he stopped taking pictures of his daughter over a year ago. HARLAND stated, "he knew what he was doing was morally wrong". HARLAND also advised investigators he knew his behavior was illegal. HARLAND claims he does not know why he engaged in this type of behavior, adding that he never sexually assaulted any other children.

EMMA and her brother IAN last visited HARLANDS residence during the weekend beginning on Friday, March 1, 2002. HARLAND was asked whom he had sent or distributed the pictures of his daughter to. HARLAND advised that he had sent the images to three or four people he had met on the Internet. HARLAND recalled he had e-mailed the images to a man named "Lloyd" in Southern California and to someone else named "Paul".

HARLAND did not recall where in the Internet he had met these individuals, but HARLAND recalls they were interested in children and they traded images depicting child pornography. HARLAND claims he deleted all images from his computer. HARLAND told interviewing agents that he did not have any computer diskettes or videotapes with images depicting child pornography in his possession. HARLAND told investigators that he knew it was illegal to possess child pornography.

HARLAND and his wife, PICOLI, have one computer, a DELL 8100 purchased approximately two years ago. HARLAND said that his previous computer was sold at a garage sale. HARLANDS Internet Service Provider (ISP) is Adelphia Cable. HARLAND, PICOLI and sometimes IAN HARLAND, 11-year-old son, utilize the computer at HARLANDS residence.

HARLANDS screen name is "Mikeharla" and his e-mail address is Mikeharla@adelphia.net. HARLAND did not know Pamela PICOLI, wife's, screen name or e-mail address, other that she has an e-mail address with America Online (AOL). HARLAND said he did not utilize encryption in his computer. HARLAND said his password to access his computer was Olympus".

HARLAND subsequently signed a "CONSENT to SEARCH" form authorizing the interviewing Agents to search his residence, 1033 Bedford Ave, Palm Beach Garden, Florida.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    5 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 003 |

Michael David HARLAND was transported to the Palm Beach County Jail on Gun Club Road, West Palm Beach, Florida by the Palm Beach County Sheriff's Office for incarceration.

In furtherance of this investigation , Sheila A. Casey, San Diego, while searching the "pjcrew" subscription list, discovered (druadic@cs.com to be a member. The name that was utilized was William DEGELMANN, and the account was manually activated on March 21, 2002. The sign on screen name used is "Wdegel". The password is "EmilyMoDel".

The abovementioned e-mail address, revealed through ongoing computer forensic analysis in the West Palm Beach case, (HARLAND), was utilized by the accountholder to request photos of Emma (victim), in the HARLAND investigation. The Palm Beach County Sheriff's Office has issued summons for this information.

Sheila Casey, San Diego as further identified the subject William DEGELMANN a white male, date of birth 01/15/1971, social security number 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 issued in Illinois 1977-1978.  Driver license number D24506144851, also issued in Illinois.
It's believed that William DEGELMANN's currently address is 2103 Stonelake Road, Woodstock, Illinois 60098.

It's unknown at the time of this Report of Investigation if William DEGELMANN has small children at his residence.  It should be noted that on September 20, 2000, an individual who knew DEGELMANN reported WILLIAM DEGELMANN to the CyberTipline.  The report alleged that DEGELMANN would molest children that spent the night at his house with is then seven (7) year old daughter.  The allegation further said that DEGELMANN would send pictures of these molestation's over the Internet to the person who notified the CyberTipline.

This ROI is being issued to reinforce previous information received by Elizabeth L Cataldi at C3-Washington.

Contact points for HARLAND  / DEGELMANN information:

SS/A Jack Watkins (561) 659-4606  ext 110jack.d.watkins@customs.treas.g

Deputy Patrick Paige (561) 688-3755  Paigep@PBSO.org

Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000014

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                        TECS II - LIST OF RELATED RECORDS                    PAGE   1
                                                                                   TN007064
                            2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004003      ROI   CWP WATKINS            J 041802


P9C15914800CWP         HARLAND         MICHAEL      D W M 111059
        SC   SUBJECT OF CURRENT INVESTIGATION                       SUB-SOURCE

WP07QL02BB0004         CASE CWP WATKINS         J 031802
        MICHAEL DAVID HARLAND

REQUESTED BY:   PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF ThE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
| | 2. PAGE   1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

4. TITLE: MICHAEL DAVID HARLAND

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE<br>053002 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>518 | 10. REPORT NO.<br>004 |
|---|---|---|---|---|

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   INVESTIGATIVE FINDINGS

TOPIC: INDICTMENT (40) COUNT, MICHAEL DAVID HARLAND

14. SYNOPSIS:
On March 11, 2002, Michael David HARLAND was arrested and charged with sexual
battery on a person less than 12 years of age, Florida Statute 794.011(5).

On June 28, 2002, Michael David HARLAND was indicted by the United States
District Court, Southern District of Florida, on a forty- (40) count
indictment-charging HARLAND with the manufacture, distribution and possession
of child pornography.

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>   WATKINS      JACK     D   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>   WUNDERLICH    STEVE        OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>   WEST PALM BEACH - RA |

| 19. TELEPHONE: 561 659 4606 |
|---|
| 20. TYPIST: WATKINS |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 004 |

DETAILS OF INVESTIGATION

In January 2002, the Resident Agent Fresno California, RA/Fresno, received information reference an international investigation initiated by the Danish National Police. The Danish National Police identified Lloyd EMMERSON of Clovis, Ca as a suspect sexual abuser of children. This information was passed to the CA/Berlin, who, in turn relayed it to the Customs Cyber Smuggling Center, Special Agent Tatum King, which forwarded the information to RA/Fresno in January 2002.

The RA/Fresno initiated a joint investigation of EMMERSON with the Clovis Police Department. Subsequently state search warrants were executed at Emerson's residence, which yielded a large quantity of evidence, including computer data files Indicating that EMMERSON may have sexually abused one of his daughters, and also distributed child pornography via the Internet.   In January, 2002, EMMERSON was arrested on California state charges including Sexual exploitation of a' child under 14 years old, Use of a minor to engage/pose/model in sexual conduct, with a lewd conduct with a child under 14 years old.

In January, 2002, this case was adopted by the United States Attorney's office in the Eastern District of California.  EMMERSON was arrested based on a Criminal Complaint alleging he violated 18USC2251(b)  (Sexual Exploitation of Children and 18USC2252(a)(2)  (Distributing Material Involving the Sexual Exploitation of Minors).

Subsequently, EMMERSON supplied the RA/Fresno with information identifying several individuals as producers of child pornography.  The preliminary investigation tended to confirm that several of these individuals were suspected or substantiated child molesters and/or producers of child pornography.

On March 1, 2002, RA/Fresno received a list of addresses and telephone numbers of suspected child abusers from Ron Sawl, counsel for Llyod EMMERSON.

Mr. Sawl said EMMERSON identified the individuals associated with the addresses as producers of child pornography.  Mr. Sawl also said EMMERSON is able to provide testimonial evidence against the individuals associated with the addresses.

One of the addresses identified as producers of child pornography returned to an individual identified as MICHAEL DAVID HARLAND.   MICHAEL DAVID HARLAND identified as a white/male, Date of Birth 11/10/1959, Social Security Number

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                    000017

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE   3 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 004 |

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, Place of Birth England. , Residing at 1033 Bedford Ave, Palm
Beach Gardens, Florida 33403.

On 03/11/2002, the Resident Agent in Charge, West Palm Beach, Florida,
RAIC/WP, received a package from the Clovis Police Department, California,
Corporal James Gentry, containing information, photographs and a copy of a
CD-ROM relating to Michael David HARLAND and his participation in the
production and distribution of child pornography.

On March 11, 2002, agents from the United States Customs Service, the Palm
Beach County Sheriff's Office and the Federal Bureau of Investigation effected
a consent search on the residence of Michael David HARLAND.

HARLAND was asked to identify photographs, some of which he himself was in and
a young female engaged in sexually explicit conduct. HARLAND identified the
young girl as his biological daughter EMMA. HARLAND stated that he had taken
the pictures shortly after moving to his new home, utilizing camera equipment
provided by his employer and with the aid of a timer. HARLAND said that he
had taken the pictures for a period of approximately one-year during the time
his daughter would have been five years old.

HARLAND said he would wait util is current wife, PICOLI, and son IAN were not
at home to take the pictures. HARLAND claims he never penetrated or engaged
in oral sex with his daughter. HARLAND also said he never masturbated in
front of his daughter. HARLAND admitted having GENITAL contact with his
daughter as portrayed in several of the recovered pictures; specifically the
picture titled P9090215.

HARLAND claims he stopped taking pictures of his daughter over a year ago.

HARLAND said the he do what he was doing was morally wrong. HARLAND also
advised investigators he knew his behavior was illegal. HARLAND claims he
does not know why he engaged in this type of behavior, adding that he never
sexually assaulted any other children.

HARLAND was asked whom he had sent or distributed the pictures of his daughter
to. HARLAND advised that he had sent the images to three or four people he
had met on the Internet. HARLAND recalled he had e-mailed the images to a man
named "Lloyd" in Southern California and to someone else named "Paul".

HARLAND did not recall where in the Internet he had met these individuals, but
HARLAND recalls they were interested in children and they traded images
depicting child pornography. HARLAND claims he deleted all images from his
computer. HARLAND told interviewing agents that he did not have any computer
diskettes or videotapes with images depicting child pornography in his

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                          000018

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1.  PAGE    4 |
|---|---|
| | 2.  CASE NUMBER WP07QL02BB0004 |
| | 3.  REPORT NUMBER: 004 |

possession.  HARLAND told investigators that he knew it was illegal to posse
child pornography.

HARLAND subsequently signed a "CONSENT to SEARCH" form authorizing the
Interviewing Agents to search his residence, 1033 Bedford Ave, Palm Beach
Garden, Florida.

The Palm Beach County Sheriff's Office for incarceration transported MICHAEL
DAVID HARLAND to the Palm Beach County Jail on Gun Club Road, West Palm Beach,
Florida.

On June 28, 2002, Michael David HARLAND was indicted by the United States
District Court, Southern District of Florida, on a forty(40) count
indictment-charging  HARLAND with the manufacture, distribution and possession
of child pornography.

Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS                PAGE   1
                                                                           TN007064
                       2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004004    ROI  CWP WATKINS          J 053002


P9C15914800CWP        HARLAND        MICHAEL    D W M 111059
          SC  SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

WP07QL02BB0004        CASE CWP WATKINS        J 031802
          MICHAEL DAVID HARLAND

REQUESTED BY:  PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE    1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

4. TITLE: MICHAEL DAVID HARLAND

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE<br>070302 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>518 | 10. REPORT NO.<br>005 |
|---|---|---|---|---|

11. RELATED CASE NUMBERS:    FC07QL02BB0004

12. COLLATERAL REQ:

13. TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: HARLAND:ADDITIONAL INFORMATION

14. SYNOPSIS:
In January 2002, the Resident Agent, Fresno California, received information
reference an international investigation initiated by the Danish National
Police.

On March 11, 2002, Michael David HARLAND, West Palm Beach, Florida, was
arrested and charged with sexual battery on a person less than 12 years of
age, Florida Statute 794.011(5).

On June 28, 2002, Michael David HARLAND was indicted by the United States
District Court, Southern District of Florida, on a forty- (40) count
indictment-charging HARLAND with the manufacture, distribution and possession
of child pornography.

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>WATKINS          JACK        D    SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>WUNDERLICH      STEVE          OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>WEST PALM BEACH - RA | 19. TELEPHONE: 561 659 4606 |
| | 20. TYPIST: WATKINS |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 005 |

DETAILS OF INVESTIGATION:

On 03/11/2002, the Resident Agent in Charge, West Palm Beach, Florida, RAIC/WP, received a package from the Clovis Police Department, California, Corporal James Gentry, containing information, photographs and a copy of a CD-ROM relating to Michael David HARLAND and his participation in the production and distribution of child pornography.

On March 11, 2002, agents from the United States Customs Service, the Palm Beach County Sheriff's Office and the Federal Bureau of Investigation effected a consent search on the residence of Michael David HARLAND.

HARLAND subsequently signed a "CONSENT to SEARCH" form authorizing the Interviewing Agents to search his residence, 1033 Bedford Ave, Palm Beach Garden, Florida.

The Palm Beach County Sheriff's Office transported MICHAEL DAVID HARLAND to the Palm Beach County Jail on Gun Club Road, West Palm Beach, Florida.

On June 28, 2002, Michael David HARLAND was indicted by the United States District Court, Southern District of Florida, on a forty (40) count indictment-charging HARLAND with the manufacture, distribution and possession of child pornography.

During the Month of June 2002, additional information was received by the RAIC/WP, reference two computers that HARLAND had access to during is different employment positions.

One was located at Morning Star Nursery, Delray Beach, Florida and the other was Meyers Nursery located in North Palm Beach, Florida. Agents from the RAIC/WP and forensic Deputies from the Palm Beach County Sheriff's Office searched the above mentioned computers for any type of Child Pornography.  The was no further information recovered from the computer located at Meyers nursery but Child Pornography was discovered on the computer at Morning Star Nursery, and the hard drive was seized by the Palm Beach County Sheriff's Office, forensic deputies for further investigation.

The United States Attorney's Office, West Pam Beach, Florida, AUSA Lothrip Morris, advised their will be super-seeding indictments charged against

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000022

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    3 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 3. REPORT NUMBER: 005 |

HARLAND.

Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000023

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS                    PAGE   1
                                                                               TN007064
                          2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004005      ROI   CWP WATKINS          J 070302

P9C15914800CWP         HARLAND          MICHAEL    D W M 111059
        SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

WP07QL02BB0004         CASE CWP WATKINS          J 031802
        MICHAEL DAVID HARLAND

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

000024

REQUESTED BY: PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE    1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

| 4. TITLE: MICHAEL DAVID HARLAND |
|---|

| 5. CASE STATUS:    INTERIM RPT |
|---|

| 6. REPORT DATE<br>083002 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>518 | 10. REPORT NO.<br>006 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>INVESTIGATIVE FINDINGS |
|---|

| TOPIC: GUILTY PLEA: HARLAND |
|---|

14. SYNOPSIS:
In January 2002, the Resident Agent, Fresno California, received information
reference an international investigation initiated by the Danish National
Police. On March 11, 2002, Michael David HARLAND, West Palm Beach, Florida,
was arrested and charged with sexual battery on a person less than 12 years of
age, Florida Statute 794.011(5).
On June 28, 2002, Michael David HARLAND was indicted by the United States
District Court, Southern District of Florida, on a forty- (40) count
indictment-charging HARLAND with the manufacture, distribution and possession
of child pornography. On August 28, 2002, HARLAND entered a guilty plea in
Federal court to all charges named in a 40-count indictment. Details to
follow.

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>WATKINS        JACK       D   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>VITIELLO        GREGORY    N   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>WEST PALM BEACH - RA | 19. TELEPHONE: 561 659 4606 |
| | 20. TYPIST: WATKINS |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 3. REPORT NUMBER: 006 |

DETAILS OF INVESTIGATION:

On 03/11/2002, the Resident Agent in Charge, West Palm Beach, Florida, RAIC/WP, received a package from the Clovis Police Department, California, Corporal James Gentry, containing information, photographs and a copy of a CD-ROM relating to Michael David HARLAND and his participation in the production and distribution of child pornography.

On June 28, 2002, Michael David HARLAND was indicted by the United States District Court, Southern District of Florida, on a forty (40) count indictment-charging HARLAND with the manufacture, distribution and possession of child pornography.

On August 28, 2002, Michael David HARLAND entered a guilty plea in United States District Court, Southern District of Florida, in front of U.S. District Court Judge Middlebrooks, to all forty (40) counts of the indictment.

Sentencing for the above has been set for November 6, 2002, in West Palm Beach, Florida.

Agents note: The United States Attorney's Office, West Pam Beach, Florida, AUSA Lothrip Morris, had originally advised their would be super-seeding indictments charged against HARLAND. Because of the above facts this no longer applies.

Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.                    000026

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS                PAGE   1
                                                                           TN007064
                      2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004006    ROI   CWP WATKINS          J 083002


P9C15914800CWP       HARLAND          MICHAEL    D W M 111059
          SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

WP07QL02BB0004       CASE CWP WATKINS        J 031802
          MICHAEL DAVID HARLAND

REQUESTED BY:  PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2.  PAGE   1 |
| | 3.  CASE NUMBER WP07QL02BB0004 |

| 4. TITLE: MICHAEL DAVID HARLAND |
|---|

| 5. CASE STATUS:    INTERIM RPT |
|---|

| 6. REPORT DATE<br>101602 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>518 | 10. REPORT NO.<br>007 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>INVESTIGATIVE FINDINGS |
|---|

| TOPIC: DISCOVERY CONFERENCE WITH SUSKAUER |
|---|

14. SYNOPSIS:
On  012502,  RA/Fresno, received information that an international
investigation initiated by the Danish National Police had identified Lloyd
EMMERSON of Clovis, CA as a possible sexual abuser of children.   This
information was passed through the CA/Berlin to Customs Cyber Smuggling
Center.   This information was forwarded to RA/Fresno who initiated a joint
investigation of EMMERSON with the Clovis Police Department.

On 101502, S/A Stine met with HARLAND's attorney, Scott Suskauer, and reviewed
the pictures found on the Morningstar Nursery computer.   Suskauer also
reviewed the images charged in the indictment.

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>   STINE          GREGORY    H   SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED:<br>   WUNDERLICH      STEVE         OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>    WEST PALM BEACH - RA : 19. TELEPHONE: 561 659 4606<br>20. TYPIST: STINE |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.   ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000028

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 007 |

DETAILS OF INVESTIGATION

On 101502, S/A Stine met with HARLAND's attorney, Scott Suskauer, and reviewed the pictures found on the Morningstar Nursery computer listed under the "lotus" folder.  Suskauer also reviewed the images charged in the indictment.

Suskauer was supplied a copy of the Palm Beach County Sheriff's computer forensic report for the Morningstar Nursery computer.  He was given pages 1-7 and 51-58.  The other pages contained images of child pornography.

This investigation is continuing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000029

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                       TECS II - LIST OF RELATED RECORDS                PAGE   1
                                                                             TN007064
                    2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004007      ROI   CWP STINE              G 101602

P9C15914800CWP         HARLAND          MICHAEL    D W M 111059
      SC  SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

WP07QL02BB0004      CASE CWP WATKINS          J 031802
      MICHAEL DAVID HARLAND

REQUESTED BY:   PRADO, MICHAEL G
                O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER WP07QL02BB0004 |

| 4. TITLE: MICHAEL DAVID HARLAND |
|---|

| 5. CASE STATUS:    INTERIM RPT |
|---|

| 6. REPORT DATE<br>121202 | 7. DATE ASSIGNED<br>031802 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>518 | 10. REPORT NO.<br>008 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>INVESTIGATIVE FINDINGS |
|---|

| TOPIC: HARLAND:SENTENCING |
|---|

14. SYNOPSIS:
In March 2002, the RAIC/WP received information from the RA/FC that Michael
David HARLAND was suspected of producing and distributing child pornography
through the Internet.  HARLAND was subsequently arrested and transported to
the Palm Beach County Jail. The AUSA/WP accepted prosecution for violation of
18USC2251(b)Sexual Exploitation of Children and 18USC2252(a), Distributing
Material Involving the Sexual Exploitation of Minors.  Additionally, the
State of Florida filed charges For Sexual Battery on a Minor.


DETAILS OF INVESTIGATION:

On December 6, 2002, in United States District court, Southern District of
Florida, Michael D. HARLAND was sentenced to eighteen  (18) years
imprisonment followed by three (3) years supervised release, ordered to pay

| 15. DISTRIBUTION:<br>RACWP SACMI CABB | 16. SIGNATURE:<br>WATKINS        JACK      D   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>VITIELLO       GREGORY     N  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: WP<br>WEST PALM BEACH - RA | 19. TELEPHONE: 561 659 4606 |
| | 20. TYPIST: WATKINS |

                O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER WP07QL02BB0004 |
| | 3. REPORT NUMBER: 008 |

restitution of $25,120.00 to the victims mother, and fined $4,000.00.
HARLAND pled guilty to all charges named in his forty (40) count indictment
in August 2002 in which he was charged with 13 counts of violating 18 USC
2251 (a) (Sexual Exploitation of Children), 13 counts of violating 18 USC
2251 (b) (Sexual Exploitation of Children by a Parent), 13 counts of
violating 18 USC 2252 (a) (1) (Transmitting child Pornography Through
Interstate and Foreign Commerce via the Internet), and one (1) count of
violating 18 USC 2252 (a) (4) (B) (Possession of Child Pornography).
Additional Federal charges are pending against HARLAND in California and
State of Florida charges of sexual exploitation of a minor.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.   ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

012904                    TECS II - LIST OF RELATED RECORDS              PAGE   1
                                                                         TN007064
                          2 RECORDS ARE RELATED TO BASE RECORD
WP07QL02BB0004008    ROI  CWP WATKINS          J 121202


P9C15914800CWP        HARLAND         MICHAEL    D W M 111059
         SC  SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

WP07QL02BB0004        CASE CWP WATKINS        J 031802
         MICHAEL DAVID HARLAND

REQUESTED BY:  PRADO, MICHAEL G

          OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

              <APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>          PAGE   1
                                                                       TIN00223

INCIDENT  NBR: 2002SZ005476401           FP&F CASE NBR: 2002520400005401
VIOLATOR NAME: HARLAND, MICHAEL  DAVID
TOPIC: SEIZURE OF DELL 8100 PCU:

          DATE    TIME              DATE    TIME                  DATE    TIME
SEARCH:        /            ARREST:      /          SEIZURE: 06202002/0900
================================================================================
VIOLATOR DATA

LAST NAME: HARLAND
FIRST NAME: MICHAEL              MIDDLE NAME: DAVID
CITIZENSHIP. US   DOB:  11101959
STREET ADDRESS: 1033 BEDFORD AVE                         APT/SUITE:
CITY: WEST PALM BEACH            STATE: FL    CNTRY: US   ZIP: 33403
VIOLATOR TRAVEL CATEGORY:           VIOLATOR STATUS AT ARREST:
LOCAL USE:

TECS RECORD ID: P9C15914800CWP
OTHER NAMES:
RACE: W  SEX: M   HT: 5'00"  WT: 000  HAIR: BN  EYES:BL
SSN: 594705785  CITIZENSHIP:    OCCUPATION:
BIRTHPLACE - COUNTRY:      STATE:      CITY:
PPN:                COUNTRY:    TYPE:   ISSUED:       EXPIRES:
DRIVERS LICENSE - NUMBER: H645544594100         STATE: FL     COUNTRY: US
SCARS/MARKS/TATTOOS/ETC:

MISCELLANEOUS NUMBERS-NUMBER:                      TYPE:
          CASE NUMBER:          WP07QS02WP0006
                               WP07QL02BB0004
================================================================================
SUMMARY DATA

OI OFFICE CODE: WP CASE #: WP07QL02BB0004
PROJECT CODES: 518 OPERATION HAMLET
PRIOR INFO:  NONE   DEA   CUSTOMS X TECS   NCIC   OTHER

                          NAME-TITLE-AGENCY
DECLARATION TAKEN BY:
ARRESTING OFFICER:
SEIZING OFFICER:     WATKINS/J-CRIM INVSTGR-C
SUPERVISOR:          WUNDERLICH/S-SUPVY CRIM INVSTGR-C
PORT DIRECTOR:

TYPE OF INCIDENT: O  OTHER                      DISCOVERY DATE: 06202002
================================================================================

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>          PAGE   2
                                                          TIN00223

INCIDENT  NBR: 2002SZ005476401          FP&F CASE NBR: 2002520400005401
VIOLATOR NAME: HARLAND, MICHAEL  DAVID
TOPIC: SEIZURE OF DELL 8100 PCU:

LAW CHARGED              LAW CHARGED              LAW CHARGED
STATE/LOCAL
================================================================================
AGENCY PARTICIPATION

DISCOVERING:                     CSA
SEIZING:                         STL
================================================================================
CONVEYANCE DATA

CONVEYANCE TYPE: N NONE
ITINERARY:  DATE              TIME       FROM
                                         VIA
================================================================================
SEIZURE DATA

REASON FOR EXAM:              TYPE OF EXAM:
SEIZURE REFERRED TO OI:       FILER CODE:
MANUFACTURER NAME/NBR:
SHIPPER NAME/NBR:
ABANDONED:     BLITZ:    DOG ALERT:    XRAY:
ENFORCEMENT AID USED:
ENTRY NUMBER:                ENTRY TYPE:
APPRAISING OFFICER:
MITIGATING OFFICER:
ON SITE MITIGATION:
CITATION ASSOCIATED WITH PENALTY:
PENALTY: PENALTY ASSESSED          .00    MITIGATED AMT          .00
  AMT CLCTD        .00 DATE        RECEIPT#           PRMSRY AMT
PLACE OF DISCOVERY:                LOC: MORNING STAR NURSERY
PLACE OF SEIZURE:                  LOC: DELRAY BEACH

  1 DESC OF SEIZED ITEM: DELL 8100
    COMM/CD: PCH          QTY:        1.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN:     COUNTRY OF EXPORT:    COUNTRY OF DESTINATION:
    DEC VAL:        0     FOR VAL:              DOM VAL:        400
    DUTY:        0.00     LEGAL STAT: EV PHYS STAT: AS CUST: STL
    CONCEAL: Z SEC:       ENTERED TARIFF #: PCH
    T.E.S. CODE: NON  INV LIST: N  CONCEAL COMM/CDE:

TOTALS:          DECLARED VALUE:        0     FOREIGN VALUE:          0
                 DOMESTIC VALUE:      400        DUTY:            0.00
================================================================================

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY   000035

REQUESTED BY:   PRADO, MICHAEL G

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED>   SEACATS - INCIDENT REPORT <APPROVED>          PAGE   3
                                                          TIN00223

INCIDENT  NBR: 2002SZ005476401          FP&F CASE NBR: 2002520400005401
VIOLATOR NAME: HARLAND, MICHAEL   DAVID
TOPIC: SEIZURE OF DELL 8100 PCU:

CIRCUMSTANCES/REMARKS:
On March 11, 2002, Michael David Harland was arrested and charged with sexual
battery on a person less than 12 years of age, Florida Statute 794.011(5).   On
June 28, 2002, Michael David Harland was indicted by the United States District
Court, Southern District of Florida, on a forty-(40) count indictment-charging
Harland with the manufacture, distribution and possession of child pornography.
On June 20, 2002, SS/A Watkins, from the RAIC/WP and Detective Patrick Paige of
the Palm Beach County, Sheriff's Office, recovered a Computer (Dell 8100) from
Morning Star Nursery, previous employer of Michael Harland.   Subsequently child
pornography was discovered.       Investigation continues.

================================================================================

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

022704                    TECS II - LIST OF RELATED RECORDS                    PAGE   1
                                                                              TN007064
                          5 RECORDS ARE RELATED TO BASE RECORD
2002SZ005476401       INCD CWP WUNDERLICH       S 081602


P9C15914800CWP        HARLAND        MICHAEL    D W M 111059
       SC   SUBJECT OF CURRENT INVESTIGATION                     PRIMARY VI

P9C52765700C9X        HARLAND        MICHAEL    D W M 111059
       NN                                                        PRIMARY VI

O9C00246300CWP        COMPUTER                                   EECO
                                                                 OTHER

2002520400005401      FPCS 02   WATKINS        J

WP07QL02BB0004        CASE CWP WATKINS       J 031802
         MICHAEL DAVID HARLAND

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

000037

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>       PAGE   1
                                                       TIN00223

INCIDENT  NBR: 2002AR000423901         FP&F CASE NBR:
VIOLATOR NAME: HARLAND, MICHAEL  DAVID
TOPIC: ARREST OF MICHAEL DAVID HARLAND

           DATE     TIME               DATE    TIME             DATE     TIME
SEARCH: 03112002/2115        ARREST: 03112002/2100      SEIZURE:          /
==============================================================================
VIOLATOR DATA

LAST NAME: HARLAND
FIRST NAME: MICHAEL               MIDDLE NAME: DAVID
CITIZENSHIP: GB   DOB: 11101959
STREET ADDRESS: 1033 BEDFORD AVENUE                     APT/SUITE:
CITY: PALM BEACH GARDENS           STATE: FL    CNTRY: US   ZIP: 33403
VIOLATOR TRAVEL CATEGORY: O OTHER     VIOLATOR STATUS AT ARREST:
LOCAL USE:

TECS RECORD ID: P9C15914800CWP
OTHER NAMES:
RACE: W  SEX: M   HT: 5'00"  WT: 000  HAIR: BN  EYES:BL
SSN: 594705785  CITIZENSHIP:    OCCUPATION:
BIRTHPLACE - COUNTRY:      STATE:      CITY:
PPN:             COUNTRY:      TYPE:    ISSUED:       EXPIRES:
DRIVERS LICENSE - NUMBER: H645544594100          STATE: FL     COUNTRY: US
SCARS/MARKS/TATTOOS/ETC:

MISCELLANEOUS NUMBERS-NUMBER:                 TYPE:
        CASE NUMBER:         WP07QS02WP0006
                             WP07QL02BB0004
==============================================================================
SUMMARY DATA

OI OFFICE CODE: WP CASE #: WP07QL02BB0004
PROJECT CODES: 750 CHILD PORNOGRAPHY-COMPUTER
              689 OPERATION BLUE VIKING
PRIOR INFO:  NONE   DEA   CUSTOMS   TECS   NCIC   OTHER A

                    NAME-TITLE-AGENCY
DECLARATION TAKEN BY:
ARRESTING OFFICER:    WATKINS/J-CRIM IN
SEIZING OFFICER:
SUPERVISOR:           WUNDERLICH/S-SUPVY CRIM INVSTGR-C
PORT DIRECTOR:

TYPE OF INCIDENT: O  OTHER                  DISCOVERY DATE: 03112002
==============================================================================

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>          PAGE   2
                                                          TIN00223

INCIDENT  NBR: 2002AR000423901          FP&F CASE NBR:
VIOLATOR NAME: HARLAND, MICHAEL  DAVID
TOPIC: ARREST OF MICHAEL DAVID HARLAND

LAW CHARGED            LAW CHARGED              LAW CHARGED
FLLAW                  18USC2251(B)             18USC2252(A)
================================================================================
AGENCY PARTICIPATION

DISCOVERING:                    CSA
ARRESTING:                      CSA
PARTICIPATED IN ARREST:         STL FBI
================================================================================
CONVEYANCE DATA

CONVEYANCE TYPE: N NONE
ITINERARY:  DATE            TIME        FROM
                                        VIA
================================================================================
SEARCH DATA

SEARCH TYPE: S STRIP      RESULTS: N NEGATIVE
TIME COMPLETED:  2120   FUNDS:       .00

SEARCHING OFFICER:   WATKINS/J-CRIM INVSTGR-C
AUTHORIZING OFFICER: WUNDERLICH/S-SUPVY CRIM INVSTGR-C
WITNESS:
REASON FOR SEARCH:
================================================================================
ARREST DATA

PLACE OF ARREST:   N                 LOC: PALM BEACH GARDENS, FL
AGENCY ARRESTEE RELEASED TO: STL  REFUSED BY:
             TIME NOTIFIED: 2100  TIME ARRIVED: 2100 TIME RELEASED: 2100
================================================================================
CIRCUMSTANCES/REMARKS:
In March, 2002, the RAIC/WP received information from the RA/FC that Michael
David HARLAND was suspected of producing and distributing child pornography
through the internet.  On March 11, 2002, the RAIC/WP received copies of the
photographs previously seized by the RA/FC.  The photographs depicted HARLAND
in sexually explicit poses with a minor female child, later identified as his
daughter. The Palm Beach County Sheriff's Office was notified as was the
AUSA/WP and the FBI.  In order to protect the minor child, an arrest was
effected that evening and HARLAND was arrested by PBSO for Sexual Battery on a
Minor.  HARLAND confessed to having sexual relations with his daughter and of
taking the photographs which he subsequently transmitted to other individuals
via the internet.  A consent search was done on the residence and the computer
was seized.  The AUSA/WP has accepted prosecution for violation of 18USC2251(b)
Sexual Exploitation of Children and 18USC2252(a), Distributing Material
Involving the Sexual Exploitation of Minors.  The State will be filing charges
             OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

REQUESTED BY:  PRADO, MICHAEL G

        OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

            <APPROVED>   SEACATS - INCIDENT REPORT <APPROVED>        PAGE   3
                                                                    TIN00223

INCIDENT  NBR: 2002AR000423901            FP&F CASE NBR:
VIOLATOR NAME: HARLAND, MICHAEL   DAVID
TOPIC: ARREST OF MICHAEL DAVID HARLAND

for Sexual Battery on a Minor.  For additional information contact SS/A Jack

Watkins or G/S Steve Wunderlich at (561) 659-4606.

=============================================================================

REQUESTED BY:  PRADO, MICHAEL G

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

022704                    TECS II - LIST OF RELATED RECORDS                 PAGE   1
                                                                            TN007064
                          3 RECORDS ARE RELATED TO BASE RECORD
2002AR000423901           INCD CWP WUNDERLICH        S 031302

P9C15914800CWP        HARLAND          MICHAEL     D W M 111059
       SC   SUBJECT OF CURRENT INVESTIGATION                        PRIMARY VI

P9C17057400C9X        HARLAND          MICHAEL     D W M 111059
       NN                                                           PRIMARY VI

WP07QL02BB0004        CASE CWP WATKINS          J 031802
       MICHAEL DAVID HARLAND

REQUESTED BY: PRADO, MICHAEL G
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER SD07QL02BB0004 |

| 4. TITLE: EGGERT JENSEN, ET AL. (OPERATION BLUE VIKING) |
|---|

| 5. CASE STATUS:   INTERIM RPT |
|---|

| 6. REPORT DATE<br>090303 | 7. DATE ASSIGNED<br>012502 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>689 | 10. REPORT NO.<br>010 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS:   SD07QL02BB0005 |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>MEMO OF INTERVIEW |
|---|

| TOPIC: INTERVIEW OF LLOYD EMMERSON |
|---|

14. SYNOPSIS:

On July 29, 2003, SAC/San Diego (SAC/SD) agents interviewed Lloyd EMMERSON regarding his knowledge of Paul G. WHITMORE's manufacturing and distribution of child pornography. EMMERSON received several images and video files from WHITMORE over an approximate two-year time frame. In January 2002, EMMERSON was arrested on federal child pornography distribution and state child molestation charges.

This ROI reflects the essence of the interview with EMMERSON at the Madera County Correction's Jail.

| 15. DISTRIBUTION:<br>SACSD SACKS | 16. SIGNATURE:<br>HAKALA        RICHARD   D   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>SEVEL        JAMES     A   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: SD<br>SAN DIEGO, CA - SAC | 19. TELEPHONE: 619 744 4800 |
| | | 20. TYPIST: HAKALA |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

000042

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
| | 2. CASE NUMBER SD07QL02BB0004 |
| | 3. REPORT NUMBER: 010 |

CASE PROGRAM CODES:

689 OPERATION BLUE VIKIN  750 CHILD PORNOGRAPHY-CO  111 COMPUTER FORENSICS
752 INTERNET CHILD PORNO  776 ICAC TASKFORCE (INTE

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.   ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 2. CASE NUMBER SD07QL02BB0004 |
| | 3. REPORT NUMBER: 010 |

Details of Investigation:

On July 29, 2003, SAC/San Diego (SAC/SD) agents interviewed Lloyd EMMERSON regarding his knowledge of Paul G. WHITMORE's manufacturing and distribution of child pornography.  EMMERSON received several images and video files from WHITMORE over an approximate two-year time frame.  In January 2002, EMMERSON was arrested on federal child pornography distribution and state child molestation charges.

Present during the interview were Lloyd EMMERSON, defense counsel Eric Switzer, Assistant United States Attorney (AUSA) John Conklin, Special Agent (S/A) Michael Prado (RAC/Fresno), Clovis Police Officer John Weaver, San Diego Sheriff's Detective (Det.) Stephanie Guerra, and S/A R. Dean Hakala.  The interview took place at the Madera County Department of Correction's jail.

Lloyd EMMERSON was read the Miranda warning from a San Diego Sheriff's Department form by Det. Guerra prior to questioning.  After being advised of his rights, EMMERSON made the following statement:

He said that he saw a picture of a blonde girl with a lollipop, sitting in a chair while he was looking through Yahoo chat groups relating to child models.  He said that Ramon PATTINO, a suspect in this case, told him that he knew the girl's dad.  PATTINO offered to introduce EMMERSON to WHITMORE and in the summer of 1999 PATTINO introduced them to each other.  During the interview EMMERSON said he was unsure of the year and it could have been 1999 or 2000.  They met at a Chuck E. Cheese restaurant in the University Town Center area of San Diego.

He said that WHITMORE sent the first nude photo to him in the summer of 2000.  He said that WHITMORE established an image classification system ranging from a 1 to a 4 with category 4 being the most graphic.  The categories are as follows:

* the model was topless and the photos were more of an art type setting and tasteful
* similar to a category 1 only the model may have been bottomless and the pictures were taken from an angle
* full frontal nudity
* full nudity, graphic, inappropriate pose, concentrating on the genitalia

They would use the categories to describe the type of pictures they were trading or sending to each other.

He said the second meeting with WHITMORE took place at WHITMORE's house.  He

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    4 |
|---|---|
| | 2. CASE NUMBER SD07QL02BB0004 |
| | 3. REPORT NUMBER: 010 |

couldn't remember exactly when that meeting took place.  During that meeting, EMMERSON said that WHITMORE allowed him to take pictures of Menolly. WHITMORE was present during the photo sessions between EMMERSON and Menolly. EMMERSON said that he was able to take category two and three pictures of Menolly and that WHITMORE took category one pictures of Joy, EMMERSON's daughter. He claims that WHITMORE did not want EMMERSON to touch Menolly, but that he could take nude photos of her.  He said that while he was taking nude photos of Menolly, WHITMORE was taking topless pictures of his daughter Joy.

EMMERSON said that he visited WHITMORE a third time and that once again, they took pictures of each other's daughters.  He said the only restriction WHITMORE placed on him was that he could not penetrate Menolly's vagina. Again, he did not remember exactly when the meeting happened.

EMMERSON said that WHITMORE traveled to Clovis at least three times and that during each visit he brought Menolly and no one else.  EMMERSON claims that the last two visits he refused to allow any pictures to be taken.  He said this made WHITMORE angry and that WHITMORE wrote him a letter expressing a desire to maintain the relationship between the two.  EMMERSON said he was becoming afraid of WHITMORE because WHITMORE wanted to move forward sexually with EMMERSON's daughter.

EMMERSON said that as the relationship with WHITMORE progressed, WHITMORE became more open with EMMERSON about his past involvement with other children, specifically his niece Tabitha.  EMMERSON said that he was shown naked pictures of Tabitha that WHITMORE said he took.  He claims that WHITMORE said Tabitha became open to taking nude photos. The pictures went from what could be considered child erotica to more graphic photos focusing on her genitalia. The images also included pictures of Tabitha and Menolly naked, playing together with a phallic symbol.

EMMERSON said that he believed most of the images he had in his possession were taken by WHITMORE and that a few may have been taken by Brooke ROWLAND, another suspect in this case.  He said he met ROWLAND through WHITMORE.  He said that there were some pictures of Menolly in a setting that he did not recognize.  He said he recognized most of the picture he had as being taken in the WHITMORE house.  The backgrounds in the pictures he did not recognize he believed were taken in ROWLAND's house.

He said he met Brooke ROWLAND for the first time during the summer of 2001 at a beach in San Diego.  It was during a birthday party for one of ROWLAND's children.  He also said that he had communicated with ROWLAND via ICQ chat and that he met ROWLAND through WHITMORE.  During the initial meeting with ROWLAND, he said that ROWLAND tried to convince him to take his daughter Joy and go with WHITMORE and Menolly to ROWLAND's house.  He refused which upset

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    5 |
|---|---|
| | 2. CASE NUMBER SD07QL02BB0004 |
| | 3. REPORT NUMBER: 010 |

ROWLAND and they hardly communicated after that.  He also said that during the ICQ chat they had exchanged some category 1 (topless) pictures.  He said that the first pictures of ROWLAND's children he received from WHITMORE and that he believes the children were clothed.  He said most of the images of EMMERSON's children were sent by WHITMORE.  He said he received images from WHIMTORE that showed Menolly and ROWLAND's children naked.  He said WHITMORE was trying to foster a relationship with ROWLAND and that they communicated with each other quite often.  He said that WHITMORE told him he was able to take pictures in all of the various categories of ROWLAND's children.

EMMERSON said that WHITMORE began to scare him with demands of what he wanted to do with EMMERSON's daughter.  He said that he did not want WHITMORE to touch his daughter the same way WHITMORE touched Menolly.

EMMERSON stated that WHITMORE provided CDs to him in person or sent him images over the Internet.  He said that WHITMORE also told him about receiving child pornography images from other people.  EMMERSON said that most of the CDs were encrypted by WHITMORE.  He said that WHITMORE gave him approximately twenty CD's.

He said that WHITMORE's wife Lisa, did not like him taking pictures of Menolly while she was in the bath and that WHITMORE told him Lisa did not know how involved in the picture taking he actually was.

EMMERSON said that he talked with WHIMTORE about Menolly telling the police and he said that WHITMORE felt confident that she would not discuss the molestation because Menolly loved him.

EMMERSON said that he would often copy the descriptions of the pictures he received from WHITMORE and embed the descriptions into the pictures themselves.

He said WHITMORE told him that he planned on burying CD's if he was investigated.  He said that WHITMORE was aware that something was happening in Europe that had him concerned.

EMMERSON said that WHITMORE claimed to be a pedophile and actually referred to himself in that vein.  He said that WHITMORE had claimed to be a pedophile for a long time.

EMMERSON said he also talked with Michael HARLAND, another suspect in this case.  EMMERSON did not say when he actually became acquainted with HARLAND, however he said that WHITMORE had introduced them.  He said they talked on the phone one time.  He was also introduced to Tracy REYNOLDS, another suspect in this case, by WHITMORE.  EMMERSON and REYNOLDS had talked on the phone and

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    6 |
|---|---|
| | 2. CASE NUMBER SD07QL02BB0004 |
| | 3. REPORT NUMBER: 010 |

through ICQ.  EMMERSON did not elaborate on their conversations other than to
say that REYNOLDS was going to bury evidence in his backyard.

The investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Department of Justice
United States Attorney's Office
Eastern District of California
1130 "O" Street, Room 3654
Fresno, California 93721

559/498-7272



## Facsimile Transmission Cover Page

**TO:** *Eric Foxdewski*

Recipient's Fax No.: *431-4108*

### U.S. ATTORNEY FACSIMILE COMMUNICATION CONTAINING INFORMATION SUBJECT TO ATTORNEY CONFIDENTIALITY

The information contained in this facsimile message, and any and all accompanying documents constitutes information subject to attorney confidentiality. This information is the property of the U. S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**FROM:** *Jo Corlett*

Office of the United States Attorney, Eastern District of California

Sender's Phone No.: 559/ 498-7272

Date:                                   Pages  plus cover sheet

Re:

## INSTRUCTIONS

____ IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

____ PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.

000048

2/25    Proffer w/ Bowcut:

- Toby was moderator of pre-teen
  erotic newsgroup.

- Web master for Bowcut's site

- Toy traded sent Bowcut CDs/videos that
  included pics (he) taken by people Toy traded w/.

- goes to places, takes pics of kids in public.

☆ - Toy would cooperate (possibly) w/
  people who sent him (Toy) pics.
  -

- Bowcut traded pics/rec'd pics from numerous
  unsubs.


Patino

- May have sent Bowcut c.p. via email,
  will be in attachments.

Hariaczyi

- s) contacted Bowcut "daily"

Email name Frogtan

- sending & asking for the c.p. pics.
( Files sent thru MSN.
└ pics he found thru Usenet.

- got engaged, told Bowcut he wanted
to "quit". Eventually recontacted Bowcut
asking for c.p. again

- Told Bowcut re: 10 y.o. female relative
that "he was getting ready" to molest
- Sent a CD to Trent that was encrypted
(Scram Disk), couldn't open. Sent a 2nd
CD ("very hard c.p.") Loaded w/
1000's of pics from erotica to "extremely
explicit." Sent via USPS. Trent
comm. that he liked CD very much.

- Terry Callaha has taken some
pics. Shared w/ Whitmore &
Emmerson. Terry worked for Bowcut.
Topless, in underwear & in sexual
poses (Britney & Carlie).

000051

3/25/04     Boucut Proffer #2

Calvin Toy : a.k.a. "Little Rascal / Panda"
→ moderator of Newsgroup
been frd - early 2000, Toy sent explicit pics
"Mary Jane"                           CD of
           to Boucut.

- just
- talked on phone 2-3 x a week     ⌐ Mid 99 - arrest
- chat/email daily ───── Anaheim,
- 1/00, Boucut came to CA to meet.
- stayed Toy paid for room
pers.    510-785-6195
ph-#

www. zuzu . com
            net
Toy   a Webmaster for former child Eds. stues

- uses storage facilities @ dad's house
  to house c.p. collection
                              VHS
- Boucut sent c.p. vids to Toy
    appx. 8-12 (hidden cams)

000052

→ Nebraska    300 · Buy- Coin / scale  works @
          Buy USA Coin

- Steve Brown, a.k.a. "Bobby Maxwell",
                Carmen
  bought Bowcut digital CAM + Joshus @
                              Buy.com
  later a card for Bowcut to
  take pics of Bowcut's sis-in-law (10yo).
- attempted to blackmail Bowcut

- Karmen made video of 15-14 yo (hc sex), sent to sq.
    video sent to Joy, made encrypted
  CD.
    appx 40 yo, heavy, brn hair
        lives 4 parents
    Joy's friends:
  "Dreamweaver" was s.re child/star/us.com"
    shadetree → John

    Mid-98 began looking @ kiddie porn.
      IRC, trading pics.    Met
  ( Steven Karman.    His daughter
  → travels to Russia for sex.
              6/99  (3 mos.)

000053

$400

Carmen          d.s. com
- 4/99 or 5/99  bought from Buy.com for s).
  used mom's credit card.  Later sent $ order.

Carmen:    iloveray@hotmail.com        appx.
           iluvray@ hotmail.com          99

Bowcut < pretend69@ yahoo.com  (Bowcut)
          perfectrock@ yahoo. com

Bowcut sent pic of kid orallycopulating.
              ended relentionship end of 99.

Carmen: daughter Amanda or Annie ?, 6 in 99. Multrad.

en

appx. 5/01, saw pics posted on usenet.

NE
worked in corn

000054

Bowcut:                                    4.5
                    Bowcut sent              cody
Hariaczyi → trading peek pics. Later header pics.
    → scnt c.p. images from Newsgroups. HC too.
    s) sent an encrypted CD.
                                        Instant
- T.H. only person s) comm. 4 thru MSN Messenger.
- T.H. wanted to start photographing niece. MSN

                  cp. pics
- traded 4 Peekaboo. Has access to 14 yo. 17-18 now.

Patino: "Rpat". Introduced Bowcut to Emmerson.
-Traded c.p. pics downloaded from web.
  - Whitmore got all of Bowcut's hc pics
   from Patino, who got dem from Lloyd.
-Shadetree
      alt. binairs. pictures, erotic pre-teen (ABPEPT)
  Ferguson: took c.p. pics.
          had 2nd older victim (16), not Mandi.
  Callahan: worked for Bowcut. Paid
    $2,400 per month, plus $150 for models, for
    rts. to @allahan pics.
  - rec'd peek pics from Callahan.
  - Whitmore said T.C. traded hc pics.
    in same group.
               Yahoo

000055

- Emmerson said T.C. not legit. Emmerson went to photo shoot w/ T.C.

- Allegedly taken pics of 13-14 yo that were being posted

Joe Silva: traded pics. cp. Offered to pay $1,000 for hidden cam video of Rachel.

Mike Watson: borderline
Traded c.p. pics w/ him (Nighthawk)
mainly soft core.

Fernando:
Trade he c.p. thru internet & thru mailing CDs.

Boobar: I'm not like you guys, all I did was send fantasy stories to Lloyd.

2/25.   Harland          Proffer

① traded pics w/: unsub "Lapids" in west
   Palm Beach Heights.  Sent  waterpark  Palm
   pics & neighbor girls.  unsub  Some nudes
   used aol.   Listed in Buddy List   Maybe

② Running a website in Ft. Lauderdale
   (think)  H. "webeweb" com  More then AOL
   Vnsub Sent clothed pics of daughter.
   sent similar pics.   Sent "out takes" (peeks).  H.

   - Sent a bunch of pics to an online   clothed — Photopoints —
   storage repository.  buys would ask for
   unclothed.

   daughter: Emma
         — close w/ Boobar & Emmerson
   - also her whitmore

VV DVV

- Whitmore told Off. he lived near Emmerson
  & that his daughter's name was Monolly.

-

Computer: only encryption softw. used
  was "Magic Folders" Anything rec'd
  was dumped into Magic Folders in diff.
  Folders.
  comm. also w/ FTP (used "Mike" or Mitchmla)
- Emmerso. taught him how to use.
  He created users for Emm. & Whitman
  for FTPP

- talked w/ Emmerson at least one.
  re: Boobar
  - knew as lol+ot. Said he lived in TX,
  didn't have kids.   Worked w/ computers.
- Met thru a AOL chat room that dealt
  w/ young girls.
- talked "quite often" w/ Boobar
- He sent Boobar pics. Boobar would send
  stories from mr.double.com. Also
  would send occ. pics from online.

000058

Harland cont.

- Boober sent appx. 100-150 pics total
- 10-12 y.o. girls. No HC (maybe 1 or 2)
  Most bikini or topless.
- Comm. AOL & ICQ
- would ask H. to take more "special"
  photos, i.e. c.p. of daughter EMMA
- Boober knew H. was in FL
- talked about wanting to "do things" to her
- acknowledged receipt of HC photos from
  H. & asked/encouraged him (H.) to produce more.
- Boober would ask for advice on gardening
- " would send pics from Emmerson. Talked
  about Emmerson. Topless & "party shots."
- file in computer called Loltot.
- Magic Folder passwords:    wwww
                              cowtz wwynw,°
                              1492

tided some pics w/ guy - England (topless)
- from Manchester, England

Emma's POB:
- West Palm Beach, FL
wife: Pamela Her Picoli
          70 Smith St.
          Glenhead, NY 11545

Mother Fabrege

    Sex w/ 7 y.o.
seen Emmerson's pics. whitmores.

        know sites etc

4/9/04   2nd Proffer of Mackland

- talked w/ Loltot as much as Commerson, or more. Never met face to face.
- started early - mid 99, likely AoL chats.

- Loltot sent pics & stories
  - was a member of mr.double.com
- Loltot, wanted video of Emma in bathtub, via netcam. H. couldn't link video in bathroom; too far.

- Loltot initially didn't want explicit
- Later wanted "better" pics. From party chats to topless to nude. H. certain, Loltot asked for nudes.
- consistently asked for pics.
- witnessed Loltot (w/ head cut off) masturbating (to via netcam) to pic of Emma.
- approx. 1/4 of pics sent to Loltot: C.P.

000061

✳ H.
took pics to trade w/ others.
— rec'd pics from Boober, but mostly stories.
— H. crashed 3/11/02   H. talked w/
via email Coltot shortly after EMMerson
   arrested. Coltot emaild news article
   to H. asking if he saw what happened.

\# Boober liked (sister more than Joy
   (EMMerson's kids)
— Coltot informed H. re: Magic Folders
— certan "spread eagle" pics sent to Coltot.
—  "  pics (topless) in hula outfit.
—  "on bed of "probably" sent ones
   w/ remote in hand.

                    ⚹

4/15/04   3rd Proffer w/ Harland:
- after reviewing chat logs, remembered
meeting Colton in Mr. Double chat room.
- between 50-100 he pics sent to
Harland Boober. Mostly Emma. (less than
50).
- once started using Net Meeting, Colton would begin
- Colton wanted H. to take pics of
Emma.
chatted
on/off  2 yrs.
chatted more o- ICQ than Net Meeting.

3/29/04  Proffer w/ Emmerson:

&  initially:                    posted as "Joel"
&  - rec'd email from Lee, complimenting family site
   - Lee introduced Emmerson to Bowcut & Deborow
   also was contacted by Patino. → introduced to Whitmore
   Lee went to jail, got out, recontacted Emmerson.
   - communicated thru ICQ, traded via FTP
   - Lee wanted to see s) kids nude
   - set up FTP's for...
     Lee, Patino, Phil Collins, Rowland,
     Essli, Whitmore, Gigi, Reynolds, Leltot
   - Lee left pics for Lloyd during FTP
   - Lee told s)Stephanie was his daughter
     ( orphen, Patino, Tschernetzki met thru Delphi )

   - Whitmore: → emailed one another.
     ( sent clothed to erotica to bathtub. Progressively worse.
     known to s) as: _____

   Zill: knew as "Highwayman"

000064

— England → "Phil Collins" sent Emmerson
panty shots. Told Lloyd he (Lloyd)
was going too far w/ pics

- also developed a separate relationship
w/ Harland.
        (o introduced s) to Loltot.
- Loltot sent Lloyd stories, wanted pics from
Lloyd. Comm. via ICQ.
   Loltot never complained about what was
Made available. Took everything that
Lloyd Made available to him.
   - Loltot sent Lloyd public kid pics.
   - Loltot told him he was a paying customer.

000065

4/16    Int. w/ EMMersons

- had FTP to send/receive pics.
- Lloyd would give individuals site
add. & password to access FTP.

- Groves Colton initiated contact w/ EMMerson
- E. stated that he would never put
porn. pics in a folder for someone
who hadn't requested them.

000066

HARLAND    4/9/04

— MAGIC FOLDERS                    hot key.  CTR/A.  or CTR A:

    EMF.  - File NAME

—  LATEST folders  on  morningstar  +  Poss old. lose one.

—  VIDEO
         — Sent   1 Video via netcam w/ Emma sitting on Lap
              — not Porn.

—  25% of Pics  — Porn

—  only had Emma on THE WEEKENDS.

—  Check for Magic folders  on  Booger comp.

1 X ASK BOWCUT ABOUT KOT (ordering videos)

BOWCUT   3/25/04   ESTHER

PWDS
Emily 520
Kendall 520  Toy   "LITTLE RASCAL + PANDA"
— Talked on Phone 2-3 Times / wk.   (Lid call)
— Jan 2000 went to meet ........  (mid '99 to arrest)   578 — 785-61
— 2 adjoining rooms.
— across from DisneyLand
— Toy paid for room
Emily + Kendall at Trip
— took pics of David Gallacher (leaven)   776

.VIDEO
— From Steven KARMAN
— Real Name
— "BOBBY MAXWELL"
— Bought CamelOR Boy.com   ✕✕✕
— Shipping to Pete
— ✕✕✕✕✕✕✕   Purchase to Karman

— WWW. ZUZU.COM
       NET.

— Attorney communicated w/ Toy RE: VIDEO.

— Sent Toy 8 -12 VHS VIDEOS
— Sent back as mPEG files or AVI.

— Encryption  — ScanDisk
— SPYSHIELD - for microsoft I.M.

000068

Carmen
STEVEN ~~KROWEL~~ "BOBBY MAXWELL"

— FROM NEBRASKA

11/98

— 10 yr old DAUGHTER — HAD SEX w/        + 6yr old DAUGHT

— TRAVELS TO RUSSIA for SEX

— TRAVELED DOWN COUPLE of STATES

— VIDEO TAPED ~~to~~ SEX w/ MINOR.

— SEAT SCANS of RACHAEL

— - 800 - CORN - USA
Buy corn
Buy corn USA

— maybe WRITTEN on DESK — Angie sister in law has DESK

— went TS russia JUNE '99 for 3 months.

— APRIL or MAY '99 — BROUGHT DIGITAL CAMERA  (maybe USED MOTHERS CREDIT CARD.
— Kodak DC210                                                         "store?"
— ZUZU now has.

— Email / ICQ / Phone
1 LOVERAY @ hotmail.com
1 LUVRAY

hotmail.
Pretend 69 @ ~~yahoo~~.com — Bowcut
PerfrctRock @ yahoo.com

— look for FTP LOGS.

*   — Poss. MATERIAL on PARENTS computer.
~~site of~~ for Built for them.

000069

<u>TRENT</u>

BOUGHT DIG. CAMERA
— Going To Pics of niece. (BROTHERS DAUGHTER)

— Sent unique stuff
— Sent Pics That looked like Emily

000070

BOOBAR

Whitmore told That he AND Brooke TRADED w/ colTo;

---

— HARVIE CHRISTIAN                    Sent over 100 EA. WAY.
— whitmore knew
— TRADED C.P. w/ harvie
— Very ActiVE
— sent $ + clothing
— belonged To Group That whitmore/Rowland belong To
— met from ABPc.

* RECOVERY JOURNALS

Peek

Traded C.P.    H.C.
Paul Whitmore knows.
    — Emails on Computer.

Patino

— Introduced to Lloyd
— Traded C.P.

H.C. → Bow →
         ↘
         Lloyd
Paul        ↓
Says      Ramone
           ↓
          Whit

000072

RATBOY

2ND VICTIM   16 yrs.

— Sexual w/ her since 12

Bowdt can Recognize from Face

---

TERRY Calatan

had FTP ACCESS.

Whitmore said Terry Posted H.C. Porn. To Yahoo Group.