# ATTACHMENT

# F

CCU data v2.0.rc

1/13/02   1
2653
RECORDS

→ 🗎 29-11-1990 3:33:04 AM (loltot - 14481005)

You still around?

→ 🐝 03-06-1999 9:56:39 AM (loltot - 14481005)

Michaeldharland@yahoo.com
0

→ 🗎 03-06-1999 2:29:59 PM (loltot - 14481005)

Good afternoon
I hope you are out buying a camera

→ 🗎 04-06-1999 12:06:41 PM (loltot - 14481005)

hello?

→ 🐝 26-07-1999 12:54:02 PM (loltot - 14481005)

Mike
MIke

Michaeldharland@yahoo.com
1

→ 🗎 26-07-1999 2:00:09 PM (loltot - 14481005)

hello???

→ 🗎 26-07-1999 2:00:18 PM (loltot - 14481005)

its mike

← 🗎 26-07-1999 2:00:51 PM (loltot - 14481005)

hey, great to see you again

→ 🗎 26-07-1999 2:01:05 PM (loltot - 14481005)

you too:)

← 🗎 26-07-1999 2:02:19 PM (loltot - 14481005)

i love the web page!

→ 🗎 26-07-1999 2:02:35 PM (loltot - 14481005)

thanks i just made a new album

→ 🗎 26-07-1999 2:03:03 PM (loltot - 14481005)

this weekends pics

← 🗎 26-07-1999 2:03:47 PM (loltot - 14481005)

god, it has been forever since we talked!

I have another really good "online friend"  who I had been wanting to share Emma's pics with but I had promised you I wouldn't show them to anyone without your consent...then you posted the website, so i just pointed him to it...he agrees with me that she is sooooo cute and sooooo sexy!

← 🗎 26-07-1999 2:03:59 PM (loltot - 14481005)

did you post the album yet?

→ 🗎 26-07-1999 2:04:34 PM (loltot - 14481005)

yes check it out

← 🗎 26-07-1999 2:04:45 PM (loltot - 14481005)

ild love to see some pics

← 🗎 26-07-1999 2:04:50 PM (loltot - 14481005)

hang on

→ 🗎 26-07-1999 2:04:57 PM (loltot - 14481005)

ok

← 🗎 26-07-1999 2:07:27 PM (loltot - 14481005)

great pics!  I can't wait to add them to my collection!  She is soooo sexy!

(of course I have the best pics which you won't be posting to any website!)

GOVERNMENT EXHIBIT
DB-2
CHARLES 800-733-0099

ICQ data v2.0.jcg

4

← 💾 26-07-1999 2:43:47 PM (loltot - 14481005)

Filename: Kim-Toy.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 📄 26-07-1999 2:45:52 PM (loltot - 14481005)

very nice:)

← 📄 26-07-1999 2:46:12 PM (loltot - 14481005)

god arent they sexy!

← 💾 26-07-1999 2:46:33 PM (loltot - 14481005)

here is another one of my favorites

Filename: krissi.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 26-07-1999 2:47:27 PM (loltot - 14481005)

since we spoke last, i have acquired A LOT of pics like the last 2 I just sent you...not as many "personal" ones, but i do have
some...here they come next

→ 📄 26-07-1999 2:48:14 PM (loltot - 14481005)

cool

← 💾 26-07-1999 2:49:24 PM (loltot - 14481005)

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 26-07-1999 2:51:28 PM (loltot - 14481005)

i have more of her, hang on

→ 📄 26-07-1999 2:51:44 PM (loltot - 14481005)

thanks your the best

← 💾 26-07-1999 2:54:54 PM (loltot - 14481005)

Filename: JenV8.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 📄 26-07-1999 2:55:00 PM (loltot - 14481005)

awesome pics

← 💾 26-07-1999 2:55:46 PM (loltot - 14481005)

Filename: JenV9.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 💾 26-07-1999 2:56:35 PM (loltot - 14481005)

Filename: JenV9.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 💾 26-07-1999 2:57:37 PM (loltot - 14481005)

l2 11:04:00 PM

Filename: JenV13.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

Filename: JenV14.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

26-07-1999 3:00:12 PM (loltot - 14481005)

damn these are good

26-07-1999 3:00:18 PM (loltot - 14481005)

Filename: JenV18.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

26-07-1999 3:01:07 PM (loltot - 14481005)

Jen is 6 or 7 yrs old, i forget exactly.

you should hear some of the stuff he supposedly does "to her"

26-07-1999 3:01:27 PM (loltot - 14481005)

sounds fun to me

26-07-1999 3:01:51 PM (loltot - 14481005)

Filename: JenV20.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

26-07-1999 3:03:02 PM (loltot - 14481005)

supposedly he will jack off and put his cum on her toothbrush without her knowing it...stuff like that.....but based on these pics,
i would say there is more going on than he is willing to admit to

26-07-1999 3:03:38 PM (loltot - 14481005)

what was the last one i sent 18, or 20?

26-07-1999 3:04:06 PM (loltot - 14481005)

20

26-07-1999 3:04:41 PM (loltot - 14481005)

20 was awesome

26-07-1999 3:05:54 PM (loltot - 14481005)

last 2

Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

26-07-1999 3:07:18 PM (loltot - 14481005)

god damn soooo hot

26-07-1999 3:07:49 PM (loltot - 14481005)

don't you think something is going on between him and his daughter,based on those pics?

26-07-1999 3:08:10 PM (loltot - 14481005)

i think so, lucky guy

26-07-1999 3:09:39 PM (loltot - 14481005)

the last time we spoke, you were going to take some swim-suit pics of emma, and try to get her to goof around in front of the
netcam...any luck (oh yeah, and you were going to make me another wav file)

26-07-1999 3:10:13 PM (loltot - 14481005)

the net cam thing works well i have had fun with that

26-07-1999 3:10:27 PM (loltot - 14481005)

havent done swimsuit stuff yet

ICQ data v2.0.icq

6

→ 26-07-1999 3:10:40 PM (loltot - 14481005)

wav i will do i promise

← 26-07-1999 3:10:53 PM (loltot - 14481005)

do you have any video from the netcam to show me?

please say yes
please say yes
please say yes  please say yes  please say yes

→ 26-07-1999 3:11:20 PM (loltot - 14481005)

not yet, i havent even thought of that

← 26-07-1999 3:11:31 PM (loltot - 14481005)

remember, i want to hear her say:

"daddy, i like your friend"
and " daddy, that tastes soooo good"

→ 26-07-1999 3:11:37 PM (loltot - 14481005)

am i stupid or what

→ 26-07-1999 3:11:53 PM (loltot - 14481005)

thc.s sounding good to me

→ 26-07-1999 3:12:42 PM (loltot - 14481005)

god i wish i was home right now

← 26-07-1999 3:12:46 PM (loltot - 14481005)

well what fun have you had with the netcam?

→ 26-07-1999 3:12:55 PM (loltot - 14481005)

Im staying home tommorow

← 26-07-1999 3:13:05 PM (loltot - 14481005)

just online

→ 26-07-1999 3:13:20 PM (loltot - 14481005)

with a few people

← 26-07-1999 3:13:50 PM (loltot - 14481005)

i mean have you gotten Emma in front of the netcam for other people to see her?

→ 26-07-1999 3:14:43 PM (loltot - 14481005)

no not yet ill reserve that for you

← 26-07-1999 3:15:22 PM (loltot - 14481005)

you know i would feel much better if you weren't on AOL...very dangerous...don't you have a regular ISP at home?

← 26-07-1999 3:16:41 PM (loltot - 14481005)

i am home, and hard as a rock...i just wish i had more of emma to think about!

→ 26-07-1999 3:16:44 PM (loltot - 14481005)

no

→ 26-07-1999 3:18:13 PM (loltot - 14481005)

we could have fun tommorow:)

← 26-07-1999 3:18:22 PM (loltot - 14481005)

i am sending friend Don Emma's panty pics right now

→ 26-07-1999 3:19:42 PM (loltot - 14481005)

good

← 26-07-1999 3:19:43 PM (loltot - 14481005)

if you are going to be home tomorrow, i will make it a point to be home too!

→ 26-07-1999 3:19:59 PM (loltot - 14481005)

hope he enjoys

12 11:04:00 PM

← 26-07-1999 3:20:21 PM (loltot - 14481005)

Filename: May16_23.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 26-07-1999 3:21:29 PM (loltot - 14481005)

didn't you tell me once you had a few that showed "a little more" of her.....but i was too paranoid to accept them?

← 26-07-1999 3:21:46 PM (loltot - 14481005)

← 26-07-1999 3:23:11 PM (loltot - 14481005)

chatting would be so much easier than these messages

← 26-07-1999 3:23:53 PM (loltot - 14481005)

Don is soo hot for Emma now!

→ 26-07-1999 3:24:22 PM (loltot - 14481005)

thats cool by me
i love it that she does that to guys

← 26-07-1999 3:24:52 PM (loltot - 14481005)

you want to chat about what we want to do to her?

→ 26-07-1999 3:25:12 PM (loltot - 14481005)

i really should get a little work done

→ 26-07-1999 3:25:23 PM (loltot - 14481005)

but ill be on tommorow

→ 26-07-1999 3:25:35 PM (loltot - 14481005)

maybe 3 of us can chat

← 26-07-1999 3:26:23 PM (loltot - 14481005)

yeah, i don't know if Don will be on tomorrow, but i sure will!

try to get that wav file for me tonight if you get the chance!

I have lots more pics for you too!

→ 26-07-1999 3:26:50 PM (loltot - 14481005)

if the wife is out

← 26-07-1999 3:27:26 PM (loltot - 14481005)

and if you can give her a bath, you should rub that sweet hairless little pussy for me!

→ 26-07-1999 3:27:37 PM (loltot - 14481005)

mmm yes

→ 28-07-1999 8:03:11 AM (loltot - 14481005)

Ill be on this afternoon after about 12.30 or 1
hope to see you then

← 02-08-1999 12:59:00 PM (loltot - 14481005)

helloooooo

← 03-08-1999 12:06:00 PM (loltot - 14481005)

are you outhere?

← 03-08-1999 2:24:09 PM (loltot - 14481005)

hey

→ 03-08-1999 2:24:33 PM (loltot - 14481005)

hi:)

)2 11:04:00 PM

← 03-08-1999 2:25:33 PM (loltot - 14481005)

god, i was hoping you would get on today....i sent you a couple of emails....i didnt see any updates to your "album" page....no
new pics?

ICQ data v2.0.log

8

➡ 📄 03-08-1999 2:26:19 PM (loltot - 14481005)

not yet i took some on film

➡ 📄 03-08-1999 2:26:42 PM (loltot - 14481005)

not had them done yet

⬅ 📄 03-08-1999 2:27:47 PM (loltot - 14481005)

i figured out netmeeting, so next time you are at home, we can mutually enjoy ourselves

➡ 📄 03-08-1999 2:28:11 PM (loltot - 14481005)

i think that will be fun

⬅ 📄 03-08-1999 2:28:39 PM (loltot - 14481005)

when will you be home again?

➡ 📄 03-08-1999 2:28:50 PM (loltot - 14481005)

cant wait to make a little movie too

⬅ 📄 03-08-1999 2:29:02 PM (loltot - 14481005)

maybe tommorow

⬅ 📄 03-08-1999 2:29:28 PM (loltot - 14481005)

a movie of Emma?

➡ 📄 03-08-1999 2:29:35 PM (loltot - 14481005)

yes

⬅ 📄 03-08-1999 2:30:33 PM (loltot - 14481005)

OOOOHHHH FUCK I AM HARD NOW JUST THINKING ABOUT IT!

➡ 📄 03-08-1999 2:30:57 PM (loltot - 14481005)

im not sure what ill do but it will be good

⬅ 📄 03-08-1999 2:31:58 PM (loltot - 14481005)

maybe record her licking an icecream cone.... tell her to really try to get alot of it in her little mouth!

⬅ 📄 03-08-1999 2:32:06 PM (loltot - 14481005)

or a bannana

➡ 📄 03-08-1999 2:32:46 PM (loltot - 14481005)

thats good

➡ 📄 03-08-1999 2:32:56 PM (loltot - 14481005)

banana is good

⬅ 📄 03-08-1999 2:33:15 PM (loltot - 14481005)

does she like bannanas

➡ 📄 03-08-1999 2:34:06 PM (loltot - 14481005)

loves them

⬅ 📄 03-08-1999 2:35:25 PM (loltot - 14481005)

you think you could get her to lick the banana and try to put alot in her mouth before she bites it!

➡ 📄 03-08-1999 2:36:05 PM (loltot - 14481005)

i dont see a problem

➡ 📄 03-08-1999 2:36:22 PM (loltot - 14481005)

we will have you soo turned on

⬅ 📄 03-08-1999 2:38:25 PM (loltot - 14481005)

OOOOH GOD....WHEN, WHEN, WHEN!

➡ 📄 03-08-1999 2:40:39 PM (loltot - 14481005)

this weekend will be a flood i promise



ICQ data v2.0.icq

9

03-08-1999 2:42:12 PM (loltot - 14481005)

OK, i can't wait...i am going to a water park this weekend with my wife, and her family...i will surely see lots of little cuties, and will not get a chance to "relieve" myself, so i will be sooooo horny come Monday.

can you be home sometime monday where we can share the pics together?

---

03-08-1999 2:42:30 PM (loltot - 14481005)

good for u

---

03-08-1999 2:42:40 PM (loltot - 14481005)

thats always fun

---

03-08-1999 2:43:24 PM (loltot - 14481005)

ill be sure she is dressed right too

---

03-08-1999 2:43:31 PM (loltot - 14481005)

are you going to have Emma to yourself this weekend?

---

03-08-1999 2:43:47 PM (loltot - 14481005)

i think so for a while

---

03-08-1999 2:44:00 PM (loltot - 14481005)

tease me please!

how will she be dressed?

---

03-08-1999 2:44:19 PM (loltot - 14481005)

i like the real little girl type look

---

03-08-1999 2:44:34 PM (loltot - 14481005)

like the ones on the web

---

03-08-1999 2:44:50 PM (loltot - 14481005)

want some more pics?

---

03-08-1999 2:44:55 PM (loltot - 14481005)

nice little straps

---

03-08-1999 2:45:02 PM (loltot - 14481005)

sure

---

03-08-1999 2:45:17 PM (loltot - 14481005)

hang on

---

03-08-1999 2:45:23 PM (loltot - 14481005)

ok

---

03-08-1999 2:45:53 PM (loltot - 14481005)

i am going to have to switch computers....i have no pics on this one...BRB

---

03-08-1999 2:46:20 PM (loltot - 14481005)

ok

---

03-08-1999 3:08:40 PM (loltot - 14481005)

hello??

---

03-08-1999 3:09:30 PM (loltot - 14481005)

sorry, got interrupted with an important phone call....you still there?

---

03-08-1999 3:11:59 PM (loltot - 14481005)

hello

---

03-08-1999 3:15:51 PM (loltot - 14481005)

imhere

---

03-08-1999 3:16:12 PM (loltot - 14481005)

)2 11:04:01 PM

i had to go outside anyway

---

➡ 📄 03-08-1999 3:16:17 PM (loltot - 14481005)

back now

⬅ 📄 03-08-1999 3:16:48 PM (loltot - 14481005)

cool, i've got some pics for you...first a girl more in your "age range"

her name is mandi....do you already have them (they are pretty common in the NG's)

➡ 📄 03-08-1999 3:17:04 PM (loltot - 14481005)

dont think so

⬅ 📄 03-08-1999 3:17:12 PM (loltot - 14481005)

did any of the pics i sent you last week work?

➡ 📄 03-08-1999 3:17:25 PM (loltot - 14481005)

no:(

➡ 📄 03-08-1999 3:17:44 PM (loltot - 14481005)

im on a wayyyyyy better computer now

⬅ 📄 03-08-1999 3:18:02 PM (loltot - 14481005)

ok, i know why....i had this problem with another guy....and i know how to fix it...here comes Mandi

⬅ 📄 03-08-1999 3:18:16 PM (loltot - 14481005)

wayyyy better how?

➡ 📄 03-08-1999 3:18:17 PM (loltot - 14481005)

cool

➡ 📄 03-08-1999 3:18:38 PM (loltot - 14481005)

550 mhz pentium 3 Dell

➡ 📄 03-08-1999 3:18:46 PM (loltot - 14481005)

:)

⬅ 💾 03-08-1999 3:19:26 PM (loltot - 14481005)

Filename: mandi111.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

⬅ 💾 03-08-1999 3:20:01 PM (loltot - 14481005)

Filename: mandi111.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➡ 📄 03-08-1999 3:21:02 PM (loltot - 14481005)

nice

⬅ 💾 03-08-1999 3:21:12 PM (loltot - 14481005)

Filename: mandi115b.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➡ 📄 03-08-1999 3:21:17 PM (loltot - 14481005)

thats a 2 spurt

➡ 📄 03-08-1999 3:22:27 PM (loltot - 14481005)

thats a good 3 spurt

⬅ 💾 03-08-1999 3:23:22 PM (loltot - 14481005)

Filename: mandi117.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 03-08-1999 3:23:52 PM (loltot - 14481005)

did you check out the "emerson family website" i sent you?

→ 03-08-1999 3:24:20 PM (loltot - 14481005)

no i missed it

→ 03-08-1999 3:24:28 PM (loltot - 14481005)

wow very hot

→ 03-08-1999 3:24:40 PM (loltot - 14481005)

i could lick that belly

← 03-08-1999 3:25:33 PM (loltot - 14481005)

i'm still trying to get a grasp on what your "ideal" girl is....

is mandi about right, or do you like younger/older?

→ 03-08-1999 3:25:54 PM (loltot - 14481005)

she is nice certainly no older

→ 03-08-1999 3:26:05 PM (loltot - 14481005)

11-12 upper end range

→ 03-08-1999 3:26:13 PM (loltot - 14481005)

but as low as emma

→ 03-08-1999 3:26:24 PM (loltot - 14481005)

if the pose is provocative

← 03-08-1999 3:27:13 PM (loltot - 14481005)

ok, i will send you pics of my new favorite (just below Emma) named Christina....she is Emma's age.  I will send you 2 or 3 of her, and then the url where you can find lots more of her and her sister

→ 03-08-1999 3:27:24 PM (loltot - 14481005)

mmm ok

← 03-08-1999 3:28:59 PM (loltot - 14481005)

Filename: fws0082m.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 03-08-1999 3:30:05 PM (loltot - 14481005)

mmmm good

← 03-08-1999 3:30:10 PM (loltot - 14481005)

Filename: fws0151mmmmmm.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 03-08-1999 3:30:30 PM (loltot - 14481005)

Filename: fws0151mmmmmm.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 03-08-1999 3:31:00 PM (loltot - 14481005)

Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 03-08-1999 3:31:47 PM (loltot - 14481005)

god, little christina gets me sooooo horny. (only emma has a greater effect on me than her)
\
these next 2 you will like!

2 11:04:01 PM

**ICQ data v2.0.icq**

14

➜ 📄 05-08-1999 12:47:53 PM (loltot - 14481005)

awesom

◀ 📄 05-08-1999 12:48:03 PM (loltot - 14481005)

you didn't just happen to find some more pics of Emma for me, did you?

➜ 📄 05-08-1999 12:48:29 PM (loltot - 14481005)

yes a few

◀ 💾 05-08-1999 12:48:29 PM (loltot - 14481005)

here she is with friends at a waterpark

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 📄 05-08-1999 12:49:00 PM (loltot - 14481005)

are they ones you can send over ICQ?

➜ 📄 05-08-1999 12:49:57 PM (loltot - 14481005)

yes when youve sent all i will send some

◀ 📄 05-08-1999 12:50:24 PM (loltot - 14481005)

cool

◀ 💾 05-08-1999 12:51:38 PM (loltot - 14481005)

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 💾 05-08-1999 12:55:03 PM (loltot - 14481005)

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 📄 05-08-1999 12:56:18 PM (loltot - 14481005)

you'll like wp11 ALOT

➜ 📄 05-08-1999 12:57:29 PM (loltot - 14481005)

i like them all
Ild give anything to see her naked

◀ 📄 05-08-1999 12:58:12 PM (loltot - 14481005)

maybe we can e-mail the guy posting em....i'm sure he has some more revealing pics

◀ 💾 05-08-1999 12:58:25 PM (loltot - 14481005)

last ones

Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➜ 📄 05-08-1999 12:59:00 PM (loltot - 14481005)

might be worth it

◀ 📄 05-08-1999 1:00:13 PM (loltot - 14481005)

i'll see what we can accomplish....she is a cutie isn't she?

➜ 📄 05-08-1999 1:01:22 PM (loltot - 14481005)

very

◀ 📄 05-08-1999 1:02:01 PM (loltot - 14481005)

ok, i'm ready for my weekly "Emma - fix"

➜ 📄 05-08-1999 1:02:55 PM (loltot - 14481005)

hmm im trying to remember how to do this

05-08-1999 1:03:56 PM (loltot - 14481005)

click on my name, then choose file, then select the one to send

05-08-1999 1:04:16 PM (loltot - 14481005)

i dont see file

05-08-1999 1:04:28 PM (loltot - 14481005)

Mike
Mike

Michaeldharland@yahoo.com
1
maybe if we do this

05-08-1999 1:04:42 PM (loltot - 14481005)

05-08-1999 1:04:54 PM (loltot - 14481005)

yes, i have to be on your list

05-08-1999 1:05:03 PM (loltot - 14481005)

good

05-08-1999 1:06:24 PM (loltot - 14481005)

Filename: Aug04_02.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:07:08 PM (loltot - 14481005)

Filename: Aug04_01.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:08:01 PM (loltot - 14481005)

Filename: Aug04_03.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:08:36 PM (loltot - 14481005)

Filename: Aug04_04.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:08:57 PM (loltot - 14481005)

last one

05-08-1999 1:09:20 PM (loltot - 14481005)

Filename: Aug04_05.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:09:55 PM (loltot - 14481005)

Filename: Aug04_05.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

05-08-1999 1:10:39 PM (loltot - 14481005)

not very exciting i admit but after the weekend mmmmmmm

ICQ data v2.0.icq
← 🗎 05-08-1999 1:11:26 PM (loltot - 14481005)
Case 1:02-cr-05301-DAD   Document 494   Filed 04/03/06   Page 17 of 122   *16*

no, i like any pics of her.....3 and 4 are kinda sexy

the last one is of Ian
→ 🗎 05-08-1999 1:11:38 PM (loltot - 14481005)

ooops
← 🗎 05-08-1999 1:12:15 PM (loltot - 14481005)

do you have any more of rachel in her bikini?
← 🗎 05-08-1999 1:12:59 PM (loltot - 14481005)

in #4 where she has her little legs spread, but her dress is covering her lap....man i would love to see her lift that little dress up for me!
→ 🗎 05-08-1999 1:13:16 PM (loltot - 14481005)

she will very soon
→ 🗎 05-08-1999 1:13:35 PM (loltot - 14481005)

shall i put those on the web site?
← 🗎 05-08-1999 1:13:53 PM (loltot - 14481005)

no, those were the only 3 he ever posted of her in that binkini...pissed me off!   those are clearly the best pics of her.  But he has a website you can go to see more of her....maybe there are more posted there.
← 🗎 05-08-1999 1:14:48 PM (loltot - 14481005)

i think you should put the ones you just sent me on the website....she looks so cute in them
→ 🗎 05-08-1999 1:15:51 PM (loltot - 14481005)

ok I will do that this afternoon
→ 🗎 05-08-1999 1:16:10 PM (loltot - 14481005)

ive seen the paul jones site its good
→ 🗎 05-08-1999 1:16:24 PM (loltot - 14481005)

those pics arent there though
← 🗎 05-08-1999 1:16:37 PM (loltot - 14481005)

does he have those bikini pics on the website?
← 🗎 05-08-1999 1:17:09 PM (loltot - 14481005)

i wonder if paul jones has any "personal" collection of pics?
→ 🗎 05-08-1999 1:18:18 PM (loltot - 14481005)

I bet he does
→ 🗎 05-08-1999 1:18:51 PM (loltot - 14481005)

ild love to see that set
← 🗎 05-08-1999 1:19:03 PM (loltot - 14481005)

i think so too, because he went on and on about how sad he was that Rachael was turning 11.....must be out of his age preference :)
→ 🗎 05-08-1999 1:19:29 PM (loltot - 14481005)

i get so hot looking at those
← 📇 05-08-1999 1:21:17 PM (loltot - 14481005)

you will love this one



Filename: pant005!!!!!!!!!!!!!!!!!!.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol
→ 🗎 05-08-1999 1:22:36 PM (loltot - 14481005)

try again

Filename: pant005!!!!!!!!!!!!!!!!!!!.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 05-08-1999 1:23:42 PM (loltot - 14481005)

nice

← 05-08-1999 1:24:33 PM (loltot - 14481005)

couple more

Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 05-08-1999 1:24:35 PM (loltot - 14481005)

have you tried the yahoo club fasion youth pictures?

← 05-08-1999 1:24:57 PM (loltot - 14481005)

no, what is it...how do i get to it

→ 05-08-1999 1:25:26 PM (loltot - 14481005)

ill get you the url

→ 05-08-1999 1:27:23 PM (loltot - 14481005)

http://clubs.yahoo.com/clubs/fashionyouthpictures
try it andsign up its kinda cool

← 05-08-1999 1:27:42 PM (loltot - 14481005)

http://clubs.yahoo.com/clubs/fashionyouthpictures
try it andsign up its kinda copl

→ 05-08-1999 1:27:52 PM (loltot - 14481005)

http://clubs.yahoo.com/clubs/fashionyouthpictures

← 05-08-1999 1:29:47 PM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 05-08-1999 1:32:15 PM (loltot - 14481005)

wow, lots of posts to look through....i noticed Emma is getting alot of attention (as well she should.....very few girls are as cute as she is)

→ 05-08-1999 1:32:45 PM (loltot - 14481005)

i think so

← 05-08-1999 1:33:17 PM (loltot - 14481005)

but is it only discussions, or are there actual pics posted...i'm confused

→ 05-08-1999 1:34:54 PM (loltot - 14481005)

theree are pics look to the left

→ 05-08-1999 1:35:18 PM (loltot - 14481005)

not many but there will be more

← 05-08-1999 1:35:33 PM (loltot - 14481005)

oh, ok, it says member only area...i will check it out later when i have time to register

→ 05-08-1999 1:35:35 PM (loltot - 14481005)

good place to hook up with like minds too

→ 05-08-1999 1:35:43 PM (loltot - 14481005)

ok



→ 05-08-1999 1:35:59 PM (loltot - 14481005)

you can use any name

ICQ data v2.02

05-08-1999 1:36:07 PM (loltot - 14481005)

thanks for the url....i'm sure i will get good use out of it

05-08-1999 1:36:29 PM (loltot - 14481005)

i hope so , keep me in mind if u find any

05-08-1999 1:37:22 PM (loltot - 14481005)

of course!

you are at the top of my list

05-08-1999 1:37:32 PM (loltot - 14481005)

also if you find any more mandi pics

05-08-1999 1:37:41 PM (loltot - 14481005)

your a good guy

05-08-1999 1:37:44 PM (loltot - 14481005)

pretty good story from Mr D's site

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

05-08-1999 1:38:05 PM (loltot - 14481005)

i need some good ones

05-08-1999 1:38:22 PM (loltot - 14481005)

yes, i'm sure i will find more mandi pics.....i havent been to the NG's yet today

05-08-1999 1:38:35 PM (loltot - 14481005)

which ng is she in?

05-08-1999 1:39:10 PM (loltot - 14481005)

remember those pics i sent you the first day you came back online...the ones my friend sent me....he's trying to get some
more from Jen's dad....you know he has some "better" pics

05-08-1999 1:39:33 PM (loltot - 14481005)

sounds like something i would like

05-08-1999 1:39:49 PM (loltot - 14481005)

it's either ABPC, or ABPFY  (fashionyouth)

05-08-1999 1:40:11 PM (loltot - 14481005)

hmmm abpc i cant get

05-08-1999 1:40:23 PM (loltot - 14481005)

the other one i do

05-08-1999 1:41:08 PM (loltot - 14481005)

well, i'm gonna grab some lunch, and probably JO to Emma's new pics you sent....GOD I can't wait till Monday!

don't forget the banana thing we talked about!

05-08-1999 1:41:30 PM (loltot - 14481005)

thats alt binaries pictures children

05-08-1999 1:41:47 PM (loltot - 14481005)

youi should definitiely be able to get it...no porn allowed in it

05-08-1999 1:43:36 PM (loltot - 14481005)

its not on aol

05-08-1999 1:43:44 PM (loltot - 14481005)

ill look again

05-08-1999 1:43:54 PM (loltot - 14481005)

i gotta get a new isp

← 05-08-1999 1:44:00 PM (loltot - 14481005)

i forgot you use AOL

← 05-08-1999 1:44:31 PM (loltot - 14481005)

yoiu really should get a regular ISP...AOL is known for "police tactics"

→ 05-08-1999 1:44:54 PM (loltot - 14481005)

any recommendations

← 05-08-1999 1:44:58 PM (loltot - 14481005)

i'll see what i can find on the NG for you later today....will you be online tomorrow?

→ 05-08-1999 1:45:30 PM (loltot - 14481005)

ill be here
cant you see how hard im working??

← 05-08-1999 1:45:31 PM (loltot - 14481005)

Mindspring or Earthlink are both very good national providers (both around $19.95/month)

→ 05-08-1999 1:45:43 PM (loltot - 14481005)

:)

→ 05-08-1999 1:45:55 PM (loltot - 14481005)

ill maybe get the info

← 05-08-1999 1:47:03 PM (loltot - 14481005)

just want to leave you with this thought:

I am soooo hard looking at yoiur little 5yr old daughter in her pink cotton dress.......imagining lifting it up and rubbing my
cockhead all over her tiny, hairless pussy.....and the idea of her pushing back against me is soooooooo hot!

→ 05-08-1999 1:47:28 PM (loltot - 14481005)

mmmm sounds good

→ 06-08-1999 11:06:18 AM (loltot - 14481005)

good morning

← 06-08-1999 11:35:00 AM (loltot - 14481005)

it's ok....once again, i cant get motivated to do much work...must be this summer heat!

so i thought i would come on line and maybe "cum on-line"  heheh :)

← 06-08-1999 12:09:14 PM (loltot - 14481005)

hey

→ 06-08-1999 12:09:43 PM (loltot - 14481005)

hows it going today?

← 06-08-1999 12:14:01 PM (loltot - 14481005)

ok sorry

← 06-08-1999 12:14:26 PM (loltot - 14481005)

how are you doing today?

→ 06-08-1999 12:14:43 PM (loltot - 14481005)

great and u?

← 06-08-1999 12:16:16 PM (loltot - 14481005)

good

just trying to get going really.

→ 06-08-1999 12:16:27 PM (loltot - 14481005)

busy day?



◄ 🖹 06-08-1999 12:17:36 PM (loltot - 14481005)

not really.

had to fire an employee this morning....never fun!

tryiing to find something to "brighten my day"

➔ 🖹 06-08-1999 12:17:52 PM (loltot - 14481005)

i know how u mean

◄ 🖹 06-08-1999 12:18:14 PM (loltot - 14481005)

I think i will check out the NG's.....if i don't answer you for a while that is why.....

maybe i can find some more pics of mandi for you

➔ 🖹 06-08-1999 12:18:44 PM (loltot - 14481005)

that would be great

➔ 🖹 06-08-1999 12:19:02 PM (loltot - 14481005)

I have to run out for a while anyway

◄ 🖹 06-08-1999 12:19:18 PM (loltot - 14481005)

ok...see you later maybe

➔ 🖹 06-08-1999 12:20:10 PM (loltot - 14481005)

I hope so

◄ 🖹 06-08-1999 12:20:36 PM (loltot - 14481005)

if not, i am soooooooo looking forward to Monday!

➔ 🖹 06-08-1999 12:21:32 PM (loltot - 14481005)

see what you can find for me

◄ 🖹 09-08-1999 5:42:00 PM (loltot - 14481005)

i was only on in the morning today....God I hope I get to see you (and emma) tomorrow.

◄ 🖹 10-08-1999 12:44:00 PM (loltot - 14481005)

i found a new girl you will really like named Emily. She is 11yr old and very cute!  I have lots of pics

➔ 🖹 17-08-1999 8:28:24 AM (loltot - 14481005)

sounds great , cant wait to see

◄ 🖹 17-08-1999 11:52:00 AM (loltot - 14481005)

oh, hey, I didn't notice you come online (I had the sound turned down)

I am finally feeling well enough to even get out of bed (this is one vicious cold I have).  The doctor gave me a shot of penicillin yesterday, and i have to take penicillin pills for the next 10 days.

➔ 🖹 17-08-1999 12:28:08 PM (loltot - 14481005)

hi

➔ 🖹 17-08-1999 12:30:12 PM (loltot - 14481005)

not muych fun is it

➔ 🖹 17-08-1999 12:30:26 PM (loltot - 14481005)

come to sunny fl to recuperate

◄ 🖹 17-08-1999 12:31:21 PM (loltot - 14481005)

no, it ruined my whole weekend, and now i am already a day behind in my work.  I still don't have alot of energy, so I thought I would check out Mr D's site to get "energized"  :)

◄ 🖹 17-08-1999 12:31:48 PM (loltot - 14481005)

do i get to see Emma in person?

➔ 🖹 17-08-1999 12:32:05 PM (loltot - 14481005)

she is not with me today                                                          I2 11:04:03 PM

◄ 🖹 17-08-1999 12:32:25 PM (loltot - 14481005)

no, I mean if I come to sunny Fla

but of course

17-08-1999 12:33:24 PM (loltot - 14481005)

what a tempting offer.....one day i will have to take you up on that offer.

17-08-1999 12:33:31 PM (loltot - 14481005)

any time

17-08-1999 12:33:59 PM (loltot - 14481005)

hold on back in a few mins

17-08-1999 12:34:09 PM (loltot - 14481005)

did you get any new pics developed?

17-08-1999 12:46:18 PM (loltot - 14481005)

im back

17-08-1999 12:46:30 PM (loltot - 14481005)

no new pics as of yet

17-08-1999 12:46:53 PM (loltot - 14481005)

i thought i had some on the digital but they were just of a fishing trip

17-08-1999 12:47:23 PM (loltot - 14481005)

bummer, i thought you had taken some that you had not gotten developed yet.  (wishful thinking, I guess)

17-08-1999 12:47:51 PM (loltot - 14481005)

of course now that i got to see her "live" no pictures will ever compare  :)

17-08-1999 12:47:52 PM (loltot - 14481005)

I HAVE SOME IN THE mINOLTA that do need developing

17-08-1999 12:48:15 PM (loltot - 14481005)

there will be more live I promise:)

17-08-1999 12:48:31 PM (loltot - 14481005)

we can have lots of fun with that

17-08-1999 12:49:04 PM (loltot - 14481005)

Im saving my pennys for a usb cable extension

17-08-1999 12:49:11 PM (loltot - 14481005)

I want you to know that I am very appreciative of you sharing Emma with me. I'm sure she is very special to you, and I realize what a great "gift" I receive from you every time you send a picture, or better yet, a netmeeting

17-08-1999 12:49:15 PM (loltot - 14481005)

give me more freedom

17-08-1999 12:50:31 PM (loltot - 14481005)

how much is a USB cable extension?

17-08-1999 12:50:35 PM (loltot - 14481005)

well i do have fun too so thats good

17-08-1999 12:50:45 PM (loltot - 14481005)

about 20

17-08-1999 12:51:05 PM (loltot - 14481005)

for a 10' , cant go longer than that

17-08-1999 12:51:33 PM (loltot - 14481005)

I will send you one if you want

17-08-1999 12:52:04 PM (loltot - 14481005)

t6hats ok, im just waiyting to go pick one up

17-08-1999 12:52:51 PM (loltot - 14481005)

i know it's not the $$, I just thought I would offer as a gesture of good faith, since you give so much to me

12 11:04:03 PM

➡ 🖹 17-08-1999 1:02:45 PM (loltot - 14481005)

good, i hope we can do that soon

➡ 🖹 17-08-1999 1:03:18 PM (loltot - 14481005)

any new pics today?

◀ 🖹 17-08-1999 1:04:00 PM (loltot - 14481005)

yeah, i've gotten some new ones, hang on, let me see what i have

➡ 🖹 17-08-1999 1:04:10 PM (loltot - 14481005)

coool

➡ 🖹 17-08-1999 1:04:35 PM (loltot - 14481005)

the badder the better

◀ 🖹 17-08-1999 1:06:05 PM (loltot - 14481005)

sorry, i stay away from the "bad" ones.....the stories we read, the pics i do send, all are legal....it's when you get into the illegal pics that you start to ask for trouble.

➡ 🖹 17-08-1999 1:06:23 PM (loltot - 14481005)

true

➡ 🖹 17-08-1999 1:07:25 PM (loltot - 14481005)

any good stories also?

◀ 🖹 17-08-1999 1:07:54 PM (loltot - 14481005)

and believe me, i want to see them BAADDD, but the thought of public humiliation in front of my friends and family, and even worse, the thought of what they do to pedos in jail, are enough deterrent for me to stick with the legal stuff

➡ 🖹 17-08-1999 1:08:10 PM (loltot - 14481005)

quite

◀ 🖹 17-08-1999 1:08:31 PM (loltot - 14481005)

i just d/l a couple of stories that sounded interesting, i havent actually read them, but i'll send them to you if you want them

➡ 🖹 17-08-1999 1:08:42 PM (loltot - 14481005)

cool

➡ 🖹 17-08-1999 1:09:05 PM (loltot - 14481005)

helps to pass the afternoon

◀ 🖹 17-08-1999 1:13:40 PM (loltot - 14481005)

sorry, had to answer the phone....i'll send the stories while i look for pics i havent sent you before

➡ 🖹 17-08-1999 1:13:55 PM (loltot - 14481005)

great thank you

◀ 💾 17-08-1999 1:14:00 PM (loltot - 14481005)


Filename: sweetmee.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 💾 17-08-1999 1:14:36 PM (loltot - 14481005)


Filename: pedohot.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 💾 17-08-1999 1:14:56 PM (loltot - 14481005)


Filename: confess5.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 🖹 17-08-1999 1:16:26 PM (loltot - 14481005)

i've got some more Paul Jones stuff....Emily in a swimsuit...do you want those?

I2 11:04:03 PM

mmm yes please
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:18:20 PM (loltot - 14481005)

hang on, getting everything organized
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:18:44 PM (loltot - 14481005)

im  sitting here hard
--------------------------------------------------------------------------------
← 💾 17-08-1999 1:20:27 PM (loltot - 14481005)


Filename: ul2077a.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol
--------------------------------------------------------------------------------
← 💾 17-08-1999 1:21:34 PM (loltot - 14481005)


Filename: ul2077a.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:22:11 PM (loltot - 14481005)

I'll save Emily for last
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:22:24 PM (loltot - 14481005)

your a good man
--------------------------------------------------------------------------------
← 💾 17-08-1999 1:22:47 PM (loltot - 14481005)


Filename: N210.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol
--------------------------------------------------------------------------------
← 💾 17-08-1999 1:24:31 PM (loltot - 14481005)


Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:25:00 PM (loltot - 14481005)

BTW, I e-mailed Paul Jones and asked him for more swimsuit pics of Rachael. He responded and said he is now only
shooting fall pictures, no more swimsuits till next year...bummer.

I also e-mailed the guy who posted the pics of Mandi you like so much, but I havent heard back from him yet.
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:25:30 PM (loltot - 14481005)

Paul Jones is now selling a CDRom with all the pics of the girls, and some video clips too
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:25:46 PM (loltot - 14481005)

I have been talking to Lloyd Emmerson
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:26:05 PM (loltot - 14481005)

Ild love to see that
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:26:33 PM (loltot - 14481005)

I promised him some pics, he is going to send me some
--------------------------------------------------------------------------------
← 🖹 17-08-1999 1:26:56 PM (loltot - 14481005)

oh yeah, i emailed lloyd emerson too, got a pretty generic response from him...what has your correspondence been like with
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:27:34 PM (loltot - 14481005)

good , he actually contacted me first. In regard to the photopoint pics of Emma
--------------------------------------------------------------------------------
→ 🖹 17-08-1999 1:27:51 PM (loltot - 14481005)

I will keep you well informed



ICQ data v2.0.ico

← 📄 17-08-1999 1:28:50 PM (loltot - 14481005)

OH PLEASE DO!

you know, next to Emma, that little Christina is my favorite!

Do you think he has some "better" pics of her?

← 💾 17-08-1999 1:29:07 PM (loltot - 14481005)

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 📄 17-08-1999 1:29:09 PM (loltot - 14481005)

I like his 5 yr old Joy

→ 📄 17-08-1999 1:29:54 PM (loltot - 14481005)

what I wouldnt do.......

← 📄 17-08-1999 1:30:46 PM (loltot - 14481005)

I thought she was 7

Christina will be 5 soon, in October I think

→ 📄 17-08-1999 1:31:01 PM (loltot - 14481005)

ok

→ 📄 17-08-1999 1:31:12 PM (loltot - 14481005)

would be fun

← 📄 17-08-1999 1:32:20 PM (loltot - 14481005)

I'm not sure about Joy's age, Christina's is listed on the site....you may be right, she may be 5.......

did he give you any indication that he has some "better" pics of them?

→ 📄 17-08-1999 1:32:23 PM (loltot - 14481005)

you have to think what yould like to see at the next LIve show

→ 📄 17-08-1999 1:32:55 PM (loltot - 14481005)

Im being careful but I think he does, Ill test it out

← 📄 17-08-1999 1:33:13 PM (loltot - 14481005)

well, i think you know what I'd "like to see"

→ 📄 17-08-1999 1:33:23 PM (loltot - 14481005)

what

← 📄 17-08-1999 1:34:34 PM (loltot - 14481005)

well, hypothetically speaking, i'd like to see what I fantasize about:

totally naked, spread open, my cock in her mouth!

→ 📄 17-08-1999 1:35:07 PM (loltot - 14481005)

kinda hard without you being there

← 💾 17-08-1999 1:35:07 PM (loltot - 14481005)

Filename: 3 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 17-08-1999 1:36:42 PM (loltot - 14481005)

I realize that!

but like i told you, there are two sides to me....the lustful perverted side, who wants to see as much as you are willing to show me.

12 11:04:04 PM

← 📄 17-08-1999 1:37:01 PM (loltot - 14481005)

as if that were an option if I were there

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 🗒 17-08-1999 1:38:11 PM (loltot - 14481005)

well we can do whatever you wish

→ 🗒 17-08-1999 1:38:41 PM (loltot - 14481005)

especially when you set up my 3.0

← 🗒 17-08-1999 1:39:00 PM (loltot - 14481005)

that's a pretty open ended statement

→ 🗒 17-08-1999 1:39:24 PM (loltot - 14481005)

true, you know me by now

← 🗒 17-08-1999 1:39:39 PM (loltot - 14481005)

plus you really need to get off of AOL

← 🗒 17-08-1999 1:40:42 PM (loltot - 14481005)

if you switch to Earthlink or Mindspring, it would be cheaper than AOL anyway. plus you would get the first month free

← 🗒 17-08-1999 1:41:09 PM (loltot - 14481005)

thats it for pics...hope you enjoy,,, Emily really is my favorite P.Jones model

→ 🗒 17-08-1999 1:41:45 PM (loltot - 14481005)

Im working on it, looking at earthlink

← 🗒 17-08-1999 1:42:41 PM (loltot - 14481005)

yeah, they are a good ISP.  If you want free access, and you don't mind Ad Banners at the top of your screen all the time,
check out www.netzero.com

→ 🗒 17-08-1999 1:42:59 PM (loltot - 14481005)

hmmm Ill have a look

← 🗒 17-08-1999 1:43:56 PM (loltot - 14481005)

ok, I have it in my mind what i want to see at the next live show.  A nice innocent show of a daddy giving his little girl a full
body rub-down.

get some baby oil, and rub it all over her body (and I do mean "all over)

→ 🗒 17-08-1999 1:43:58 PM (loltot - 14481005)

emily looks good

→ 🗒 17-08-1999 1:44:16 PM (loltot - 14481005)

that sounds good

→ 🗒 17-08-1999 1:45:38 PM (loltot - 14481005)

in fact very good

← 🗒 17-08-1999 1:45:40 PM (loltot - 14481005)

would you be willing to do that for me?

→ 🗒 17-08-1999 1:46:22 PM (loltot - 14481005)

of course, llying down?

→ 🗒 17-08-1999 1:46:37 PM (loltot - 14481005)

on the bed?

← 🗒 17-08-1999 1:47:03 PM (loltot - 14481005)

mmmmmm, I'm hard just imagining it!

when will you have her home again?                                                              2 11:04:04 PM

→ 🗒 17-08-1999 1:47:20 PM (loltot - 14481005)

maybe Friday

*27*

➜ 🗎 17-08-1999 1:47:41 PM (loltot - 14481005)

what should she wear?

◄ 🗎 17-08-1999 1:49:00 PM (loltot - 14481005)

tough choice....

i love "little girl" dresses

i love swimsuits

➜ 🗎 17-08-1999 1:49:10 PM (loltot - 14481005)

so do I

◄ 🗎 17-08-1999 1:49:20 PM (loltot - 14481005)

of course i am hoping she will be wearing nothing for the actual massage

➜ 🗎 17-08-1999 1:49:23 PM (loltot - 14481005)

but then ild have to pull it off

◄ 🗎 17-08-1999 1:49:34 PM (loltot - 14481005)

mmm nice

➜ 🗎 17-08-1999 1:49:43 PM (loltot - 14481005)

with oil?

◄ 🗎 17-08-1999 1:50:14 PM (loltot - 14481005)

mmmmmm, yes,

imagining her little 5yr old body all shiny and slippery with oil!

➜ 🗎 17-08-1999 1:50:37 PM (loltot - 14481005)

sounds nice doesnt it

➜ 🗎 17-08-1999 1:51:01 PM (loltot - 14481005)

ild be hard as a rock

◄ 🗎 17-08-1999 1:51:12 PM (loltot - 14481005)

better than nice!

a dream come true (well almost)

◄ 🗎 17-08-1999 1:51:58 PM (loltot - 14481005)

FANTASY WORLD AGAIN:

I'd love to see you stick that hard cock in her tiny little mouth too!

➜ 🗎 17-08-1999 1:52:28 PM (loltot - 14481005)

hmmm who knows

➜ 🗎 17-08-1999 1:53:03 PM (loltot - 14481005)

ild love to get naked with her

◄ 🗎 17-08-1999 1:53:24 PM (loltot - 14481005)

you were naked with her that one time....she didn't seem to mind!

➜ 🗎 17-08-1999 1:53:34 PM (loltot - 14481005)

she never does

➜ 🗎 17-08-1999 1:53:57 PM (loltot - 14481005)

i love it when she gets in bed with me and im naked

➜ 🗎 17-08-1999 1:54:14 PM (loltot - 14481005)

she will often sit on top of me

◄ 🗎 17-08-1999 1:54:22 PM (loltot - 14481005)

oh fuck!

i am hard right now just imagining that!

ICQ data v2.0.icq

➡ 🗎 17-08-1999 1:54:59 PM (loltot - 14481005)

that isnfun

◀ 🗎 17-08-1999 1:55:11 PM (loltot - 14481005)

is she naked too when she is sitting on top of you?

➡ 🗎 17-08-1999 1:55:50 PM (loltot - 14481005)

sometimes

◀ 🗎 17-08-1999 1:55:57 PM (loltot - 14481005)

you know i havent cum since Thursday......i bet i've got a HUGE load wating

◀ 🗎 17-08-1999 1:56:35 PM (loltot - 14481005)

wouldn't you love to see me coat her face with this huge load of cum!

➡ 🗎 17-08-1999 1:56:55 PM (loltot - 14481005)

mmm yes

➡ 🗎 17-08-1999 1:57:13 PM (loltot - 14481005)

imalways hard when she sits on me

◀ 🗎 17-08-1999 1:57:21 PM (loltot - 14481005)

i've got her little video clip running now

➡ 🗎 17-08-1999 1:57:42 PM (loltot - 14481005)

i love it when im between her legs as she sits on me

◀ 🗎 17-08-1999 1:58:03 PM (loltot - 14481005)

her legs are really getting more and more beautiful

➡ 🗎 17-08-1999 1:58:21 PM (loltot - 14481005)

yes i think they are

◀ 🗎 17-08-1999 1:58:29 PM (loltot - 14481005)

tell me what that sweet pussy feels like

➡ 🗎 17-08-1999 1:58:53 PM (loltot - 14481005)

very very soft

➡ 🗎 17-08-1999 1:59:07 PM (loltot - 14481005)

ild love to massage it to wetness

◀ 🗎 17-08-1999 2:00:03 PM (loltot - 14481005)

I'd love to watch you massage it to wetness

➡ 🗎 17-08-1999 2:00:04 PM (loltot - 14481005)

maybe with the oil

➡ 🗎 17-08-1999 2:00:20 PM (loltot - 14481005)

im sure she would get wet

◀ 🗎 17-08-1999 2:00:43 PM (loltot - 14481005)

I'd love to lick her to wetness :)

➡ 🗎 17-08-1999 2:00:50 PM (loltot - 14481005)

mmm yes

➡ 🗎 17-08-1999 2:01:28 PM (loltot - 14481005)

maybe even push a finger in

➡ 🗎 17-08-1999 2:01:37 PM (loltot - 14481005)

a l;ittle

◀ 🗎 17-08-1999 2:01:40 PM (loltot - 14481005)

suck on that soft 5yr old pussy!

◀ 🗎 17-08-1999 2:02:06 PM (loltot - 14481005)

would you like to watch me suck your little Emma's pussy?



12 11:04:04 PM

← 📄 17-08-1999 2:10:58 PM (loltot - 14481005)

you have my most solemn promise!

i have never posted anything in my life to a newsgroup, and i never will!

i am fine with whatever you want to show me....i only wish one day i could be there in person

→ 📄 17-08-1999 2:10:58 PM (loltot - 14481005)

well who knows

← 📄 17-08-1999 2:11:02 PM (loltot - 14481005)

how many other people are so lucky to get to see what i see?

→ 📄 17-08-1999 2:11:34 PM (loltot - 14481005)

not many

← 📄 17-08-1999 2:12:56 PM (loltot - 14481005)

I just worry that you are too trustful of people.

I would hate, for your sake, for you to get busted
(and I fear that if you got busted, your pc would show correspondence that would lead to me)

→ 📄 17-08-1999 2:13:36 PM (loltot - 14481005)

I delate everthing, even icq historys

← 📄 17-08-1999 2:13:52 PM (loltot - 14481005)

i am no longer fearful that you are a cop (for obvious reasons), it is other people that i worry about

→ 📄 17-08-1999 2:14:07 PM (loltot - 14481005)

you are the only person i have ever trusted like this

→ 📄 17-08-1999 2:14:17 PM (loltot - 14481005)

true

← 📄 17-08-1999 2:15:35 PM (loltot - 14481005)

good, that is a start. but windows keeps track of what you do in ways you don't even know about.

check out this url for some tips: http://www.zdnet.com/zdtv/screensavers/answerstips/story/0,3656,2306498,00.html

← 📄 17-08-1999 2:16:23 PM (loltot - 14481005)

and in general, distrust everyone.

I am not trying to keep Emma all to myself, I just worry because you are much less paranoid than you should be.

← 📄 17-08-1999 2:16:49 PM (loltot - 14481005)

do you use "magic folders" to hide your pics?

→ 📄 17-08-1999 2:17:10 PM (loltot - 14481005)

all on zip

← 📄 17-08-1999 2:18:37 PM (loltot - 14481005)

yeah, but you should still use magic folders, it makes the folder completely invisible, and encrypted...no one even knows it is there, and if they were able to find it (like the police), all the contents would be encrypted.

Magic Folders is a GREAT program, and best of all, its free.

→ 📄 17-08-1999 2:19:00 PM (loltot - 14481005)

wow i have to get it

← 📄 17-08-1999 2:19:27 PM (loltot - 14481005)

here is the url:

http://www.pc-magic.com/

make sure you get the "encrypted magic folders"

→ 📄 17-08-1999 2:19:53 PM (loltot - 14481005)

im there:)

← 📄 17-08-1999 2:20:10 PM (loltot - 14481005)

when you choose your password, use letters, numbers and some punctuation characters....makes it harder to crack

➡ 📄 17-08-1999 2:20:25 PM (loltot - 14481005)

good point

➡ 📄 17-08-1999 2:20:46 PM (loltot - 14481005)

im downloading it

⬅ 📄 17-08-1999 2:22:09 PM (loltot - 14481005)

It is an outstanding product....no one will ever know your pics exist (or text files, avi's, whatever you want to hide)

➡ 📄 17-08-1999 2:22:22 PM (loltot - 14481005)

its done:)

⬅ 📄 17-08-1999 2:23:07 PM (loltot - 14481005)

obviously you will need to download it at home too!

you could even use it on the zip disks

➡ 📄 17-08-1999 2:23:20 PM (loltot - 14481005)

true

⬅ 📄 17-08-1999 2:24:30 PM (loltot - 14481005)

now you will feel much safer about saving pics

(maybe some really good ones of emma)

➡ 📄 17-08-1999 2:25:05 PM (loltot - 14481005)

true , I havent got any that even show panties

⬅ 📄 17-08-1999 2:25:49 PM (loltot - 14481005)

oh man, i just had a really good fantasy:

you get on good terms with Lloyd Emmerson, and it turns out he is a pedo too.  And you get Emma and Christina together.

WOW WOULD I BE IN HEAVEN!

➡ 📄 17-08-1999 2:26:14 PM (loltot - 14481005)

very good!!!!! now thats a nice trhought

⬅ 📄 17-08-1999 2:26:22 PM (loltot - 14481005)        .

I have the ones you sent me of her in her panties...you want me to send them back to you?

➡ 📄 17-08-1999 2:26:41 PM (loltot - 14481005)

not yet

⬅ 📄 17-08-1999 2:27:35 PM (loltot - 14481005)

anytime you want them, let me know. They are my most prized pics!

➡ 📄 17-08-1999 2:27:56 PM (loltot - 14481005)

i just created my key disk:)

⬅ 📄 17-08-1999 2:28:37 PM (loltot - 14481005)

I guess im all set

⬅ 📄 17-08-1999 2:28:57 PM (loltot - 14481005)

i would erase the key disk after you have used your password enough to remember it..... you don't want anything that will let someone else get access to the folders

➡ 📄 17-08-1999 2:29:19 PM (loltot - 14481005)

good point again

➡ 📄 17-08-1999 2:29:29 PM (loltot - 14481005)

your good at this

⬅ 📄 17-08-1999 2:30:10 PM (loltot - 14481005)

remember the first day i sent you some pics, and they came out unreadable....that's because i was sending them directly from my magic folders.....

you have to drag the pics out of the magic folders to send them, and then drag them back in when you are done

ahhhhh now we know:)

← 📄 17-08-1999 2:30:39 PM (loltot - 14481005)

I am just very, very paranoid.....something you should be more of!

→ 📄 17-08-1999 2:31:04 PM (loltot - 14481005)

well im getting there

← 📄 17-08-1999 2:32:39 PM (loltot - 14481005)

up until i actually saw you live with Emma, i was still scared you were a cop, but obviously a cop couldn't put a real child in that situation.

that is why i wanted you to see me JO to her. so you would know I am for real not a cop!

→ 📄 17-08-1999 2:33:08 PM (loltot - 14481005)

well now you really know the truth

→ 📄 17-08-1999 2:33:32 PM (loltot - 14481005)

im just a horny guy

→ 📄 17-08-1999 2:33:45 PM (loltot - 14481005)

who likes the same as you

← 📄 17-08-1999 2:34:02 PM (loltot - 14481005)

me too, and we have one thing in common, we are both horny for your beautiful 5yr old daughter

→ 📄 17-08-1999 2:34:10 PM (loltot - 14481005)

true

← 📄 17-08-1999 2:34:41 PM (loltot - 14481005)

of course for me, 7 is the perfect age, so i can only imagine how great Emma will be at 7!

← 📄 17-08-1999 2:34:54 PM (loltot - 14481005)

when does she turn 6?

→ 📄 17-08-1999 2:35:14 PM (loltot - 14481005)

next yr april

← 📄 17-08-1999 2:36:09 PM (loltot - 14481005)

so when you and i first started talking she was just barely 5!

→ 📄 17-08-1999 2:36:18 PM (loltot - 14481005)

yes

← 📄 17-08-1999 2:36:41 PM (loltot - 14481005)

mmmmm

makes me feel like a naughty boy!  :)

→ 📄 17-08-1999 2:37:18 PM (loltot - 14481005)

thats ok , me too

← 📄 17-08-1999 2:39:54 PM (loltot - 14481005)

well, i am sure looking forward to Friday.  If it doesnt work out, at least try to get some more pics or video over the weekend..I am still waiting for the ultimate addition to my Emma Folder - swimsuit pics!

→ 📄 17-08-1999 2:40:38 PM (loltot - 14481005)

i sure will, keep an eye open foer any additions for me too

→ 📄 17-08-1999 2:41:03 PM (loltot - 14481005)

Im gonna log off and rebbot so i can set this up

← 📄 17-08-1999 2:41:08 PM (loltot - 14481005)

i will.

← 📄 17-08-1999 2:41:32 PM (loltot - 14481005)

yeah, i need to eat some lunch and run some errands,

kiss emma for me :)



see you later, stay hard

➜ 📄 17-08-1999 2:41:51 PM (loltot - 14481005)

mmm i will, but where?????

◄ 📄 18-08-1999 9:15:28 AM (loltot - 14481005)

good morning friend

➜ 📄 18-08-1999 9:15:47 AM (loltot - 14481005)

good morning

➜ 📄 18-08-1999 9:17:01 AM (loltot - 14481005)

hows it going today, hows the cold

◄ 📄 18-08-1999 9:18:27 AM (loltot - 14481005)

i feel so much better today.. not back to 100% yet, but getting close

last night was the first night I didn't go through 3 t-shirts (sweating so much from the fever) while i slept, so i figure i have beaten most of it.

how are you this morning?

➜ 📄 18-08-1999 9:19:12 AM (loltot - 14481005)

good, i had an e mail last night from lloyd emmerson with some pics

◄ 📄 18-08-1999 9:19:47 AM (loltot - 14481005)

ohhh,

do tell more!

➜ 📄 18-08-1999 9:19:59 AM (loltot - 14481005)

I also found 3 more mandi's, 101,105,110

➜ 📄 18-08-1999 9:20:30 AM (loltot - 14481005)

Ill send some, stop me if you have them, they are ok nothing over exciting though

◄ 📄 18-08-1999 9:20:34 AM (loltot - 14481005)

where did you find the mandi's?

i got some more pics for you too...nothing great, but some ok stuff

◄ 📄 18-08-1999 9:21:05 AM (loltot - 14481005)

which ones....christina or mandi?

➜ 📄 18-08-1999 9:21:07 AM (loltot - 14481005)

cool lets swap:)
how do i send more than one at a time?

➜ 📄 18-08-1999 9:21:18 AM (loltot - 14481005)

both

◄ 📄 18-08-1999 9:21:29 AM (loltot - 14481005)

same way you send 1, only highlight several

➜ 📄 18-08-1999 9:21:40 AM (loltot - 14481005)

ok ill try

◄ 📄 18-08-1999 9:22:00 AM (loltot - 14481005)

if they are on his website (lloyd) i have them...i have all of her that he has posted

➜ 💾 18-08-1999 9:22:00 AM (loltot - 14481005)

Filename: 5 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

➜ 📄 18-08-1999 9:22:13 AM (loltot - 14481005)

try these

← 📄 18-08-1999 9:22:41 AM (loltot - 14481005)

hang on...

→ 📄 18-08-1999 9:23:34 AM (loltot - 14481005)

ok

← 📄 18-08-1999 9:23:39 AM (loltot - 14481005)

ok, sorry, im ready

→ 💾 18-08-1999 9:24:00 AM (loltot - 14481005)

Filename: 2 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

→ 📄 18-08-1999 9:25:14 AM (loltot - 14481005)

sorry about the numbering, these did not have any from him

← 📄 18-08-1999 9:25:15 AM (loltot - 14481005)

if i dissapear suddenly i apologize in advance....i'm expecting some of my employees to come by shortly.

should take about 1hr, and then i will be back on

→ 📄 18-08-1999 9:25:40 AM (loltot - 14481005)

thats ok ill be on pretty much all day

← 📄 18-08-1999 9:26:22 AM (loltot - 14481005)

oops, clicked the wrong box...try again

→ 💾 18-08-1999 9:26:48 AM (loltot - 14481005)

Filename: 2 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 📄 18-08-1999 9:28:52 AM (loltot - 14481005)

tell if u have those

→ 📄 18-08-1999 9:29:00 AM (loltot - 14481005)

then ill continue

← 📄 18-08-1999 9:29:47 AM (loltot - 14481005)

mmmm bathtub

i've seen some from the same 'series', but never these

→ 📄 18-08-1999 9:29:59 AM (loltot - 14481005)

then ill continue

← 📄 18-08-1999 9:30:15 AM (loltot - 14481005)

please do

→ 💾 18-08-1999 9:30:22 AM (loltot - 14481005)

Filename: 6 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 📄 18-08-1999 9:33:26 AM (loltot - 14481005)

hmmm, i thought i remembered d/l about 8 new pics for you, now i can only find 2

→ 📄 18-08-1999 9:33:47 AM (loltot - 14481005)

ohhh no

**ICQ data v2.0.icq**

← 18-08-1999 9:35:29 AM (loltot - 14481005)

well actually one of them is a "collage" of 3 pics, so I guess i have 4 total for you, but i got them from the NG, so you may already have them

where did you find the new Mandi pics?

→ 18-08-1999 9:35:46 AM (loltot - 14481005)

we will see

→ 🖫 18-08-1999 9:35:50 AM (loltot - 14481005)

Filename: 5 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 18-08-1999 9:37:54 AM (loltot - 14481005)

hmmm,  new friends in the pics  :)

→ 18-08-1999 9:38:08 AM (loltot - 14481005)

nice

← 18-08-1999 9:38:39 AM (loltot - 14481005)

did Lloyd give you any info on the other little girls in the pics?

→ 18-08-1999 9:38:44 AM (loltot - 14481005)

did you check out the slideshow?

→ 18-08-1999 9:38:59 AM (loltot - 14481005)

no not yet , Ill try to find out

← 18-08-1999 9:40:58 AM (loltot - 14481005)

what slide show?

→ 18-08-1999 9:41:04 AM (loltot - 14481005)

do you want the 3 mandi's too
(god I wish i could have them)

→ 18-08-1999 9:41:34 AM (loltot - 14481005)

i sent you an offline message last night from my home icq #

← 18-08-1999 9:41:56 AM (loltot - 14481005)

never got it

and yes i want to see mandi

→ 18-08-1999 9:42:19 AM (loltot - 14481005)

ok
wait till you see her in glasses

→ 🖫 18-08-1999 9:43:11 AM (loltot - 14481005)

Filename: 3 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

→ 18-08-1999 9:44:50 AM (loltot - 14481005)

hope you like:)

→ 18-08-1999 9:45:05 AM (loltot - 14481005)

always nice to get fills

→ 18-08-1999 9:45:23 AM (loltot - 14481005)

from photovoyeur's site

← 18-08-1999 9:46:00 AM (loltot - 14481005)

i think i have seen them before....she is sooooo HOT!

← 18-08-1999 9:46:12 AM (loltot - 14481005)

what is the url for that site?

2 11:04:06 PM

isnt she just

----

18-08-1999 9:46:30 AM (loltot - 14481005)

hmmm ill have to surf a minute

----

18-08-1999 9:47:03 AM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

----

18-08-1999 9:49:00 AM (loltot - 14481005)

shit, i gotta go, i'll let these files finish, and then i'll see you in a couple of hours

----

18-08-1999 9:49:58 AM (loltot - 14481005)

ill be here

----

18-08-1999 10:01:30 AM (loltot - 14481005)

http://members.aol.com/photovoyer/gallery.htm

----

18-08-1999 2:21:00 PM (loltot - 14481005)

what happened

----

18-08-1999 2:21:00 PM (loltot - 14481005)

i like her too....very innocent and sexy looking

----

18-08-1999 2:38:21 PM (loltot - 14481005)

hey

----

18-08-1999 2:38:41 PM (loltot - 14481005)

good afternoon:)

----

18-08-1999 2:39:33 PM (loltot - 14481005)

I've been a busy boy for you!


lots, and lots, and lots of pics for you

----

18-08-1999 2:39:51 PM (loltot - 14481005)

wow cool , where have you been?

----

18-08-1999 2:40:56 PM (loltot - 14481005)

newsgroups mostly....so you may already have some of these. What I will do is send you the first couple from each "series",
and if you don't have them, and you do like them, I will send the rest.

----

18-08-1999 2:41:32 PM (loltot - 14481005)

sounds good to me, thanks in advance

----

18-08-1999 2:41:32 PM (loltot - 14481005)

also, i checked out that website you gave me "photvoyeur"...thanks alot!

did you happen to check out the "links" section where it lists other websites?

----

18-08-1999 2:41:52 PM (loltot - 14481005)

a little not much

----

18-08-1999 2:43:01 PM (loltot - 14481005)

good, because i have, and i have some AWESOME pics that you are going to love.....clear out a new zip, because you will
want to keep these safe!

have you gotten to use Magic Folders yet?

----

18-08-1999 2:43:24 PM (loltot - 14481005)

cool , cant wait

----

18-08-1999 2:44:18 PM (loltot - 14481005)

oops almost did ctrl alt del

getting too excited  :)

← ▣ 18-08-1999 2:44:49 PM (loltot - 14481005)

do you have netmeeting installed there?

➔ ▣ 18-08-1999 2:44:50 PM (loltot - 14481005)

I guess:)

➔ ▣ 18-08-1999 2:45:01 PM (loltot - 14481005)

the old one

← ▣ 18-08-1999 2:46:14 PM (loltot - 14481005)

can you d/l the new one while i send you the "tamer" pics...I would feel safer sending some of these encrypted (light nudity....supposedly legal, but you know my paranoia)

➔ ▣ 18-08-1999 2:46:30 PM (loltot - 14481005)

ok

← ▣ 18-08-1999 2:46:59 PM (loltot - 14481005)

or we can do the "better" ones later in the week when you are at home

➔ ▣ 18-08-1999 2:47:13 PM (loltot - 14481005)

imat microsofts page:)

➔ ▣ 18-08-1999 2:48:56 PM (loltot - 14481005)

downloading now:)

➔ ▣ 18-08-1999 2:49:14 PM (loltot - 14481005)

youll have to help me set it up

← 🔓 18-08-1999 2:49:29 PM (loltot - 14481005)

I couldn't remember if you liked this Shelly girl or not

Filename: Shelly051.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← ▣ 18-08-1999 2:49:46 PM (loltot - 14481005)

no problem

← ▣ 18-08-1999 2:50:32 PM (loltot - 14481005)

hope you don't have any important work to do.  heheh  :)

what kind of work do you do, anyway?

← ▣ 18-08-1999 2:50:55 PM (loltot - 14481005)

I do computer consulting type stuff

➔ ▣ 18-08-1999 2:52:24 PM (loltot - 14481005)

im not too busy, i sell plants and trees and do a web site athe nursery where i work

← ▣ 18-08-1999 2:53:16 PM (loltot - 14481005)

hope no one else has access to the pc there

➔ ▣ 18-08-1999 2:53:34 PM (loltot - 14481005)

no only me

← ▣ 18-08-1999 2:54:04 PM (loltot - 14481005)

more Shelly?

➔ ▣ 18-08-1999 2:54:24 PM (loltot - 14481005)

its very secure

➔ ▣ 18-08-1999 2:54:37 PM (loltot - 14481005)

yes please

← ▣ 18-08-1999 2:55:12 PM (loltot - 14481005)

which one did i just send

➔ 📄 18-08-1999 2:55:28 PM (loltot - 14481005)

hold on

➔ 📄 18-08-1999 2:56:01 PM (loltot - 14481005)

o51

➔ 📄 18-08-1999 2:56:18 PM (loltot - 14481005)

god nice:)

◀ 🖫 18-08-1999 2:56:20 PM (loltot - 14481005)


Filename: 6 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

◀ 📄 18-08-1999 2:56:47 PM (loltot - 14481005)

i couldn't remember if you liked her or not

➔ 📄 18-08-1999 2:57:08 PM (loltot - 14481005)

very much

◀ 🖫 18-08-1999 2:57:08 PM (loltot - 14481005)


Filename: 6 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➔ 📄 18-08-1999 2:59:31 PM (loltot - 14481005)

sorry

➔ 📄 18-08-1999 2:59:44 PM (loltot - 14481005)

just lost the line a sec

➔ 📄 18-08-1999 2:59:51 PM (loltot - 14481005)

try again

➔ 📄 18-08-1999 3:00:03 PM (loltot - 14481005)

net meeting is done

◀ 📄 18-08-1999 3:00:10 PM (loltot - 14481005)

did it screw up your netmeeting d/l?

◀ 🖫 18-08-1999 3:01:00 PM (loltot - 14481005)


Filename: 6 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➔ 📄 18-08-1999 3:02:47 PM (loltot - 14481005)

netmeeting works (I think)

◀ 📄 18-08-1999 3:03:46 PM (loltot - 14481005)


◀ 📄 18-08-1999 3:10:53 PM (loltot - 14481005)


➔ 📄 18-08-1999 3:49:26 PM (loltot - 14481005)


◀ 🖫 18-08-1999 4:00:21 PM (loltot - 14481005)

imagine her naked

Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

Filename: susan2.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

18-08-1999 4:12:47 PM (loltot - 14481005)

go back to netmeeting

18-08-1999 4:13:32 PM (loltot - 14481005)

ok

18-08-1999 4:39:45 PM (loltot - 14481005)

beep beep

18-08-1999 4:40:21 PM (loltot - 14481005)

:)

18-08-1999 4:41:22 PM (loltot - 14481005)

look at your netmeeting

18-08-1999 4:41:53 PM (loltot - 14481005)

what am i supposed to see

18-08-1999 4:42:22 PM (loltot - 14481005)

answer me...i tried to send another file...did it work?

18-08-1999 4:42:37 PM (loltot - 14481005)

no nothing'

18-08-1999 4:43:16 PM (loltot - 14481005)

i need to reboot my desktop dissapeaed

18-08-1999 4:43:22 PM (loltot - 14481005)

hold on

18-08-1999 4:49:37 PM (loltot - 14481005)

sorry about that I froze up

18-08-1999 4:50:07 PM (loltot - 14481005)

open netmeeting again

18-08-1999 4:50:15 PM (loltot - 14481005)

k

18-08-1999 4:50:48 PM (loltot - 14481005)

18-08-1999 4:53:36 PM (loltot - 14481005)

try again

18-08-1999 4:53:55 PM (loltot - 14481005)

you still there

18-08-1999 4:54:10 PM (loltot - 14481005)

yes

18-08-1999 4:54:24 PM (loltot - 14481005)

)2 11:04:06 PM

18-08-1999 5:01:46 PM (loltot - 14481005)

then im leaving, im ready for a little drink

i'm ready for a big drink......havent had a beer in 6 days (with this cold; have to wait till i finish the medication....5 more days)

18-08-1999 5:02:45 PM (loltot - 14481005)

Filename: 5 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

18-08-1999 5:02:46 PM (loltot - 14481005)

damn thats no good

18-08-1999 5:03:06 PM (loltot - 14481005)

hold on

18-08-1999 5:03:37 PM (loltot - 14481005)

ok

18-08-1999 5:03:56 PM (loltot - 14481005)

hadnt made magic folders visible

18-08-1999 5:03:58 PM (loltot - 14481005)

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

18-08-1999 5:04:31 PM (loltot - 14481005)

these arent that great......the other ones are AWESOME!  we have to get the neu.ineting thing figured out!

18-08-1999 5:04:43 PM (loltot - 14481005)

i agree

18-08-1999 5:04:53 PM (loltot - 14481005)

I need them:)

18-08-1999 5:04:54 PM (loltot - 14481005)

try to at least get me a new pic of emma before friday

18-08-1999 5:05:06 PM (loltot - 14481005)

ok

18-08-1999 5:05:20 PM (loltot - 14481005)

I'm like an addict......I need my fix of Emma!

18-08-1999 5:05:34 PM (loltot - 14481005)

i know what you mean

18-08-1999 5:05:42 PM (loltot - 14481005)

Filename: 5 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

18-08-1999 5:06:39 PM (loltot - 14481005)

yeah, but you get a daily fix of her.

and try to get some more from Lloyd too!

18-08-1999 5:07:07 PM (loltot - 14481005)

im working on him
i will send him some emma



Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

---

← 📄 18-08-1999 5:07:54 PM (loltot - 14481005)

don't trust him too much yet....don't send him anything incriminating

---

← 📄 18-08-1999 5:08:19 PM (loltot - 14481005)

he might just be a "normal dad"

---

➡ 📄 18-08-1999 5:08:24 PM (loltot - 14481005)

nochance

---

➡ 📄 18-08-1999 5:08:31 PM (loltot - 14481005)

correct

---

← 🖫 18-08-1999 5:08:35 PM (loltot - 14481005)

Filename: 5 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

---

← 📄 18-08-1999 5:09:14 PM (loltot - 14481005)

ok, I'll let you get out of there....I'll save the rest for later

---

➡ 📄 18-08-1999 5:09:29 PM (loltot - 14481005)

ill be here tommorow:)
thanks

---

← 📄 18-08-1999 5:10:08 PM (loltot - 14481005)

see ya,  give Emma a kiss for me!

---

➡ 📄 18-08-1999 5:10:31 PM (loltot - 14481005)

a big one

---

← 📄 18-08-1999 5:10:43 PM (loltot - 14481005)

:)

---

← 📄 19-08-1999 8:12:00 AM (loltot - 14481005)

mike, i just received the message you sent about the slide show....but it didn't contain the URL...I would love to see it, can you send the URL again

(why it took two days to get the message is kind of strange)

---

← 📄 20-08-1999 9:42:29 AM (loltot - 14481005)

Good Morning

---

➡ 📄 20-08-1999 9:43:05 AM (loltot - 14481005)

well hello

---

➡ 📄 20-08-1999 9:43:29 AM (loltot - 14481005)

sorry about yesterday i had major screw ups with the computer

---

← 📄 20-08-1999 9:43:40 AM (loltot - 14481005)

so do i have reason to be happy this Friday

---

➡ 📄 20-08-1999 9:44:01 AM (loltot - 14481005)

not reall Im at work

---

← 📄 20-08-1999 9:44:08 AM (loltot - 14481005)

that's ok,  i always assume good intentions

---

← 📄 20-08-1999 9:44:37 AM (loltot - 14481005)

bummer!

actually I need to go see a client anyway, so its probably for the best

I had to get this e mail thing worked out, I moved the website to a new host

→ 🖹 20-08-1999 9:45:29 AM (loltot - 14481005)

and I had a pain in the ass time setting up yhe e mail addresses

← 🖹 20-08-1999 9:45:38 AM (loltot - 14481005)

yes, that is always problematic at first

→ 🖹 20-08-1999 9:46:06 AM (loltot - 14481005)

well it just all clicked about 2 minutes ago:)

← 🖹 20-08-1999 9:47:03 AM (loltot - 14481005)

good for you!

→ 🖹 20-08-1999 9:47:25 AM (loltot - 14481005)

i got the auto responders working:)

→ 🖹 20-08-1999 9:47:45 AM (loltot - 14481005)

so I will leave early today, thats one good thing

→ 🖹 20-08-1999 9:47:59 AM (loltot - 14481005)

and i will remember my camera

← 🖹 20-08-1999 9:48:07 AM (loltot - 14481005)

but will Emma be home when you get there?

→ 🖹 20-08-1999 9:48:37 AM (loltot - 14481005)

no she will be about 70 miles away , I have to pick them up at 5

→ 🖹 20-08-1999 9:48:57 AM (loltot - 14481005)

but its a picture weekend:)

← 🖹 20-08-1999 9:50:04 AM (loltot - 14481005)

BTW, I meant to tell you before, if you do switch from AOL, you may want to go with Mindspring for one simple reason....as recentlyas 3 months ago their news group server carried ABPEP-T  (I'm not sure if it still does, because it no longer allows non-member access to the news server)

← 🖹 20-08-1999 9:50:53 AM (loltot - 14481005)

Good, I look forward to adding to my collection. Will you be using the digital or regular camera?

→ 🖹 20-08-1999 9:51:02 AM (loltot - 14481005)

you know one of the things i was thinking was you should give me a call sometime, I think that trust is there now,
What is that group?
I just ordered earthlink software
who do you use

→ 🖹 20-08-1999 9:51:16 AM (loltot - 14481005)

digital, and regular

→ 🖹 20-08-1999 9:51:57 AM (loltot - 14481005)

I am also thinking about getting a couple of proffesionals done, you know the Olin Mills type

→ 🖹 20-08-1999 9:52:50 AM (loltot - 14481005)

another thing we can try is the Rockettalk voice mail, it works really well and is very clear

← 🖹 20-08-1999 9:53:31 AM (loltot - 14481005)

I use a local ISP (I try to support the local economy whenver possible...if the quality is equal)

well, I know how you want to see the "harder" pics....and as you know, I steadfastly avoid them, but there is a newsgroup called Alt Binaries Pictures Erotica Pre-Teen, and very few newservers carry it (for obvious reasons); but the mindspring one

→ 🖹 20-08-1999 9:54:00 AM (loltot - 14481005)

that sounds like something to see

← 🖹 20-08-1999 9:54:19 AM (loltot - 14481005)

yes, I have been looking into the Rocketalk service for one of my clients

→ 🖹 20-08-1999 9:54:34 AM (loltot - 14481005)

it is great and free

just remember what I said.....BE CAREFUL!

→ 20-08-1999 9:55:07 AM (loltot - 14481005)

very true

← 20-08-1999 9:55:16 AM (loltot - 14481005)

for now I would prefer to keeep chatting....give me time, I am slowly coming around

→ 20-08-1999 9:55:18 AM (loltot - 14481005)

I am getting more so

→ 20-08-1999 9:55:28 AM (loltot - 14481005)

thats fine

→ 20-08-1999 9:55:59 AM (loltot - 14481005)

I did find a couple pics yesterday , you may have them but would u like to see

← 20-08-1999 9:56:29 AM (loltot - 14481005)

actually there is one other guy that I trust pretty much on-line....they guy I was talking too the day you "re-emerged" on ICQ.

He and I have discussed actually meeting one day next summer...maybe we could make it a group meeting?

← 20-08-1999 9:56:40 AM (loltot - 14481005)

sure

→ 20-08-1999 9:57:08 AM (loltot - 14481005)

ok

← 20-08-1999 9:58:08 AM (loltot - 14481005)

I live in Texas, he lives in Alabama, and you live in Floriday...so we are all pretty close.

There is a waterpark outside of San Antonio called Schlitterbahn...it is fed from the river, so the water is always really cold....it's a really neat place. We have discussed meeting there and watching all the little cuties running around.

→ 20-08-1999 9:58:13 AM (loltot - 14481005)

Im getting there

→ 20-08-1999 9:58:33 AM (loltot - 14481005)

now that would be fun

← 20-08-1999 9:58:52 AM (loltot - 14481005)

would you seriously consider it?

→ 20-08-1999 9:59:28 AM (loltot - 14481005)

yes I would

→ 20-08-1999 10:00:03 AM (loltot - 14481005)

Filename: 2 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 20-08-1999 10:00:20 AM (loltot - 14481005)

cool.

although he has pulled a dissapearing act like you did...I'm sure it is just real life getting in the way.

of course you and I could meet without him.

← 20-08-1999 10:01:51 AM (loltot - 14481005)

have you heard anything from Lloyd Emmerson?

→ 20-08-1999 10:02:39 AM (loltot - 14481005)

not yet

← 20-08-1999 10:04:04 AM (loltot - 14481005)

of course if you brought Emma with you my attention would be focused all on her



20-08-1999 10:04:18 AM (loltot - 14481005)

now theres an idea

20-08-1999 10:05:05 AM (loltot - 14481005)

well, lets see how we feel by next summer....and just think, she will have just turned 6  (yummy!)

20-08-1999 10:05:51 AM (loltot - 14481005)

that gives us a whole new fantasy thing to work with too

20-08-1999 10:05:55 AM (loltot - 14481005)

(back to an earlier topic)

I think some professional pics of Emma would be great!

do they have "Glamour Shots" in Florida?

20-08-1999 10:06:00 AM (loltot - 14481005)

do you have those pics?

20-08-1999 10:06:09 AM (loltot - 14481005)

yes

20-08-1999 10:06:24 AM (loltot - 14481005)

that may well be out of my price range

20-08-1999 10:06:48 AM (loltot - 14481005)

i think i had one of them at one time....i delete alot of stuff as i go.

very sexy girls.

I've got a few more for you in a minute

20-08-1999 10:08:18 AM (loltot - 14481005)

I think the price has come way down....I don't think they charge a sitting fee anymore, and yiou can buy as many or as few pictures as you want (look in the paper, or coupons you get int the mail, or even check their web-site, I'm sure they run specials)  I would love to see her with some lipstick on!

20-08-1999 10:10:01 AM (loltot - 14481005)

I really like the idea

20-08-1999 10:10:26 AM (loltot - 14481005)

has she ever worn makeup before?

20-08-1999 10:10:36 AM (loltot - 14481005)

no

20-08-1999 10:10:58 AM (loltot - 14481005)

i'm sure your wife would dissaprove

20-08-1999 10:10:58 AM (loltot - 14481005)

maybe this weekend i can persuade my wife to make her up

20-08-1999 10:11:08 AM (loltot - 14481005)

for a photo session

20-08-1999 10:11:19 AM (loltot - 14481005)

no I think she may do it

20-08-1999 10:11:27 AM (loltot - 14481005)

yes, that does give you a good excuse

20-08-1999 10:11:46 AM (loltot - 14481005)

will you be haere this afternoon?

20-08-1999 10:12:02 AM (loltot - 14481005)

maybe.....do you need to go?

Filename: lo69.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

➔ 20-08-1999 10:12:45 AM (loltot - 14481005)

in a few mins, I have to do a nursery tour with Susan, the cutie

← 20-08-1999 10:13:32 AM (loltot - 14481005)

ok, i will go see my client, and we will try to meet back this afternoon

➔ 20-08-1999 10:13:59 AM (loltot - 14481005)

ill be home by 1 then i have to leave about 4 to get the kids

➔ 20-08-1999 10:14:25 AM (loltot - 14481005)

any pics for me first?

← 20-08-1999 10:15:00 AM (loltot - 14481005)

yes, hang on....and i love the last one you sent!

➔ 20-08-1999 10:15:13 AM (loltot - 14481005)

isnt she hot

← 20-08-1999 10:15:42 AM (loltot - 14481005)

yummy skirt shot!

← 20-08-1999 10:16:03 AM (loltot - 14481005)


Filename: panty05.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 20-08-1999 10:16:31 AM (loltot - 14481005)

do you like asians?

➔ 20-08-1999 10:16:51 AM (loltot - 14481005)

yes

➔ 20-08-1999 10:17:10 AM (loltot - 14481005)

hold on i gotta go

➔ 24-08-1999 9:17:10 AM (loltot - 14481005)

Im on and off all day,

← 24-08-1999 11:11:00 AM (loltot - 14481005)

today is busy for me as well....maybe we will see each other..if not, I'll look for you on Wed.

← 24-08-1999 4:15:20 PM (loltot - 14481005)

hi

← 24-08-1999 4:18:46 PM (loltot - 14481005)

you there?

← 24-08-1999 4:42:43 PM (loltot - 14481005)

hey, are you back?

➔ 24-08-1999 4:45:32 PM (loltot - 14481005)

hi

← 24-08-1999 4:48:38 PM (loltot - 14481005)

hey, i guess you are just about to leave work, huh?

➔ 24-08-1999 4:49:07 PM (loltot - 14481005)

im doing like 9 million things before I leave

← 24-08-1999 4:49:36 PM (loltot - 14481005)

ok, I'll catch up with you tomorrow then

12 11:04:08 PM

what time will you be around

24-08-1999 4:50:15 PM (loltot - 14481005)

not sure...have to see a client in the morning...depends how long it takes

24-08-1999 4:50:31 PM (loltot - 14481005)

well I should be here all day

24-08-1999 4:50:49 PM (loltot - 14481005)

ok, I'll see you then

24-08-1999 4:50:51 PM (loltot - 14481005)

and i have the pics all ready to roll

24-08-1999 4:51:15 PM (loltot - 14481005)

I'm looking forward to them...I have some new ones for you too!

24-08-1999 4:51:33 PM (loltot - 14481005)

even better:)

24-08-1999 4:51:49 PM (loltot - 14481005)

i found some on the net too

24-08-1999 4:52:02 PM (loltot - 14481005)

hope they are not the same

24-08-1999 4:52:39 PM (loltot - 14481005)

well for me the Emma pics are the best anyway  :)

I'll keep searching for more for you though

24-08-1999 4:53:14 PM (loltot - 14481005)

your a good guy
I tell all my friends you are!!

24-08-1999 4:53:22 PM (loltot - 14481005)

joking

24-08-1999 4:53:33 PM (loltot - 14481005)

:)

24-08-1999 4:53:50 PM (loltot - 14481005)

I say nothing to no one

24-08-1999 4:53:51 PM (loltot - 14481005)

how about 1 new Emma to tide me over till tomorrow

24-08-1999 4:54:23 PM (loltot - 14481005)

ok

24-08-1999 4:55:59 PM (loltot - 14481005)


Filename: R0100026.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

24-08-1999 4:59:09 PM (loltot - 14481005)

OOOHHH THANK YOU!

24-08-1999 5:04:47 PM (loltot - 14481005)

I Love the way she is sticking her fingers in her mouth :)

24-08-1999 5:05:00 PM (loltot - 14481005)

like that?

24-08-1999 5:05:12 PM (loltot - 14481005)

I have a couple more like that

mmmmmmmmmmmmmmmmmore?

← 24-08-1999 5:05:32 PM (loltot - 14481005)

do you have time to send them now?

→ 24-08-1999 5:05:32 PM (loltot - 14481005)

say goodnight Paul

→ 24-08-1999 5:05:56 PM (loltot - 14481005)

I gotttta run otherwise the tumpike sucks

← 24-08-1999 5:06:14 PM (loltot - 14481005)

ok, see you tomorrow

→ 25-08-1999 10:45:44 AM (loltot - 14481005)

hope you are online today

← 25-08-1999 11:46:49 AM (loltot - 14481005)

hello

→ 25-08-1999 11:47:00 AM (loltot - 14481005)

good morning

← 25-08-1999 11:47:29 AM (loltot - 14481005)

yes it is....

did you get that new hard drive yet?

→ 25-08-1999 11:47:48 AM (loltot - 14481005)

15 gig

← 25-08-1999 11:48:09 AM*(loltot - 14481005)

cool,

you want to open Netmeeting?

→ 25-08-1999 11:48:23 AM (loltot - 14481005)

sure

→ 27-08-1999 8:00:34 AM (loltot - 14481005)

I hope you are here today

→ 27-08-1999 8:00:57 AM (loltot - 14481005)

I got some nice ones from Lloyd

← 27-08-1999 8:31:07 AM (loltot - 14481005)

good morning

← 27-08-1999 8:31:17 AM (loltot - 14481005)

are you at work already

→ 27-08-1999 8:31:22 AM (loltot - 14481005)

hello

→ 27-08-1999 8:31:29 AM (loltot - 14481005)

yes

→ 27-08-1999 8:31:39 AM (loltot - 14481005)

what are you up to

→ 27-08-1999 8:32:03 AM (loltot - 14481005)

can you send me the pics of Emma, the ones i deleted?

← 27-08-1999 8:32:18 AM (loltot - 14481005)

just getting up really,  I only have a few minutes for now, need to shower/shave, etc...

then i will be back on-line in an hour or so

would that be possible
PLease?

← ▣ 27-08-1999 8:33:22 AM (loltot - 14481005)

(I just got a big smile on my face)

It gives me a "kick" to know that you want pics of your own daughter, that only I have!

of course i will send them to you!

← ▣ 27-08-1999 8:33:33 AM (loltot - 14481005)

are they for Lloyd?

→ ▣ 27-08-1999 8:33:44 AM (loltot - 14481005)

I think so

→ ▣ 27-08-1999 8:34:03 AM (loltot - 14481005)

he sent me some good ones, Im trying for better

← ▣ 27-08-1999 8:34:14 AM (loltot - 14481005)

then you must be making progress with him?  :)

→ ▣ 27-08-1999 8:34:34 AM (loltot - 14481005)

I think so yes

← ▣ 27-08-1999 8:34:38 AM (loltot - 14481005)

well, let's open netmeeting, and we can send to each other

→ ▣ 27-08-1999 8:34:44 AM (loltot - 14481005)

ok

← ▣ 27-08-1999 11:03:00 AM (loltot - 14481005)

hey

→ ▣ 27-08-1999 11:47:14 AM (loltot - 14481005)

hi again

← ▣ 27-08-1999 11:47:46 AM (loltot - 14481005)

hey,  just cruising the NG's for you....so far nada, nothing, zero, zilch

→ ▣ 27-08-1999 11:48:03 AM (loltot - 14481005)

damn

→ ▣ 27-08-1999 11:48:16 AM (loltot - 14481005)

I have more for you

← ▣ 27-08-1999 11:48:28 AM (loltot - 14481005)

you are so kind

← ▣ 27-08-1999 11:48:44 AM (loltot - 14481005)

lets open netmeeting...much faster transfers

→ ▣ 27-08-1999 11:48:44 AM (loltot - 14481005)

sorry i took so long, had 2 clients interrupt my fun
how dare they!@!

→ ▣ 27-08-1999 11:48:52 AM (loltot - 14481005)

ok

← ▣ 27-08-1999 11:52:13 AM (loltot - 14481005)

are you receiving the call?

→ ▣ 27-08-1999 11:52:33 AM (loltot - 14481005)

no try again

now?

27-08-1999 11:54:02 AM (loltot - 14481005)

no, whats wrong?

27-08-1999 11:54:40 AM (loltot - 14481005)

maybe i'm reading yoiur ip address wrong...lets open a chat so i can make sure

27-08-1999 12:07:49 PM (loltot - 14481005)

back

27-08-1999 12:08:06 PM (loltot - 14481005)

ok, open netmeeting

27-08-1999 12:08:35 PM (loltot - 14481005)

i s open

27-08-1999 12:09:02 PM (loltot - 14481005)

anything?

27-08-1999 12:09:21 PM (loltot - 14481005)

no

27-08-1999 12:09:58 PM (loltot - 14481005)

now i'm getting pissed off!

let me try and re-boot my pc...maybe it is something on my end

see you in a minute

27-08-1999 12:10:25 PM (loltot - 14481005)

ok

27-08-1999 12:15:35 PM (loltot - 14481005)

nothing?

27-08-1999 12:15:55 PM (loltot - 14481005)

no, maybe microsoft is fucked up

27-08-1999 12:16:12 PM (loltot - 14481005)

whats you ip #

27-08-1999 12:16:16 PM (loltot - 14481005)

oh well....

27-08-1999 12:16:47 PM (loltot - 14481005)

216.118.17.79

27-08-1999 12:18:08 PM (loltot - 14481005)

i guess you can send them over ICQ....they are nothing illegal anyway

27-08-1999 12:18:40 PM (loltot - 14481005)

cool

27-08-1999 2:55:10 PM (loltot - 14481005)

I need the pic of emma , May16.22 it didnt come through

30-08-1999 1:01:00 PM (loltot - 14481005)

ok, i will give you the pic when you are back online

31-08-1999 7:59:32 AM (loltot - 14481005)

good morning

31-08-1999 11:26:42 AM (loltot - 14481005)

hey

12 11:04:08 PM

→ 🖹 31-08-1999 11:27:05 AM (loltot - 14481005)

good day

← 🖹 31-08-1999 11:27:19 AM (loltot - 14481005)

Lloyd updated his website!

Oh My God, you have to go see FWS0236!

→ 🖹 31-08-1999 11:27:36 AM (loltot - 14481005)

really? wow

→ 🖹 31-08-1999 11:27:53 AM (loltot - 14481005)

do you have the url?

→ 🖹 31-08-1999 11:28:05 AM (loltot - 14481005)

guess who has a new isp

← 🖹 31-08-1999 11:28:15 AM (loltot - 14481005)

and you MUST ask him if he has more pics following that one...Joy is in a see-through white swimsuit!

→ 🖹 31-08-1999 11:28:33 AM (loltot - 14481005)

awesome

← 🖹 31-08-1999 11:28:42 AM (loltot - 14481005)

www.surfin.tu/seeus/

← 🖹 31-08-1999 11:29:23 AM (loltot - 14481005)

I'm at the site right now! awesome beach pics of both Christina and Joy in swimsuits

← 🖹 31-08-1999 11:29:40 AM (loltot - 14481005)

when you get to the site, it is under Photos 9

→ 🖹 31-08-1999 11:30:01 AM (loltot - 14481005)

im there

← 🖹 31-08-1999 11:30:17 AM (loltot - 14481005)

get ready to be hard!

→ 🖹 31-08-1999 11:30:44 AM (loltot - 14481005)

hmmnm all broken links

→ 🖹 31-08-1999 11:31:03 AM (loltot - 14481005)

what was your fav

← 🖹 31-08-1999 11:31:58 AM (loltot - 14481005)

still looking, but your fav will be the one i was telling youabout...Joy in a see-thru suit (however, you don't really see anything, but maybe he has some more he would send just to you)

→ 🖹 31-08-1999 11:32:25 AM (loltot - 14481005)

ill have to try him, i dont see the thumbnails

← 🖹 31-08-1999 11:32:27 AM (loltot - 14481005)

also there are abunch of the ones he gave you last week that he has now posted here!

← 🖹 31-08-1999 11:32:45 AM (loltot - 14481005)

hang on, i will send it to you

← 🖹 31-08-1999 11:32:58 AM (loltot - 14481005)

did you get that new hard drive yet?

→ 🖹 31-08-1999 11:33:39 AM (loltot - 14481005)

15 gig

ICQ data v2.0.icq
Case 1:02-cr-05301-DAD Document 494 Filed 04/03/06 Page 52 of 122
31-08-1999 11:33:43 AM (loltot - 14481005)
51

Filename: fws0236.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 31-08-1999 11:34:07 AM (loltot - 14481005)

so i am assuming you haven't talked to him since last week

← 31-08-1999 11:34:26 AM (loltot - 14481005)

what ISP are you with now?

→ 31-08-1999 11:34:27 AM (loltot - 14481005)

no , i havent had anything to offer him

→ 31-08-1999 11:34:40 AM (loltot - 14481005)

earthlink

→ 31-08-1999 11:34:50 AM (loltot - 14481005)

seems ok so far

→ 31-08-1999 11:35:11 AM (loltot - 14481005)

i had a problem with setting up at home though

← 31-08-1999 11:35:13 AM (loltot - 14481005)

COOL!

I feel much better about you not being on AOL

→ 31-08-1999 11:35:31 AM (loltot - 14481005)

good

← 31-08-1999 11:35:43 AM (loltot - 14481005)

really, what kind of problem....maybe i can help (that's what I do for a living you know)

→ 31-08-1999 11:36:08 AM (loltot - 14481005)

Its not recognizing the modem

→ 31-08-1999 11:36:36 AM (loltot - 14481005)

Ill have to get your help when i am there

← 31-08-1999 11:36:52 AM (loltot - 14481005)

maybe that could be our first phone call!

← 31-08-1999 11:37:10 AM (loltot - 14481005)

are you going to be on most of today?

I need to run out for about 1 hr

→ 31-08-1999 11:37:12 AM (loltot - 14481005)

that would help me a lot

← 31-08-1999 11:37:21 AM (loltot - 14481005)

I have some REALLY good pics for you

→ 31-08-1999 11:37:24 AM (loltot - 14481005)

will be here

← 31-08-1999 11:37:49 AM (loltot - 14481005)

ok, I'll see you in about 1 hr (or 2 if you are at lunch)

→ 31-08-1999 11:38:17 AM (loltot - 14481005)

great

← 31-08-1999 1:02:38 PM (loltot - 14481005)

i'm here whenever you get back

→ 31-08-1999 1:02:57 PM (loltot - 14481005)

back

← 📄 31-08-1999 1:03:21 PM (loltot - 14481005)

did you already go to lunch?

→ 📄 31-08-1999 1:03:40 PM (loltot - 14481005)

just finished (burp)

← 📄 31-08-1999 1:03:58 PM (loltot - 14481005)

yiou want to open netmeeting?

→ 📄 31-08-1999 1:04:09 PM (loltot - 14481005)

ok

← 📄 31-08-1999 1:09:08 PM (loltot - 14481005)

do you see the chat window in netmeeting?

→ 📄 31-08-1999 2:33:36 PM (loltot - 14481005)

sorry

← 📄 31-08-1999 2:33:54 PM (loltot - 14481005)

what happened?

→ 📄 31-08-1999 2:34:26 PM (loltot - 14481005)

.we had a storm here and I lost power, not sure what up with my UPS

← 📄 31-08-1999 2:35:37 PM (loltot - 14481005)

did you get the last pic...the best one?

→ 📄 31-08-1999 2:35:46 PM (loltot - 14481005)

yes

→ 📄 31-08-1999 2:35:52 PM (loltot - 14481005)

nice huh:)

← 📄 31-08-1999 2:36:28 PM (loltot - 14481005)

so you got 154

→ 📄 31-08-1999 2:36:37 PM (loltot - 14481005)

let me check

← 💾 31-08-1999 2:37:18 PM (loltot - 14481005)


Filename: amysis1.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 31-08-1999 2:37:30 PM (loltot - 14481005)

a good story i just found

← 💾 31-08-1999 2:37:49 PM (loltot - 14481005)


Filename: sweet6.zip
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

→ 📄 31-08-1999 2:38:11 PM (loltot - 14481005)

thanks:)

→ 📄 31-08-1999 2:38:46 PM (loltot - 14481005)

I did not get 154

← 📄 31-08-1999 2:38:49 PM (loltot - 14481005)

so what did you think of those pics?

→ 📄 31-08-1999 2:38:59 PM (loltot - 14481005)

she is cute

→ 📄 31-08-1999 2:39:23 PM (loltot - 14481005)

i think i have seen them before

**ICQ data v2.0.icq**

*53*

31-08-1999 2:39:25 PM (loltot - 14481005)

154 is the best one..you want it now?

31-08-1999 2:39:31 PM (loltot - 14481005)

ok

31-08-1999 2:39:44 PM (loltot - 14481005)

open netmeeting

31-08-1999 2:39:58 PM (loltot - 14481005)

ok

31-08-1999 3:29:42 PM (loltot - 14481005)

you still there?

31-08-1999 3:30:16 PM (loltot - 14481005)

I think my wife is coming home early, and I definitely need to JO before she gets here

31-08-1999 3:31:16 PM (loltot - 14481005)

so i guess we can talk some more tomorrow...like I said, Don should be online, so maybe we can do a group netmeeting!

talk about Emma, and Joy and Christina, and all of us meeting next year!

31-08-1999 3:38:04 PM (loltot - 14481005)

you still there?

31-08-1999 4:19:22 PM (loltot - 14481005)

you there?

31-08-1999 4:23:47 PM (loltot - 14481005)

sorry i suddenl;y got real busy here

31-08-1999 4:23:59 PM (loltot - 14481005)

3 customers all at oince

31-08-1999 4:24:19 PM (loltot - 14481005)

and my boss wanted me to order him a new computer

31-08-1999 4:25:05 PM (loltot - 14481005)

thats ok, i had to run out anyway.

31-08-1999 4:25:34 PM (loltot - 14481005)

I think season is kicking in round here

31-08-1999 4:25:50 PM (loltot - 14481005)

open netmeeting

31-08-1999 4:26:04 PM (loltot - 14481005)

ok, hang on

31-08-1999 4:31:36 PM (loltot - 14481005)

you want to do netmeeting?

31-08-1999 4:31:53 PM (loltot - 14481005)

briefly

31-08-1999 4:32:05 PM (loltot - 14481005)

just one pic

01-09-1999 9:44:51 AM (loltot - 14481005)

I have one you will like

01-09-1999 1:48:00 PM (loltot - 14481005)

my wife is home sick today (and probably for 1or 2 more days), so I will not be on until she goes back to work.

← 02-09-1999 11:44:09 AM (loltot - 14481005)

I hope you are on early today...my wife is gone until 11:30

I have some new pics for you

→ 02-09-1999 11:46:24 AM (loltot - 14481005)

hello

← 02-09-1999 11:48:52 AM (loltot - 14481005)

shit, i have to go pick up my wife

← 02-09-1999 11:49:09 AM (loltot - 14481005)

she tried to go to work, but is still too sick

→ 02-09-1999 11:49:54 AM (loltot - 14481005)

damn

← 02-09-1999 11:50:20 AM (loltot - 14481005)

hopefully we can catch up tomorrow

← 02-09-1999 11:50:25 AM (loltot - 14481005)

gotta run

→ 02-09-1999 11:52:22 AM (loltot - 14481005)

bye

→ 03-09-1999 10:06:11 AM (loltot - 14481005)

Its 10.05 here I have to leave at 11.30 for a nice weekend in New York, I hope to be taking some pics, see you soon

← 03-09-1999 2:38:00 PM (loltot - 14481005)

i hope you have a good time in NY...see you when you get back

← 06-09-1999 10:53:00 AM (loltot - 14481005)

i hope you will be here on Tuesday....it has been too long since we chatted.

← 07-09-1999 9:23:37 AM (loltot - 14481005)

hey there

→ 07-09-1999 9:56:39 AM (loltot - 14481005)

good morning

← 07-09-1999 9:57:08 AM (loltot - 14481005)

God, it seems like we haven't talked in forever

→ 07-09-1999 9:57:20 AM (loltot - 14481005)

yes doesnt it

← 07-09-1999 9:57:23 AM (loltot - 14481005)

how was your trip?

→ 07-09-1999 9:57:47 AM (loltot - 14481005)

brief wayyy too brief

← 07-09-1999 9:58:32 AM (loltot - 14481005)

I've travelled my fair share, but never  been to NY.  I definitely want to go someday.

did you do all the tourist stuff?

→ 07-09-1999 9:58:57 AM (loltot - 14481005)

we went to long Island, visiting her family

← 07-09-1999 9:59:56 AM (loltot - 14481005)

oh, i didn't know your wife was from up east. I bet they were happy to see her and Emma

→ 07-09-1999 10:00:17 AM (loltot - 14481005)

emma didnt go

→ 07-09-1999 10:00:33 AM (loltot - 14481005)

just me and wife

07-09-1999 10:01:55 AM (loltot - 14481005)

oh, well that was probably fun for you to get away for awhile.

I on the other hand had to deal with a sick wife all weekend. She had an allergic reaction to the medicine, and has broken out in a wicked rash. She went to work this morning, but I am betting she will not stay all day.

07-09-1999 10:02:37 AM (loltot - 14481005)

Sounds like no fun

07-09-1999 10:04:11 AM (loltot - 14481005)

so hows everthing else

07-09-1999 10:04:54 AM (loltot - 14481005)

great, i've been looking forward to today when we could chat again, and maybe share some pics...what's your day look like?

07-09-1999 10:06:29 AM (loltot - 14481005)

not too bad at all

07-09-1999 10:06:41 AM (loltot - 14481005)

I may even leave early

07-09-1999 10:06:51 AM (loltot - 14481005)

depends how horny i get

07-09-1999 10:07:43 AM (loltot - 14481005)

i woke up horny!

no sex all weekend, no JO, thinking about whatever new pics from Lloyd you have...i am ready to EXPLODE!

07-09-1999 10:08:10 AM (loltot - 14481005)

noi sex here too

07-09-1999 10:08:58 AM (loltot - 14481005)

Well then, lets get each other really horny, and then you will have to leave early!

07-09-1999 10:09:10 AM (loltot - 14481005)

lets open netmeeting

07-09-1999 10:09:12 AM (loltot - 14481005)

sounds good to me

07-09-1999 10:09:19 AM (loltot - 14481005)

k

10-09-1999 8:15:56 AM (loltot - 14481005)

hey, was hoping to catch you real quick before I leave this morning

10-09-1999 8:16:58 AM (loltot - 14481005)

hi

10-09-1999 8:16:59 AM (loltot - 14481005)

my wife finally went back to work this morning....hopefully she'll make it all day, because i have a client to see this morning for maybe 2hrs, and then i should be free all afternoon....what is your schedule like?

10-09-1999 8:17:26 AM (loltot - 14481005)

I may be home early today

10-09-1999 8:18:06 AM (loltot - 14481005)

man that would be awesome! We haven't had a chance to really get into it in a while!

10-09-1999 8:19:04 AM (loltot - 14481005)

i HAVE LOTS FOR YOU

10-09-1999 8:19:46 AM (loltot - 14481005)

Please tease me, so i will have something to hurry back for...is it Christina, Joy, or Emma?

10-09-1999 8:20:34 AM (loltot - 14481005)

none of the above, some of LLoyds niece

← ▤ 10-09-1999 8:20:49 AM (loltot - 14481005)

really, how old?

➜ ▤ 10-09-1999 8:21:27 AM (loltot - 14481005)

i think 10

← ▤ 10-09-1999 8:21:51 AM (loltot - 14481005)

cool...i will hurry back!  see you this afternoon.

➜ ▤ 10-09-1999 8:22:00 AM (loltot - 14481005)

ok

← ▤ 10-09-1999 4:30:00 PM (loltot - 14481005)

but i will have another big load built up by Monday,  so if you want to do a video netmeeting, you can watch me JO to pics of Christina or Joy!

← ▤ 12-09-1999 4:08:00 PM (loltot - 14481005)

well, it looks like I can't make our Mon morning meeting we discussed.....I have an emergency at one of my clients. and have to be there early in the morning, and all day.

I am sooooo bummed!

← ▤ 13-09-1999 10:35:42 AM (loltot - 14481005)

hey, good morning

← ▤ 13-09-1999 10:41:34 AM (loltot - 14481005)

hi, are you there?

I got back earlier than expected.  I didn't think you would still be online

← ▤ 17-09-1999 10:37:53 AM (loltot - 14481005)

good morning

➜ ▤ 17-09-1999 10:39:53 AM (loltot - 14481005)

hey good morning

➜ ▤ 17-09-1999 10:40:07 AM (loltot - 14481005)

glad you are here

← ▤ 17-09-1999 10:40:46 AM (loltot - 14481005)

nice to be wanted  :)

➜ ▤ 17-09-1999 10:41:01 AM (loltot - 14481005)

what you up to?

← ▤ 17-09-1999 10:41:19 AM (loltot - 14481005)

i have ICQ up on my main pc, while i work on a client's laptop

➜ ▤ 17-09-1999 10:41:41 AM (loltot - 14481005)

i just recieved a zip from Lloyd

← ▤ 17-09-1999 10:42:00 AM (loltot - 14481005)

hmmmmm....good stuff?

← ▤ 17-09-1999 10:42:29 AM (loltot - 14481005)

BTW,  there is a new service which will be up and running soon which will be VERY POPULAR

← ▤ 17-09-1999 10:42:48 AM (loltot - 14481005)

in our circles...its called "zero-knowledge"

➜ ▤ 17-09-1999 10:43:00 AM (loltot - 14481005)

they are just some snaps he took last night at a outdoor meeting

➜ ▤ 17-09-1999 10:43:11 AM (loltot - 14481005)

interesting

← ▤ 17-09-1999 10:43:53 AM (loltot - 14481005)

it is an internet service (not a replacement for your current ISP) that will not only make what you do on the internet anonymous to everyone else, but even to their own service....TOTALLY ANONYMOUS surfing, downloading, etc....

17-09-1999 10:44:12 AM (loltot - 14481005)

very interesting

17-09-1999 10:44:25 AM (loltot - 14481005)

let me know

17-09-1999 10:44:33 AM (loltot - 14481005)

it's only in beta right now, but you can read about it at www.zeroknowledge.com

17-09-1999 10:44:46 AM (loltot - 14481005)

i will let you know when the final version comes out

17-09-1999 10:45:07 AM (loltot - 14481005)

its supposed to cost like $10 per year (yes, ten dollars per year)

17-09-1999 10:45:57 AM (loltot - 14481005)

thats good

17-09-1999 10:46:21 AM (loltot - 14481005)

are you at home or work?

17-09-1999 10:46:29 AM (loltot - 14481005)

work

17-09-1999 10:47:27 AM (loltot - 14481005)

i was watching the news about H Floyd....good thing it missed FLA, or you may be homeless right now!

were you there the last time FLA got hammered by a hurricane?

17-09-1999 10:48:07 AM (loltot - 14481005)

you want to open netmeeting?

17-09-1999 10:48:25 AM (loltot - 14481005)

ok,

17-09-1999 10:48:49 AM (loltot - 14481005)

ive been through a few hyurricanes etc

17-09-1999 10:50:57 AM (loltot - 14481005)

are you getting the netmeeting request for call?

17-09-1999 10:51:09 AM (loltot - 14481005)

no

17-09-1999 10:51:27 AM (loltot - 14481005)

hmmm, weird

17-09-1999 10:52:10 AM (loltot - 14481005)

how do i find your icq #

17-09-1999 10:53:49 AM (loltot - 14481005)

got your call for a sec

17-09-1999 10:54:03 AM (loltot - 14481005)

let me try again

17-09-1999 10:55:07 AM (loltot - 14481005)

had you for a sec again

17-09-1999 11:05:19 AM (loltot - 14481005)

you still there?

17-09-1999 11:05:40 AM (loltot - 14481005)

yes i am trying to go secure

17-09-1999 11:06:03 AM (loltot - 14481005)

ok, hang on, i have to re-open netmeeting



ok
--------
← 17-09-1999 11:06:42 AM (loltot - 14481005)

its open now...same ip # (mine never changes)
--------
→ 17-09-1999 11:08:20 AM (loltot - 14481005)

wont let me
--------
← 17-09-1999 11:08:54 AM (loltot - 14481005)

weird...try logging off from earthlink...close netmeeting too. i'll meet you back on ICQ and we'll try again
--------
→ 17-09-1999 11:09:06 AM (loltot - 14481005)

ok
--------
← 17-09-1999 11:21:15 AM (loltot - 14481005)

ok, I'm back
--------
→ 17-09-1999 11:21:22 AM (loltot - 14481005)

ok
--------
← 17-09-1999 11:21:34 AM (loltot - 14481005)

I was ordering the Compupic registration
--------
→ 17-09-1999 11:21:38 AM (loltot - 14481005)

why dont you try again
--------
→ 17-09-1999 11:21:45 AM (loltot - 14481005)

cool
--------
← 17-09-1999 11:22:25 AM (loltot - 14481005)

they said it won't be e-mailed to me until Monday...sounds ridiculous to me, but anyway, when i get it, i will give it to you
--------
→ 17-09-1999 11:22:34 AM (loltot - 14481005)

thanks:)
--------
← 17-09-1999 11:23:01 AM (loltot - 14481005)

do you have netmeeting open yet?
--------
→ 17-09-1999 11:23:19 AM (loltot - 14481005)

hold on
--------
→ 17-09-1999 11:23:37 AM (loltot - 14481005)

ok
--------
→ 17-09-1999 11:24:53 AM (loltot - 14481005)

no  luck?
--------
← 17-09-1999 11:25:02 AM (loltot - 14481005)

nope
--------
← 17-09-1999 11:25:25 AM (loltot - 14481005)


--------
← 17-09-1999 11:42:23 AM (loltot - 14481005)

are you back?
--------
→ 17-09-1999 11:44:01 AM (loltot - 14481005)

hold on
--------
← 17-09-1999 12:18:07 PM (loltot - 14481005)

Mike, had to run for the day...I'll see you next week.
--------
← 17-09-1999 12:18:47 PM (loltot - 14481005)

Please, Please, Please,  try to take some new pics of Emma this weekend.

Thanks
loltot

12 11:04:10 PI

➡ 🖹 22-09-1999 12:35:06 PM (loltot - 14481005)

you just have to log on, I have hit the motherlode with Lloyd

⬅ 🖹 22-09-1999 9:20:00 AM (loltot - 14481005)

try it again, it came thru for a sec

⬅ 🖹 22-09-1999 9:50:04 AM (loltot - 14481005)

good morning

➡ 🖹 22-09-1999 9:50:19 AM (loltot - 14481005)

well hello

⬅ 🖹 22-09-1999 9:50:27 AM (loltot - 14481005)

the "mother lode" huh?

you've got my attention

➡ 🖹 22-09-1999 9:51:06 AM (loltot - 14481005)

I think that is amild description

⬅ 🖹 22-09-1999 9:51:24 AM (loltot - 14481005)

I have been sooooo busy since Friday...a big project that I just about wrapped up yesterday!

i nave been looking forward to this for 6 days now!

⬅ 🖹 22-09-1999 9:51:35 AM (loltot - 14481005)

well let's open netmeeting then

➡ 🖹 22-09-1999 9:51:45 AM (loltot - 14481005)

cool, well I have homework for you

⬅ 🖹 22-09-1999 9:52:07 AM (loltot - 14481005)

ok, what's the assignment?

➡ 🖹 22-09-1999 9:52:19 AM (loltot - 14481005)

ok

➡ 🖹 22-09-1999 9:53:56 AM (loltot - 14481005)

are you calling me?

⬅ 🖹 22-09-1999 9:54:18 AM (loltot - 14481005)

trying to call you, yes...i hope we don't have this problem again.

➡ 🖹 22-09-1999 9:54:40 AM (loltot - 14481005)

damn

⬅ 🖹 22-09-1999 9:56:12 AM (loltot - 14481005)

try to call me

➡ 🖹 22-09-1999 9:56:29 AM (loltot - 14481005)

ok

➡ 🖹 22-09-1999 9:57:03 AM (loltot - 14481005)

smae problem

⬅ 🖹 22-09-1999 9:57:39 AM (loltot - 14481005)

have you d/l a newer version of netmeeting recently?

➡ 🖹 22-09-1999 9:57:53 AM (loltot - 14481005)

the latest

⬅ 🖹 22-09-1999 9:58:05 AM (loltot - 14481005)

go to HELP, ABOUT NETMEETING...which version do you have?

⬅ 🖹 22-09-1999 9:58:23 AM (loltot - 14481005)

including the numbers in the parenthesis

➡ 🖹 22-09-1999 9:59:07 AM (loltot - 14481005)

3.01 (4.4.3385)

12 11:04:10 PM

ICQ data v2.0.icq

hmmm, same version I have.

➜ 🗎 22-09-1999 9:59:55 AM (loltot - 14481005)

weird

⬅ 🗎 22-09-1999 9:59:57 AM (loltot - 14481005)

how long are you online this morning?

➜ 🗎 22-09-1999 10:00:10 AM (loltot - 14481005)

couple hours

➜ 🗎 22-09-1999 10:00:38 AM (loltot - 14481005)

I have the files encrypted

⬅ 🗎 22-09-1999 10:00:38 AM (loltot - 14481005)

ok, ill be back in 5 - 10 minutes...I want to try and fix this problem (obviously)

➜ 🗎 22-09-1999 10:00:56 AM (loltot - 14481005)

ok

⬅ 🗎 22-09-1999 10:13:25 AM (loltot - 14481005)

i'm back...do you have netmeeting open?

➜ 🗎 22-09-1999 10:13:35 AM (loltot - 14481005)

yes

⬅ 🗎 22-09-1999 10:15:00 AM (loltot - 14481005)

are you getting that?

➜ 🗎 22-09-1999 10:15:18 AM (loltot - 14481005)

imin a call with you it says'

⬅ 🗎 22-09-1999 10:16:20 AM (loltot - 14481005)

call me, try no security first

➜ 🗎 22-09-1999 10:16:30 AM (loltot - 14481005)

ok

⬅ 🗎 22-09-1999 10:16:46 AM (loltot - 14481005)

216.118.17.79

➜ 🗎 22-09-1999 10:25:55 AM (loltot - 14481005)

hold on

➜ 🗎 22-09-1999 10:26:12 AM (loltot - 14481005)

hold on i have to go for a few

➜ 🗎 22-09-1999 10:26:19 AM (loltot - 14481005)

dont go away

⬅ 🗎 22-09-1999 11:20:56 AM (loltot - 14481005)

call me

➜ 🗎 22-09-1999 11:21:14 AM (loltot - 14481005)

k

➜ 🗎 22-09-1999 12:50:14 PM (loltot - 14481005)

Im back

⬅ 🗎 22-09-1999 12:50:34 PM (loltot - 14481005)

good

➜ 🗎 22-09-1999 12:50:45 PM (loltot - 14481005)

did you get that one?

⬅ 🗎 22-09-1999 12:52:01 PM (loltot - 14481005)

yes, is there more....do they actually get better?

➡ 📄 22-09-1999 12:52:06 PM (loltot - 14481005)

way better

➡ 📄 22-09-1999 12:52:24 PM (loltot - 14481005)

obviously you got it open

⬅ 📄 22-09-1999 12:52:49 PM (loltot - 14481005)

yes, i figured it was the same password

⬅ 📄 22-09-1999 12:52:58 PM (loltot - 14481005)

do you have time to send some more?

➡ 📄 22-09-1999 12:53:10 PM (loltot - 14481005)

i have net meeting open

⬅ 📄 22-09-1999 12:53:28 PM (loltot - 14481005)

hang on

⬅ 📄 22-09-1999 12:54:26 PM (loltot - 14481005)

did you log off your ISP to try to get a better connection?

➡ 📄 22-09-1999 12:54:33 PM (loltot - 14481005)

yes

⬅ 📄 22-09-1999 12:56:09 PM (loltot - 14481005)

try again

➡ 📄 22-09-1999 12:56:17 PM (loltot - 14481005)

k

⬅ 📄 22-09-1999 12:59:20 PM (loltot - 14481005)

this will take all day

➡ 📄 22-09-1999 12:59:35 PM (loltot - 14481005)

hmmm

⬅ 📄 22-09-1999 1:00:55 PM (loltot - 14481005)

r us using earthlink or aol?

➡ 📄 22-09-1999 1:01:29 PM (loltot - 14481005)

earthlink

➡ 📄 22-09-1999 1:01:50 PM (loltot - 14481005)

lets try it through here

⬅ 📄 22-09-1999 1:03:17 PM (loltot - 14481005)

yes

➡ 📄 22-09-1999 1:03:37 PM (loltot - 14481005)

im going to log off and back on straight away

⬅ 📄 22-09-1999 1:03:39 PM (loltot - 14481005)

go ahead and try thru ICQ...but you know how slow it usually is

➡ 📄 22-09-1999 1:06:27 PM (loltot - 14481005)

lets try netmmeting one last time

⬅ 📄 22-09-1999 2:27:53 PM (loltot - 14481005)

you done for today?

➡ 📄 22-09-1999 2:28:07 PM (loltot - 14481005)

sorry netmeeting kicked me off

➡ 📄 22-09-1999 2:28:20 PM (loltot - 14481005)

I should get some work done

bummer, i was just telling you how Emma affects me so strongly

---

→ 22-09-1999 2:28:43 PM (loltot - 14481005)

i understand

---

← 22-09-1999 2:28:54 PM (loltot - 14481005)

thanks soooooo much for everything

---

→ 22-09-1999 2:28:58 PM (loltot - 14481005)

get me tommorow

---

← 22-09-1999 2:29:07 PM (loltot - 14481005)

i will

---

→ 22-09-1999 2:29:08 PM (loltot - 14481005)

no problem

---

← 22-09-1999 2:29:24 PM (loltot - 14481005)

you really are the best

---

← 23-09-1999 10:09:44 AM (loltot - 14481005)

good morning

---

→ 23-09-1999 10:10:09 AM (loltot - 14481005)

well hi there

---

← 23-09-1999 10:11:48 AM (loltot - 14481005)

I should be working, but instead I am going thru the NG's looking for something to give back to you.....after yesterday I feel so inadequate....there is no way i could give you anything that comes close to what you gave me yesterday

---

→ 23-09-1999 10:13:00 AM (loltot - 14481005)

not necessery

---

← 23-09-1999 10:13:51 AM (loltot - 14481005)

that last file you sent was amazing (I don't have to tell you that). I wonder if he has some like that of Christina?

---

← 23-09-1999 10:18:35 AM (loltot - 14481005)

I am curious if he sends you more and "better" pics of Joy because he knows you like her more, or because he takes more pics of her. If it is the latter, it would support my idea that she is his stepdaughter, and not his real daughter....maybe he feels less guilty about doing things with a step-daughter.......and I wonder just what he really does do with her(them)

---

← 23-09-1999 10:20:27 AM (loltot - 14481005)

those pics of Joy were sooooo awesome, it was the first time in a long time that I have JO'd just to pics......I usually have a pic up and a story from Mr D at the same time.....but that one of Joy spread eagle on the phone was all I needed....GOD I shot the biggest load!

---

→ 23-09-1999 10:24:52 AM (loltot - 14481005)

wish I had

---

→ 23-09-1999 10:25:15 AM (loltot - 14481005)

Joy is his real daughter

---

→ 23-09-1999 10:25:36 AM (loltot - 14481005)

he has told me all about his family

---

← 23-09-1999 10:26:47 AM (loltot - 14481005)

do you feel comfortable telling me about them, or is that private between you and him (I understand if it is)

---

→ 23-09-1999 10:27:28 AM (loltot - 14481005)

not at all

---

← 23-09-1999 10:28:11 AM (loltot - 14481005)

are you busy, or can you open netmeeting so we can "chat"?

---

→ 23-09-1999 10:30:13 AM (loltot - 14481005)

we can do that

---

→ 23-09-1999 10:32:21 AM (loltot - 14481005)

call me

→ 23-09-1999 10:36:39 AM (loltot - 14481005)

not working

← 23-09-1999 10:37:22 AM (loltot - 14481005)

it came thru for a sec, and then vanished, I wonder what has happened to our great netmeeting.

try one more time

← 24-09-1999 11:06:24 AM (loltot - 14481005)

good morning

→ 24-09-1999 11:06:41 AM (loltot - 14481005)

hey there:)

← 24-09-1999 11:06:51 AM (loltot - 14481005)

busy?

→ 24-09-1999 11:07:14 AM (loltot - 14481005)

not to busy

← 24-09-1999 11:08:00 AM (loltot - 14481005)

cool,

i decided to "take a day off", and just enjoy myself today...obviously I was hoping I might see you as part of this day

→ 24-09-1999 11:08:18 AM (loltot - 14481005)

sounds great to me

← 24-09-1999 11:08:19 AM (loltot - 14481005)

I'm hoping I fixed the netmeeting prob....open yours, and we'll try it

→ 24-09-1999 11:08:33 AM (loltot - 14481005)

k

← 24-09-1999 11:10:30 AM (loltot - 14481005)

guess not...try to call me

→ 24-09-1999 11:10:38 AM (loltot - 14481005)

k

→ 24-09-1999 11:24:41 AM (loltot - 14481005)

im back

← 24-09-1999 11:24:53 AM (loltot - 14481005)

me too

← 24-09-1999 11:25:02 AM (loltot - 14481005)

do you have netmeeting open?

→ 24-09-1999 11:25:03 AM (loltot - 14481005)

this sucks

← 24-09-1999 11:25:15 AM (loltot - 14481005)

one more try

→ 24-09-1999 11:25:33 AM (loltot - 14481005)

ok its open

→ 24-09-1999 11:27:29 AM (loltot - 14481005)

what do you think

← 24-09-1999 11:27:45 AM (loltot - 14481005)

do you show us "in a call"?

→ 24-09-1999 11:27:55 AM (loltot - 14481005)

yes

← 24-09-1999 11:28:35 AM (loltot - 14481005)

call me

→ 24-09-1999 11:28:45 AM (loltot - 14481005)

ok

← 24-09-1999 11:29:14 AM (loltot - 14481005)

again

← 24-09-1999 11:48:00 AM (loltot - 14481005)

I'm still here, i think our netmeeting chat got cut-off

→ 24-09-1999 11:48:15 AM (loltot - 14481005)

did you get all the files

← 24-09-1999 12:00:25 PM (loltot - 14481005)

I'll be here whenever you get a break there at work...just call me back again on netmeeting.

what you sent so far is great!  especially 23 (just a hint of panties)

→ 24-09-1999 12:40:21 PM (loltot - 14481005)

Filename: 4 Files
Total size: 0 bytes.
Path:

← 24-09-1999 12:41:49 PM (loltot - 14481005)

im back

← 24-09-1999 12:42:00 PM (loltot - 14481005)

i was outside watering the plants

→ 24-09-1999 12:42:04 PM (loltot - 14481005)

im here

→ 24-09-1999 12:43:36 PM (loltot - 14481005)

i may suddenly disappear

← 24-09-1999 12:44:04 PM (loltot - 14481005)

you want to finish later?

→ 24-09-1999 12:44:25 PM (loltot - 14481005)

no let me send some icq

← 24-09-1999 12:44:43 PM (loltot - 14481005)

ok

→ 24-09-1999 12:45:02 PM (loltot - 14481005)

hold on

← 24-09-1999 12:45:14 PM (loltot - 14481005)

just send a bunch at once, and I will finish my watering

→ 24-09-1999 12:45:50 PM (loltot - 14481005)

Filename: 6 Files
Total size: 1735289202 bytes.
Path:

← 24-09-1999 12:49:17 PM (loltot - 14481005)

since you are the nursery expert, i have a question for you:

I have orange Marigolds planted in the beds in front of our house....they have grown "over" the beds, and i was wondering if i cut them back, will the flowers grow back, or will I be in effect, killing them??

→ 24-09-1999 12:49:40 PM (loltot - 14481005)

you can cut them wayyy back, if you in tx

← 24-09-1999 12:50:11 PM (loltot - 14481005)

yes, i live in Houston

→ 24-09-1999 12:50:35 PM (loltot - 14481005)

should be fine to cut them hard then

← 24-09-1999 12:51:08 PM (loltot - 14481005)

thanks

← 24-09-1999 12:51:23 PM (loltot - 14481005)

BRB

→ 24-09-1999 12:57:46 PM (loltot - 14481005)

Filename: emma_colage01.JPG.$#!
Total size: 1852402531 bytes.
Path:

→ 24-09-1999 12:58:32 PM (loltot - 14481005)

this collage Lloyd made

← 24-09-1999 1:02:04 PM (loltot - 14481005)

I'm back

→ 24-09-1999 1:02:34 PM (loltot - 14481005)

good

← 24-09-1999 1:03:25 PM (loltot - 14481005)

bathtub stuff in NICE!!!

← 24-09-1999 1:04:36 PM (loltot - 14481005)

R0100034  AND 36 don't work

→ 24-09-1999 1:05:33 PM (loltot - 14481005)

I have a collage that Lloyd did of emma , want it?

→ 24-09-1999 1:05:43 PM (loltot - 14481005)

Ill resend

← 24-09-1999 1:05:45 PM (loltot - 14481005)

YES!

← 24-09-1999 1:07:00 PM (loltot - 14481005)

GOD  I'd like to be in that bathtub with her!

← 24-09-1999 1:07:12 PM (loltot - 14481005)

tell her i need to wash her real good

← 24-09-1999 1:07:24 PM (loltot - 14481005)

rub that slippery, bald pussy

← 24-09-1999 1:07:40 PM (loltot - 14481005)

slide my finger up and down her little pussy lips

← 24-09-1999 1:07:59 PM (loltot - 14481005)

let one slip inside.....see how far i can push it into her little cunt!

→ 24-09-1999 1:08:13 PM (loltot - 14481005)

hold on

→ 24-09-1999 1:13:08 PM (loltot - 14481005)

Filename: emma_colage01.JPG.$#!
Total size: 1124084224 bytes.
Path:

l2 11:04:11 PM

so he DOES

→ 24-09-1999 1:13:55 PM (loltot - 14481005)

this will kill you

→ 24-09-1999 1:14:08 PM (loltot - 14481005)

what?

← 24-09-1999 1:14:08 PM (loltot - 14481005)

so he DOES like Emma, huh?

→ 24-09-1999 1:14:23 PM (loltot - 14481005)

yes

← 24-09-1999 1:14:34 PM (loltot - 14481005)

i hit send too quick

→ 24-09-1999 1:14:55 PM (loltot - 14481005)

nice knowing you

← 24-09-1999 1:15:53 PM (loltot - 14481005)

OH MY GOD!!!

WHAT WORD IS STRONGER THAN THANKS?

→ 24-09-1999 1:16:19 PM (loltot - 14481005)

i knew yould like that

→ 24-09-1999 1:17:01 PM (loltot - 14481005)


Filename: 6869b.GIF.$#!
Total size: 1864394093 bytes.
Path:

← 24-09-1999 1:17:11 PM (loltot - 14481005)

and obviously there are more "good" pics you havent' sent me of Emma

→ 24-09-1999 1:17:12 PM (loltot - 14481005)

open this in a browser

→ 24-09-1999 1:17:20 PM (loltot - 14481005)

yes

→ 24-09-1999 1:17:34 PM (loltot - 14481005)

we have only just started:)

← 24-09-1999 1:18:10 PM (loltot - 14481005)

the one of her bending over is almost more than I can handle  :)

→ 24-09-1999 1:18:48 PM (loltot - 14481005)

youll like the animated then

← 24-09-1999 1:19:45 PM (loltot - 14481005)

WOW

← 24-09-1999 1:19:57 PM (loltot - 14481005)

you say open it in a browser?

→ 24-09-1999 1:20:09 PM (loltot - 14481005)

yes

← 24-09-1999 1:21:26 PM (loltot - 14481005)

compupic can open it too!

that is awesome!

more please (as I grovel at your feet)

→ 🗎 24-09-1999 1:21:43 PM (loltot - 14481005)

im working on it

← 🗎 24-09-1999 1:22:23 PM (loltot - 14481005)

as if I could get any harder

→ 🗎 24-09-1999 1:22:54 PM (loltot - 14481005)

luckyb you

← 🗎 24-09-1999 1:23:13 PM (loltot - 14481005)

when are you home again during the week, or at least home early?

→ 🗎 24-09-1999 1:23:23 PM (loltot - 14481005)

i dont know yet

→ 🗎 24-09-1999 1:23:43 PM (loltot - 14481005)


Filename: R0100031.jpg.$#!
Total size: 544039282 bytes.
Path:

→ 🗎 24-09-1999 1:26:48 PM (loltot - 14481005)


Filename: 4 Files
Total size: 65451008 bytes.
Path:

← 🗎 24-09-1999 1:27:45 PM (loltot - 14481005)

GOD Emma is absolutely the most beautiful little girl!

← 🗎 24-09-1999 1:28:23 PM (loltot - 14481005)

would you like to see me give her a bath?

← 🗎 24-09-1999 1:31:55 PM (loltot - 14481005)

in the collage, the top picture with the lollipop is so great....her little mouth is stretched way open, just imagine that was my cock instead of the lollipop.  You could watch as your little girl sucked the head of my dick into her mouth, stretching her tiny mouth open just like that

→ 🗎 24-09-1999 1:32:39 PM (loltot - 14481005)

mmm

← 🗎 24-09-1999 1:33:19 PM (loltot - 14481005)

would you like to watch as your little 5yr old daughter started licking my cock?

→ 🗎 24-09-1999 1:34:16 PM (loltot - 14481005)

of course

→ 🗎 24-09-1999 1:34:50 PM (loltot - 14481005)

gotta log off a w

← 🗎 28-09-1999 4:00:59 PM (loltot - 14481005)

loltot


loltot@hushmail.com
0

← 🗎 28-09-1999 4:01:36 PM (loltot - 14481005)

hey

→ 🗎 28-09-1999 4:05:22 PM (loltot - 14481005)

hello

← 🗎 28-09-1999 4:06:21 PM (loltot - 14481005)

i am on my laptop at the moment...i see you also wanted my authorization for your laptop...is it new, or have you always had it.

also:  did you get that new hard drive yet?

J2 11:04:12 P

68

ICQ data v9.0.icg

→ 28-09-1999 4:07:01 PM (loltot - 14481005)

15 gig

→ 28-09-1999 4:07:33 PM (loltot - 14481005)

its couple yrs old but i have never put icq on it, small hard drive

← 28-09-1999 4:07:43 PM (loltot - 14481005)

how was your weekend?

any new e-mail from lloyd?

→ 28-09-1999 4:08:09 PM (loltot - 14481005)

not yet, my weekend was fun. Nothing to exciting

← 28-09-1999 4:10:22 PM (loltot - 14481005)

i spent about 1.5 hrs yesterday on the web and NG's....got some stuff you may have never seen, and may like. You have time today, or you want to wait till tomorrow or Thur?

← 28-09-1999 4:11:48 PM (loltot - 14481005)

I'm sure you are going home soon

→ 28-09-1999 4:18:03 PM (loltot - 14481005)

yes i am

← 28-09-1999 4:18:53 PM (loltot - 14481005)

ok, well maybe we can catch up tomorrow....I am dying to see more of those Emma pics  :)

→ 28-09-1999 4:19:42 PM (loltot - 14481005)

well I have a whole bunch

→ 28-09-1999 4:20:12 PM (loltot - 14481005)

I still need you to help me set up Earthlink on my home computer

← 28-09-1999 4:20:20 PM (loltot - 14481005)

I know, thats what makes me so anxious....the wondering....the waiting  :)

← 28-09-1999 4:20:42 PM (loltot - 14481005)

did you try what I said before?

→ 28-09-1999 4:20:51 PM (loltot - 14481005)

It will be worth waiting fo you know that

→ 28-09-1999 4:21:53 PM (loltot - 14481005)

yes

→ 28-09-1999 4:22:31 PM (loltot - 14481005)

you have to talk me through it when im there

← 28-09-1999 4:22:31 PM (loltot - 14481005)

so when you try to connect, exactly what happens?

→ 28-09-1999 4:22:59 PM (loltot - 14481005)

wont even recognise the modem

→ 28-09-1999 4:23:10 PM (loltot - 14481005)

when im in set up

→ 28-09-1999 4:23:20 PM (loltot - 14481005)

yet it works fine with AOL

← 28-09-1999 4:26:03 PM (loltot - 14481005)

aol may be "hogging" the modem....

try calling earthlink's toll free #  800-890-5128

they are very good at solving problems.

If they can't get you running, I would be glad to help you.

69

→ 🗎 28-09-1999 4:27:54 PM (loltot - 14481005)

thanks i will maybe have to take you up on it
................................................................
← 🗎 28-09-1999 4:28:57 PM (loltot - 14481005)

but if you can't get online, how will you contact me?
................................................................
→ 🗎 28-09-1999 4:29:19 PM (loltot - 14481005)

i can get online on the laptop
................................................................
→ 🖫 28-09-1999 4:29:30 PM (loltot - 14481005)


Filename: R0100047.jpg.$#!
Total size: 1493173503 bytes.
Path:
................................................................
← 🗎 28-09-1999 4:30:11 PM (loltot - 14481005)

hang on, let me change pc's
................................................................
← 🗎 28-09-1999 4:32:20 PM (loltot - 14481005)

ok, i'm ready....more than ready!
................................................................
→ 🖫 28-09-1999 4:33:41 PM (loltot - 14481005)


Filename: R0100047.jpg.$#!
Total size: 294967295 bytes.
Path:
................................................................
→ 🗎 28-09-1999 4:33:55 PM (loltot - 14481005)

not sure where i am up to
................................................................
← 🗎 28-09-1999 4:34:52 PM (loltot - 14481005)

last one i got was thru 49
................................................................
← 🗎 28-09-1999 4:35:09 PM (loltot - 14481005)

but 36 had come thru corrupt
................................................................
← 🖫 28-09-1999 4:36:38 PM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\loltot
................................................................
← 🗎 28-09-1999 4:37:30 PM (loltot - 14481005)

the sword one is nice
................................................................
→ 🗎 28-09-1999 4:37:55 PM (loltot - 14481005)

hold 2 mins
................................................................
→ 🖫 28-09-1999 4:40:29 PM (loltot - 14481005)


Filename: R0100036.jpg.$#!
Total size: 1701603654 bytes.
Path:
................................................................
← 🗎 28-09-1999 4:41:06 PM (loltot - 14481005)

have you seen Paul Jones' new model, Jenny?
................................................................
→ 🗎 28-09-1999 4:41:10 PM (loltot - 14481005)

hope this 36 works
................................................................
→ 🗎 28-09-1999 4:41:29 PM (loltot - 14481005)

not yet ill check out his site
................................................................
→ 🗎 28-09-1999 4:41:48 PM (loltot - 14481005)

lloyd is getting the cd

Printed on: 03-11-2002 11:04:12 PM

20

she is very cute...very muscular legs

28-09-1999 4:42:09 PM (loltot - 14481005)

nice

28-09-1999 4:42:39 PM (loltot - 14481005)

you never did fill me in on what he told you about his family....I am anxious to hear the details...maybe we will have time

28-09-1999 4:43:30 PM (loltot - 14481005)

36 worked this time....love Emma's bathtime!

28-09-1999 4:43:47 PM (loltot - 14481005)

thought you would

28-09-1999 4:44:02 PM (loltot - 14481005)

Filename: R0100050.jpg.$#!
Total size: 774778414 bytes.
Path:

28-09-1999 4:45:28 PM (loltot - 14481005)

what kind of camera does Lloyd use, his picture quality is really good

28-09-1999 4:46:13 PM (loltot - 14481005)

kodak i believe

28-09-1999 4:46:52 PM (loltot - 14481005)

must have a higher resolution than yours

28-09-1999 4:47:48 PM (loltot - 14481005)

much higher

28-09-1999 4:47:57 PM (loltot - 14481005)

50 is GREAT!

you know how long I've been wanting swimsuit pics!

thanks

28-09-1999 4:48:10 PM (loltot - 14481005)

no prob

28-09-1999 4:49:34 PM (loltot - 14481005)

Filename: R0100051.jpg.$#!
Total size: 1768956020 bytes.
Path:

28-09-1999 4:50:06 PM (loltot - 14481005)

50 really is one of the best pics you have taken of her...I love it!

28-09-1999 4:52:21 PM (loltot - 14481005)

Filename: R0100052.jpg.$#!
Total size: 704643736 bytes.
Path:

28-09-1999 4:52:56 PM (loltot - 14481005)

and 51 is just as good

28-09-1999 4:53:09 PM (loltot - 14481005)

glad you like

28-09-1999 4:53:32 PM (loltot - 14481005)

so if a 2.1 megapixel camera suddenly showed up at your door, you would be happy?

god damn yes

➡ 🖹 28-09-1999 4:53:59 PM (loltot - 14481005)

just imagine

⬅ 🖹 28-09-1999 4:54:09 PM (loltot - 14481005)

how would you explain it to your wife?

➡ 🖹 28-09-1999 4:54:27 PM (loltot - 14481005)

work related

➡ 🖹 28-09-1999 4:54:51 PM (loltot - 14481005)

thats easy

⬅ 🖹 28-09-1999 4:55:39 PM (loltot - 14481005)

oh man.....52!

mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm
mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

➡ 🖹 28-09-1999 4:55:54 PM (loltot - 14481005)

:)

⬅ 🖹 28-09-1999 4:57:34 PM (loltot - 14481005)

I think you and Emma need a new camera for Christmas.....I get generous around the holidays, so you never know!

➡ 🖹 28-09-1999 4:57:46 PM (loltot - 14481005)

:)

➡ 🖹 28-09-1999 4:57:56 PM (loltot - 14481005)

just imagine the pics

➡ 🖬 28-09-1999 4:58:04 PM (loltot - 14481005)


Filename: R0100053.jpg.$#!
Total size: 1852139296 bytes.
Path:

⬅ 🖹 28-09-1999 4:58:05 PM (loltot - 14481005)

I am

⬅ 🖹 28-09-1999 4:58:36 PM (loltot - 14481005)

I'm generous, but I have selfish motives too!

➡ 🖹 28-09-1999 4:59:04 PM (loltot - 14481005)

I cant blame you

➡ 🖹 28-09-1999 4:59:36 PM (loltot - 14481005)

just to remind you that you havent even seen half of the pics yet

⬅ 🖹 28-09-1999 5:00:03 PM (loltot - 14481005)

and since I have no pictures of my own to contribute, I need to contribute somehow.  (not that you have ever asked for
anything from me....and I appreciate that alot)

➡ 🖹 28-09-1999 5:00:20 PM (loltot - 14481005)

its teamwork

⬅ 🖹 28-09-1999 5:01:18 PM (loltot - 14481005)

mmmm

I hope in one of the ones I havent seen she does what I requested with the crotch of that swimsuit :)

➡ 🖹 28-09-1999 5:01:43 PM (loltot - 14481005)

let me check

28-09-1999 5:02:19 PM (loltot - 14481005)

Filename: R0100054.jpg.$#!
Total size: 1914718496 bytes.
Path:

→ 28-09-1999 5:03:36 PM (loltot - 14481005)

im also gonna do more video

← 28-09-1999 5:04:19 PM (loltot - 14481005)

cool,

of course nothing will compare to the "live show" (that is burned in my memory!)

→ 28-09-1999 5:04:49 PM (loltot - 14481005)

well that too will happen

← 28-09-1999 5:05:12 PM (loltot - 14481005)

I can tell from these pics that she takes direction well  :)

→ 28-09-1999 5:05:15 PM (loltot - 14481005)

as I say we are a team

→ 28-09-1999 5:05:40 PM (loltot - 14481005)

Filename: R0100055.jpg.$#!
Total size: 9437184 bytes.
Path:

→ 28-09-1999 5:05:52 PM (loltot - 14481005)

last one for tonight

← 28-09-1999 5:06:22 PM (loltot - 14481005)

more than enough!

wish you could watch me JO to them

→ 28-09-1999 5:06:35 PM (loltot - 14481005)

me too

← 28-09-1999 5:06:45 PM (loltot - 14481005)

of course I still dream of a real "live show"...with me there

→ 28-09-1999 5:06:55 PM (loltot - 14481005)

who knows

← 28-09-1999 5:08:01 PM (loltot - 14481005)

I may have to plan a "business trip" to the Palm Beach area sometime

← 28-09-1999 5:08:35 PM (loltot - 14481005)

of fuck!

you knew that one would do me in!

→ 28-09-1999 5:08:53 PM (loltot - 14481005)

and did it

← 28-09-1999 5:09:22 PM (loltot - 14481005)

oh god, i almost came right now!...i am dripping pre-cum all over the place!

→ 28-09-1999 5:09:38 PM (loltot - 14481005)

great

← 28-09-1999 5:09:42 PM (loltot - 14481005)

THANK YOU,
THANK YOU,
THANK YOU,
THANK YOU

2 11:04:13 PM

→ 🗋 28-09-1999 5:09:58 PM (loltot - 14481005)

shall i continue tommorow then

← 🗋 28-09-1999 5:10:07 PM (loltot - 14481005)

her pussy is more beautiful than even I imagined!

→ 🗋 28-09-1999 5:10:20 PM (loltot - 14481005)

mmmm yes it is

← 🗋 28-09-1999 5:10:25 PM (loltot - 14481005)

i will clear my schedule...what time will you be online?

→ 🗋 28-09-1999 5:10:34 PM (loltot - 14481005)

early i think

→ 🗋 28-09-1999 5:10:49 PM (loltot - 14481005)

i will send them as i can

← 🗋 28-09-1999 5:10:49 PM (loltot - 14481005)

I'll be here...see you then!

→ 🗋 28-09-1999 5:10:56 PM (loltot - 14481005)

bye

← 🗋 28-09-1999 5:11:08 PM (loltot - 14481005)

we really should get netmeeting working again...just to be safer

← 🗋 28-09-1999 5:11:25 PM (loltot - 14481005)

and you should change your password too for the encryption

← 🗋 28-09-1999 5:11:41 PM (loltot - 14481005)

first word you type tomorrow

← 🗋 29-09-1999 8:48:14 AM (loltot - 14481005)

hey

→ 🗋 29-09-1999 8:51:08 AM (loltot - 14481005)

morning

→ 🗋 29-09-1999 8:51:45 AM (loltot - 14481005)

hows it going

← 🗋 29-09-1999 8:53:48 AM (loltot - 14481005)

good, just eating some breakfast

→ 🗋 29-09-1999 8:54:13 AM (loltot - 14481005)

sounds good to me, wish I was

← 🗋 29-09-1999 8:54:42 AM (loltot - 14481005)

having some potato, egg and cheese breakfast tacos

→ 🗋 29-09-1999 8:55:10 AM (loltot - 14481005)

sounds like a Texas breakfast

← 🗋 29-09-1999 8:55:16 AM (loltot - 14481005)

r u at work already?

← 🗋 29-09-1999 8:56:01 AM (loltot - 14481005)

yes, very popular here

→ 🗋 29-09-1999 8:56:41 AM (loltot - 14481005)

im here

→ 🗋 29-09-1999 8:56:54 AM (loltot - 14481005)

just chugging away here

let's try netmeeting again...I would feel so much better if we could get it working....open it, and then let me know you have it open, and I will try to call you

→ 🅑 29-09-1999 8:57:20 AM (loltot - 14481005)

ok

→ 🅑 29-09-1999 8:58:22 AM (loltot - 14481005)

its open

← 🅑 29-09-1999 8:58:58 AM (loltot - 14481005)

still nothing?

→ 🅑 29-09-1999 8:59:07 AM (loltot - 14481005)

no

← 🅑 29-09-1999 9:00:14 AM (loltot - 14481005)

ok, try to call me (secure first)

→ 🅑 29-09-1999 9:00:30 AM (loltot - 14481005)

k

← 🅑 29-09-1999 9:01:28 AM (loltot - 14481005)

I:m getting nothing...try it non-secure

→ 🅑 29-09-1999 9:01:40 AM (loltot - 14481005)

It gave me a message " Netmeeting was unable to place a secure call. The certificate you have chosen may not be usable with Netmeeting"

→ 🅑 29-09-1999 9:01:53 AM (loltot - 14481005)

ok

→ 🅑 29-09-1999 9:31:41 AM (loltot - 14481005)

try again

→ 🅑 29-09-1999 9:31:53 AM (loltot - 14481005)

had to rebbooot

← 🅑 29-09-1999 9:32:37 AM (loltot - 14481005)

just a minute

→ 🅑 29-09-1999 9:32:47 AM (loltot - 14481005)

ok

← 🖫 29-09-1999 9:33:05 AM (loltot - 14481005)


Filename: 4 Files
Total size: 1869762652 bytes.
Path: c:\Program Files\ICQ\Received Files\lol

← 🅑 29-09-1999 9:34:23 AM (loltot - 14481005)

do you remember the first word you typed to me today?

→ 🅑 29-09-1999 9:34:38 AM (loltot - 14481005)

no

← 🅑 29-09-1999 9:35:06 AM (loltot - 14481005)

morning

→ 🅑 29-09-1999 9:35:35 AM (loltot - 14481005)

ohhh yes

← 🖫 29-09-1999 9:35:38 AM (loltot - 14481005)

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 🖹 29-09-1999 9:37:04 AM (loltot - 14481005)

mmm katrina is nice

→ 🖹 29-09-1999 9:37:55 AM (loltot - 14481005)

god they are all nice

← 🖫 29-09-1999 9:38:15 AM (loltot - 14481005)

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 🖹 29-09-1999 9:40:25 AM (loltot - 14481005)

Ive considered joining the TYFLAS site to get more

← 🖫 29-09-1999 9:40:36 AM (loltot - 14481005)

Filename: 3 Files
Total size: 1369762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 🖹 29-09-1999 9:40:41 AM (loltot - 14481005)

sounds like a great idea

← 🖹 29-09-1999 9:40:47 AM (loltot - 14481005)

now a few "collages"

→ 🖹 29-09-1999 9:41:38 AM (loltot - 14481005)

Ive always been tempted by that site

← 🖫 29-09-1999 9:43:14 AM (loltot - 14481005)

Filename: 6 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 🖹 29-09-1999 9:47:16 AM (loltot - 14481005)

i wasnt sure if you got around to Paul Jones web site for this new cutie

→ 🖹 29-09-1999 9:49:16 AM (loltot - 14481005)

no i hadnt

← 🖹 29-09-1999 9:49:41 AM (loltot - 14481005)

she is yummy!....very muscular legs

→ 🖹 29-09-1999 9:50:58 AM (loltot - 14481005)

i see how you mean

← 🖹 29-09-1999 9:51:50 AM (loltot - 14481005)

Im on the phone with Microsoft right now, trying to figure this netmeeeting problem out

→ 🖹 29-09-1999 9:52:04 AM (loltot - 14481005)

good man

← 🖹 29-09-1999 9:52:27 AM (loltot - 14481005)

I'm saving the best pics for last (none can compare to what you gave me lately though)

→ 🖹 29-09-1999 9:52:42 AM (loltot - 14481005)

just tell them if they cant fix it you may have to remove Bills testicles

➡ 📄 29-09-1999 9:52:54 AM (loltot - 14481005)

great

➡ 📄 29-09-1999 9:53:02 AM (loltot - 14481005)

ive lots more

⬅ 💾 29-09-1999 9:53:34 AM (loltot - 14481005)


Filename: 7 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

⬅ 📄 29-09-1999 9:54:10 AM (loltot - 14481005)

I get hard just thinking about what is still to come

⬅ 📄 29-09-1999 9:54:34 AM (loltot - 14481005)

these are a few of a "little older" girls

⬅ 💾 29-09-1999 9:56:15 AM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➡ 📄 29-09-1999 9:57:42 AM (loltot - 14481005)

gmbear is great

⬅ 📄 29-09-1999 9:57:43 AM (loltot - 14481005)

question (if you don't mind answering):

those awesome pics you sent yesterday, she was looking away from the camera in all of them...did you have the camera set up to the side, while you were in front?

➡ 📄 29-09-1999 9:57:58 AM (loltot - 14481005)

she was watching tv

⬅ 📄 29-09-1999 9:58:13 AM (loltot - 14481005)

ok

➡ 📄 29-09-1999 9:58:15 AM (loltot - 14481005)

Nickelodeon, typical kid

⬅ 📄 29-09-1999 9:59:18 AM (loltot - 14481005)

l;ll BRB...microsoft help

➡ 📄 29-09-1999 9:59:28 AM (loltot - 14481005)

ok

⬅ 📄 29-09-1999 10:04:30 AM (loltot - 14481005)

hang on, open netmeetin, and let me know when yiou have it open

➡ 📄 29-09-1999 10:04:41 AM (loltot - 14481005)

k

➡ 📄 29-09-1999 10:05:08 AM (loltot - 14481005)

open

⬅ 📄 29-09-1999 10:07:22 AM (loltot - 14481005)

do you have netmeeting open?

➡ 📄 29-09-1999 10:08:02 AM (loltot - 14481005)

yes

⬅ 📄 29-09-1999 10:08:53 AM (loltot - 14481005)

call me

⬅ 📄 29-09-1999 10:09:46 AM (loltot - 14481005)

r u calling me?

trying

→ 29-09-1999 10:10:27 AM (loltot - 14481005)

says you are not accepting

← 29-09-1999 10:10:47 AM (loltot - 14481005)

ok, see you in a few minutes

← 29-09-1999 10:15:00 AM (loltot - 14481005)

let me know when you re-boot

← 29-09-1999 10:20:55 AM (loltot - 14481005)

is netmeeting open?

→ 29-09-1999 10:21:06 AM (loltot - 14481005)

hold

→ 29-09-1999 10:21:22 AM (loltot - 14481005)

open

← 29-09-1999 10:22:58 AM (loltot - 14481005)

anything coming thru?

→ 29-09-1999 10:23:08 AM (loltot - 14481005)

nope

← 29-09-1999 10:23:21 AM (loltot - 14481005)

try to call me secure

→ 29-09-1999 10:23:32 AM (loltot - 14481005)

k

→ 29-09-1999 10:23:52 AM (loltot - 14481005)

same message

← 29-09-1999 10:24:05 AM (loltot - 14481005)

what is the message?

→ 29-09-1999 10:24:27 AM (loltot - 14481005)

the one about the certificate

← 29-09-1999 10:24:43 AM (loltot - 14481005)

i need to know exactly what it says

← 29-09-1999 10:26:10 AM (loltot - 14481005)

i saw a call request for one second, and then it was gone

→ 29-09-1999 10:26:22 AM (loltot - 14481005)

netmeeting was unable to place a secure call. The certificaste you have chosen may not be usable with Netmeeting

→ 29-09-1999 10:26:34 AM (loltot - 14481005)

that was an error

→ 29-09-1999 10:26:46 AM (loltot - 14481005)

i was trying to get the message again

← 29-09-1999 10:26:50 AM (loltot - 14481005)

ok,

→ 🗎 29-09-1999 10:29:44 AM (loltot - 14481005)

she recommends that you try what I did:

uninstall netmeeting (through START, SETTINGS, CONTROL PANEL, ADD REMOVE PROGRAMS)

and then also remove the netmeeting folder itself from your C drive.

then d/l and reinstall netmeeting.

I know you prob can't do all this now, but whenever you do get a break, try that, and then if we still have problems, I am to call her back

----

→ 🗎 29-09-1999 10:30:52 AM (loltot - 14481005)

are we secure??

........

← 🗎 29-09-1999 10:31:27 AM (loltot - 14481005)

no, and i still don't get a "complete call"...

call me..unsecure I guess

........

→ 🗎 29-09-1999 10:31:42 AM (loltot - 14481005)

Im gonna un insatll

........

← 🗎 29-09-1999 10:31:53 AM (loltot - 14481005)

ok

........

→ 🗎 29-09-1999 10:31:55 AM (loltot - 14481005)

un install

........

→ 🗎 29-09-1999 10:33:28 AM (loltot - 14481005)

its gone

........

← 🗎 29-09-1999 10:33:46 AM (loltot - 14481005)

also delete the netmeeting folder

........

→ 🗎 29-09-1999 10:33:58 AM (loltot - 14481005)

i did

........

← 🗎 29-09-1999 10:34:03 AM (loltot - 14481005)

you have to find it on your hard drive and then send it to the trash

........

← 🗎 29-09-1999 10:34:23 AM (loltot - 14481005)

now you will have to download from microsoft, and re-install

........

→ 🗎 29-09-1999 10:36:04 AM (loltot - 14481005)

downloading

........

→ 🗎 29-09-1999 10:36:17 AM (loltot - 14481005)

10 mins left

........

→ 🗎 29-09-1999 10:36:25 AM (loltot - 14481005)

speedy huh

........

← 🗎 29-09-1999 10:36:36 AM (loltot - 14481005)

:)

........

→ 🗎 29-09-1999 10:36:52 AM (loltot - 14481005)

how long did it take on yours?

........

← 🗎 29-09-1999 10:37:08 AM (loltot - 14481005)

about 45 secs

........

→ 🗎 29-09-1999 10:37:15 AM (loltot - 14481005)

damn

........

→ 🗎 29-09-1999 10:37:26 AM (loltot - 14481005)

what connection do you have

........

← 🗎 29-09-1999 10:37:38 AM (loltot - 14481005)

ADSL

➡ 🗎 29-09-1999 10:38:11 AM (loltot - 14481005)

I was trying to get dsl for the office but its not available here
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:39:27 AM (loltot - 14481005)

yeah, it will be a while before it is available everywhere.  If you are not in a real urban area, you are too far from the relays
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:40:01 AM (loltot - 14481005)

we are out in the backwoods at the office
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:40:18 AM (loltot - 14481005)

we have no high speed option except sattelite
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:42:53 AM (loltot - 14481005)

have to reboot
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:43:00 AM (loltot - 14481005)

ok
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:55:09 AM (loltot - 14481005)

how's the dl?
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:55:31 AM (loltot - 14481005)

oops i guess its done:)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:56:05 AM (loltot - 14481005)

reinstall, and lets give it a try....crossing my fingers
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:56:20 AM (loltot - 14481005)

hmm its asking for a disk
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:57:12 AM (loltot - 14481005)

its asling for a netmeeting disk?
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:57:50 AM (loltot - 14481005)

yes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:58:27 AM (loltot - 14481005)

the file you should be clicking on is called NM30.exe
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 10:58:43 AM (loltot - 14481005)

i am
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 10:59:48 AM (loltot - 14481005)

doesn't make any sense
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 11:00:06 AM (loltot - 14481005)

i know
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 11:00:43 AM (loltot - 14481005)

I guess we are not meant to get netmeeting working !
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 11:00:48 AM (loltot - 14481005)

i start the install and after asking where to install
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 11:01:40 AM (loltot - 14481005)

it says the disk labelled netmeeting files is required.
the disk is provided by your computer manufacturer
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
⬅ 🗎 29-09-1999 11:02:39 AM (loltot - 14481005)

it probably wants the windows CD, but that is strange
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
➡ 🗎 29-09-1999 11:03:06 AM (loltot - 14481005)

ill put it in



← 🖫 29-09-1999 11:05:54 AM (loltot - 14481005)

Filename: 5 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➜ 🖹 29-09-1999 11:09:06 AM (loltot - 14481005)

i have it installed but i seem to need to reboot

➜ 🖹 29-09-1999 11:09:21 AM (loltot - 14481005)

ill do it when thiss dl is done

← 🖹 29-09-1999 11:09:34 AM (loltot - 14481005)

ok, wait for these files to finish

➜ 🖹 29-09-1999 11:19:25 AM (loltot - 14481005)

im ready

➜ 🖹 29-09-1999 11:19:52 AM (loltot - 14481005)

netmeeting is open

➜ 🖹 30-09-1999 10:42:44 AM (loltot - 14481005)

hope to see you on line this afternoon

➜ 🖹 05-10-1999 4:00:27 PM (loltot - 14481005)

where are you

➜ 🖹 06-10-1999 10:27:04 AM (loltot - 14481005)

where are you (version 2)

➜ 🖹 06-10-1999 11:37:45 AM (loltot - 14481005)

where are you (version 2.01 beta)

← 🖹 06-10-1999 2:29:00 PM (loltot - 14481005)

Hey,

sorry I was out of town Mon - Wed on business. Only got on-line briefly to check e-mails and stuff. I am back now (Wed, 3:30 your time), and should be around most of Thur and/or Friday.

I can't wait to talk to you and see how the weekend went. (Hoping you were a busy photographer).

← 🖹 06-10-1999 3:01:00 PM (loltot - 14481005)

well, it's about 4:10 your time...gotta run out...I will look for you in the morning.

← 🖹 07-10-1999 10:02:47 AM (loltot - 14481005)

hey

← 🖹 07-10-1999 11:02:20 AM (loltot - 14481005)

good morning

➜ 🖹 07-10-1999 11:03:19 AM (loltot - 14481005)

hello

← 🖹 07-10-1999 11:03:51 AM (loltot - 14481005)

It seems like forever since we last spoke. How is everything?

← 🖹 07-10-1999 11:04:16 AM (loltot - 14481005)

I found some new pics this morning that Lloyd will like....all foot pics

➜ 🖹 07-10-1999 11:04:23 AM (loltot - 14481005)

great, hows it with you

➜ 🖹 07-10-1999 11:04:41 AM (loltot - 14481005)

wow

← 🖹 07-10-1999 11:05:05 AM (loltot - 14481005)

12 11:04:14 PM

I am glad to be home after being out of town for 3 days.....and I very glad to get to talk to you again...I was going thru "withdrawals"  :)

← 📄 07-10-1999 11:05:23 AM (loltot - 14481005)

have you heard from Boyd lately?

→ 📄 07-10-1999 11:05:47 AM (loltot - 14481005)

yes he sent me some neat stuff

→ 📄 07-10-1999 11:05:54 AM (loltot - 14481005)

wavs

← 📄 07-10-1999 11:06:23 AM (loltot - 14481005)

cool!

so do you have time today to do a netmeeting?

→ 📄 07-10-1999 11:06:39 AM (loltot - 14481005)

I havent taken any new stuff, but i still have a whole bunch for you

→ 📄 07-10-1999 11:06:47 AM (loltot - 14481005)

sure

← 📄 07-10-1999 11:07:07 AM (loltot - 14481005)

ok, lets open netmeeting then

→ 📄 07-10-1999 11:07:35 AM (loltot - 14481005)

open

→ 📄 07-10-1999 11:08:28 AM (loltot - 14481005)

try again

→ 📄 08-10-1999 8:46:25 AM (loltot - 14481005)

good morning

← 📄 08-10-1999 10:37:14 AM (loltot - 14481005)

hey

← 📄 12-10-1999 8:39:00 AM (loltot - 14481005)

where are you?

← 📄 12-10-1999 12:30:46 PM (loltot - 14481005)

hey there!

→ 📄 12-10-1999 12:31:16 PM (loltot - 14481005)

good morning

← 📄 12-10-1999 12:31:41 PM (loltot - 14481005)

how was your weekend?

→ 📄 12-10-1999 12:32:00 PM (loltot - 14481005)

ok nothing exciting

← 📄 12-10-1999 12:32:28 PM (loltot - 14481005)

same here

→ 📄 12-10-1999 12:32:57 PM (loltot - 14481005)

going to sea world this weekend

← 📄 12-10-1999 12:33:49 PM (loltot - 14481005)

that will be fun!  Plus you can take Emma to the "splash area" and you will get to see lots of little cuties in their wet swimsuits running around  :)

→ 📄 12-10-1999 12:34:07 PM (loltot - 14481005)

exactly:)

← 📄 12-10-1999 12:34:58 PM (loltot - 14481005)

I'm sure you will bring your camera too  :)

→ 📄 12-10-1999 12:35:19 PM (loltot - 14481005)

of course

Case 1:02-cr-05301-DAD   Document 494   Filed 04/03/06   Page 83 of 122

82

**12-10-1999 12:37:31 PM (loltot - 14481005)**

I got to spend about 1hr with a little 7yr old that lives down the street named Lindsey on Saturday.

**12-10-1999 12:38:06 PM (loltot - 14481005)**

several times I got pretty good crotch shots

**12-10-1999 12:38:24 PM (loltot - 14481005)**

good for you:)

**12-10-1999 12:39:08 PM (loltot - 14481005)**

I guess I need to buy 2 new digital cameras....one for me, and one for you  :)

**12-10-1999 12:39:47 PM (loltot - 14481005)**

sounds expensive to me

**12-10-1999 12:40:48 PM (loltot - 14481005)**

true.

I think yours would provide more pics anyway...I can get my own later.

**12-10-1999 12:41:07 PM (loltot - 14481005)**

i do try to take lots

**12-10-1999 12:41:21 PM (loltot - 14481005)**

this weekend should be goood

**12-10-1999 12:42:06 PM (loltot - 14481005)**

Yes, I will be looking forward to next week.....my favorite girl in her swimsuit, plus other cuties we don't even know!

**12-10-1999 12:42:34 PM (loltot - 14481005)**

im looking forward to that

**12-10-1999 12:45:28 PM (loltot - 14481005)**

Friday you said Lloyd had sent you a few new things....do you have time to send them to me today?

**12-10-1999 12:46:10 PM (loltot - 14481005)**

yes i think so, give me about 10 mins, im printing my expense reports

**12-10-1999 12:46:38 PM (loltot - 14481005)**

ok, i'm working on a web site now too, just message me when you get done, and we can open netmeeting

**12-10-1999 12:46:47 PM (loltot - 14481005)**

ok

**12-10-1999 1:02:27 PM (loltot - 14481005)**

lets open this netmeeting up

**12-10-1999 1:02:40 PM (loltot - 14481005)**

k

**14-10-1999 12:13:23 PM (loltot - 14481005)**

good morning (or afternoon in your case)

**14-10-1999 12:32:35 PM (loltot - 14481005)**

hello

**14-10-1999 12:33:25 PM (loltot - 14481005)**

hi

**14-10-1999 12:33:44 PM (loltot - 14481005)**

how are you

**14-10-1999 12:34:23 PM (loltot - 14481005)**

any more of that chelsea story on mr double?

**14-10-1999 12:34:49 PM (loltot - 14481005)**

I like that one too, hang on, let me see

➡ 🖹 14-10-1999 12:35:16 PM (loltot - 14481005)

might turn into a good one

⬅ 🖹 14-10-1999 12:42:04 PM (loltot - 14481005)

nope, no new chapters yet, but here are a couple other stories that sound interesting.

➡ 🖹 14-10-1999 12:42:12 PM (loltot - 14481005)

cool

⬅ 💾 14-10-1999 12:42:30 PM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

⬅ 🖹 14-10-1999 12:43:02 PM (loltot - 14481005)

so last night I got to see little Lindsey again

➡ 🖹 14-10-1999 12:43:03 PM (loltot - 14481005)

thanks

➡ 🖹 14-10-1999 12:43:15 PM (loltot - 14481005)

and???

⬅ 🖹 14-10-1999 12:44:46 PM (loltot - 14481005)

it's unseasonally hot here right now, so the mosquitos are out in full force.  I had some "Off" spray, and I asked her if she wanted some. I bent right down in front of her, my eyes were right even with her little crotch, but her t-shirt was in the way. I told her "lift up your shirt so I can spray your legs"....God I was turned on!

⬅ 🖹 14-10-1999 12:45:23 PM (loltot - 14481005)

then her mom came outside, so I casually left ..she is sooo cute!

➡ 🖹 14-10-1999 12:45:36 PM (loltot - 14481005)

be careful but enjoy

⬅ 🖹 14-10-1999 12:46:23 PM (loltot - 14481005)

I'm always careful.  I would never actually "cross the line", but I just like talking with her and looking at her.

➡ 🖹 14-10-1999 12:46:56 PM (loltot - 14481005)

understood

⬅ 🖹 14-10-1999 12:47:26 PM (loltot - 14481005)

that's really my attitude about this whole obsession....I don't think I would ever actually "do anything", I just love to look, and of course JO.

Now if I could combine the 2...actually get to look while I JO that I would definitely do!

➡ 🖹 14-10-1999 12:48:09 PM (loltot - 14481005)

me too in a heartbet

⬅ 🖹 14-10-1999 12:48:58 PM (loltot - 14481005)

thats why the week you were on vacation was so awesome for me...the closest I will probably ever get to the "rreal thing"

➡ 🖹 14-10-1999 12:49:54 PM (loltot - 14481005)

kinda fun huh

⬅ 🖹 14-10-1999 12:50:40 PM (loltot - 14481005)

that was better than any story or jpg ever!

I look forward to the next time I get to do it again

➡ 🖹 14-10-1999 12:50:50 PM (loltot - 14481005)

maybe one day ill fill a zip with video for you

➡ 🖹 14-10-1999 12:51:20 PM (loltot - 14481005)

that might keep you going

⬅ 🖹 14-10-1999 12:51:32 PM (loltot - 14481005)

:)

➜ 🖹 14-10-1999 12:51:48 PM (loltot - 14481005)

thats easy to organise

⬅ 🖹 14-10-1999 12:52:47 PM (loltot - 14481005)

cool!

I bet you are getting excited aboiut your weekend coming up!

➜ 🖹 14-10-1999 12:52:58 PM (loltot - 14481005)

sure am

⬅ 🖹 14-10-1999 12:55:59 PM (loltot - 14481005)

lots of little cuties running around in their swimsuits, loose tank top t-shirts...yummy!

➜ 🖹 14-10-1999 12:56:10 PM (loltot - 14481005)

ill be one horny guy this weekend

➜ 🖹 14-10-1999 12:56:37 PM (loltot - 14481005)

hope this storm doesnt affect it too much

⬅ 🖹 14-10-1999 12:57:03 PM (loltot - 14481005)

oh, i forgot about that..does it look like it is headed your way?

➜ 🖹 14-10-1999 12:57:58 PM (loltot - 14481005)

it is so far

➜ 🖹 14-10-1999 12:58:15 PM (loltot - 14481005)

its pouring with rain here

⬅ 🖹 14-10-1999 12:58:21 PM (loltot - 14481005)

never mind, i just looked on weather.com...the storm is already there!

➜ 🖹 14-10-1999 12:58:34 PM (loltot - 14481005)

yes really

⬅ 🖹 14-10-1999 12:58:51 PM (loltot - 14481005)

but it will probably be gone by Saturday

➜ 🖹 14-10-1999 12:59:02 PM (loltot - 14481005)

hope so

⬅ 🖹 14-10-1999 12:59:44 PM (loltot - 14481005)

wow, the satellite picture is serious!

looks like a nasty one...hope it doesnt turn and head our way

➜ 🖹 14-10-1999 1:00:07 PM (loltot - 14481005)

pain in the ass isnt it

➜ 🖹 14-10-1999 1:00:26 PM (loltot - 14481005)

i may head home soon and do some work there

⬅ 🖹 14-10-1999 1:01:03 PM (loltot - 14481005)

that would be cool, i have no appointments today...maybe we can "play" a little too

➜ 🖹 14-10-1999 1:01:33 PM (loltot - 14481005)

yep

⬅ 🖹 14-10-1999 1:02:03 PM (loltot - 14481005)

well, i'm gonna run get some lunch...I'll see you when i get back!

➜ 🖹 14-10-1999 1:02:33 PM (loltot - 14481005)

ill be here

⬅ 🖹 14-10-1999 1:02:56 PM (loltot - 14481005)

if you go home, what time do you think you will be there?



14-10-1999 1:03:07 PM (loltot - 14481005)

maybe 3

14-10-1999 1:04:00 PM (loltot - 14481005)

ok, that would be 2:00 here, that would give me 1.5hrs till my wife gets home (she leaves early today)

14-10-1999 1:04:30 PM (loltot - 14481005)

see you in an hour or so

14-10-1999 1:04:30 PM (loltot - 14481005)

ok

14-10-1999 4:08:07 PM (loltot - 14481005)

hey

14-10-1999 4:08:47 PM (loltot - 14481005)

hi guess where i am

14-10-1999 4:09:18 PM (loltot - 14481005)

home?

14-10-1999 4:09:23 PM (loltot - 14481005)

still at the office

14-10-1999 4:09:32 PM (loltot - 14481005)

:(

14-10-1999 4:09:38 PM (loltot - 14481005)

bummer (for you)

14-10-1999 4:09:56 PM (loltot - 14481005)

yes really, horny as hell too

14-10-1999 4:10:02 PM (loltot - 14481005)

I am in the DoubleChat room (long time since I've checked it out)

14-10-1999 4:10:25 PM (loltot - 14481005)

wow havent been in there for ever

14-10-1999 4:10:33 PM (loltot - 14481005)

for a sec I thought you were going to tell me you were at home.....with Emma!  (wishful thinking on my part)

14-10-1999 4:10:37 PM (loltot - 14481005)

forgot how

14-10-1999 4:11:00 PM (loltot - 14481005)

you just add the room like a regular ICQ person, and then select chat

14-10-1999 4:11:54 PM (loltot - 14481005)

whats the #

14-10-1999 4:12:05 PM (loltot - 14481005)

11849575

14-10-1999 4:12:23 PM (loltot - 14481005)

that's where we met each other, remember?

14-10-1999 4:12:48 PM (loltot - 14481005)

yes

14-10-1999 4:13:14 PM (loltot - 14481005)

but remember my motto....."don't trust anyone"

14-10-1999 4:14:04 PM (loltot - 14481005)

ok i have doublechat but how do i get in

14-10-1999 4:14:26 PM (loltot - 14481005)

click on the name, and select ICQ Chat

← 14-10-1999 4:20:40 PM (loltot - 14481005)

typical....not exciting conversations in here

← 14-10-1999 4:22:57 PM (loltot - 14481005)

I've got Joy's "phone pics" up on my screen as we speak

← 14-10-1999 4:23:13 PM (loltot - 14481005)

God I want to suck that cunt!

→ 14-10-1999 4:23:35 PM (loltot - 14481005)

i cant blame you

→ 14-10-1999 4:23:52 PM (loltot - 14481005)

you should play some wavs

← 14-10-1999 4:24:17 PM (loltot - 14481005)

good idea

I need to JO quick before my wife gets home

→ 14-10-1999 4:24:27 PM (loltot - 14481005)

nice

→ 14-10-1999 4:25:39 PM (loltot - 14481005)

just imagine being with her

← 14-10-1999 4:26:00 PM (loltot - 14481005)

I am stroking right now!

→ 14-10-1999 4:28:30 PM (loltot - 14481005)

she is so tight

← 14-10-1999 4:29:01 PM (loltot - 14481005)

mmmmmmmmmmmm

→ 14-10-1999 4:29:17 PM (loltot - 14481005)

are you gonna cum in her or on her

← 14-10-1999 4:30:22 PM (loltot - 14481005)

both.... i wiill shhot in her, and then pull out and let it drip all over her

→ 14-10-1999 4:30:45 PM (loltot - 14481005)

that would look good

← 14-10-1999 4:31:42 PM (loltot - 14481005)

wouldnt you like to see that......

and then u could suck my cum out of her cunt!

→ 14-10-1999 4:32:12 PM (loltot - 14481005)

very much so

← 14-10-1999 4:34:40 PM (loltot - 14481005)

you missed a good one

← 14-10-1999 4:34:46 PM (loltot - 14481005)

gotta run

← 19-10-1999 8:29:31 AM (loltot - 14481005)

hey,  glad to see you online

← 19-10-1999 8:29:58 AM (loltot - 14481005)

I hope you made it thru the hurricane ok!

→ 19-10-1999 8:36:20 AM (loltot - 14481005)

good morning

→ 19-10-1999 8:36:41 AM (loltot - 14481005)

yes we are now back on power and drying out

← 🖹 19-10-1999 8:37:22 AM (loltot - 14481005)

did you get any flooding (work or home)?

→ 🖹 19-10-1999 8:37:46 AM (loltot - 14481005)

not indoors but all the roads

← 🖹 19-10-1999 8:39:53 AM (loltot - 14481005)

yes, I saw that on the news. It was weird, because I was watching the news, thinking about you and your family, but I couldn't tell my wife.. It felt weird; I wanted to say, "I hope Mike is ok", she would have said "you don't know anyone in Fla", and then I wouldn't be able to explain how I know you......but anyway, I was worried about you.

→ 🖹 19-10-1999 8:40:36 AM (loltot - 14481005)

thanks for the concern

→ 🖹 19-10-1999 8:40:54 AM (loltot - 14481005)

we lost a few trees but nothing major

← 🖹 19-10-1999 8:41:53 AM (loltot - 14481005)

good, I am glad to hear that everyone is OK!  :)

→ 🖹 19-10-1999 8:41:53 AM (loltot - 14481005)

was kinda fun actually, i feel we got our moneysworth out of this storm

← 🖹 *9-10-1999 8:45:21 AM (loltot - 14481005)

are you going to be online much today?

→ 🖹 19-10-1999 8:46:43 AM (loltot - 14481005)

should be all being well

← 🖹 19-10-1999 8:47:34 AM (loltot - 14481005)

good,  I need to log-off for an hour or so, but I am hoping we can "catch-up" later this morning.

→ 🖹 19-10-1999 8:47:50 AM (loltot - 14481005)

ok we can do that

← 🖹 19-10-1999 8:48:22 AM (loltot - 14481005)

I'll see you a little later then...bye for now

→ 🖹 19-10-1999 8:49:13 AM (loltot - 14481005)

bye

← 🖹 20-10-1999 9:18:03 AM (loltot - 14481005)

good morning

→ 🖹 20-10-1999 9:18:47 AM (loltot - 14481005)

hey, sorry about yesterday

← 🖹 20-10-1999 9:19:10 AM (loltot - 14481005)

no problem....happens to me sometimes too

→ 🖹 20-10-1999 9:19:21 AM (loltot - 14481005)

things became crazy round here

← 🖹 20-10-1999 9:20:07 AM (loltot - 14481005)

today for me, in fact, i only have a few minutes; wanted to say hi

→ 🖹 20-10-1999 9:20:32 AM (loltot - 14481005)

thanks for that, busy day?

→ 🖹 20-10-1999 9:20:55 AM (loltot - 14481005)

did you find any more of that story?

← 🖹 20-10-1999 9:22:15 AM (loltot - 14481005)

yes, I have to go conduct some training for a company most of the day.

→ 🖹 20-10-1999 9:22:27 AM (loltot - 14481005)

sounds like fun

→ 🄐 20-10-1999 9:23:09 AM (loltot - 14481005)

im going to reformat the c drive on my laptop

← 🄐 20-10-1999 9:23:30 AM (loltot - 14481005)

they posted chapter 3 of Chelsea, but it had NO SEX at all...just story development....hang on, i will send it anyway

← 🄐 20-10-1999 9:23:45 AM (loltot - 14481005)

why?

→ 🄐 20-10-1999 9:24:05 AM (loltot - 14481005)

just not running well, i want to start afresh

→ 🄐 20-10-1999 9:24:31 AM (loltot - 14481005)

i also think something is hogging space and i cant find it

← 🄐 20-10-1999 9:27:50 AM (loltot - 14481005)

not a bad idea anyway considering what else may be in unknown places (jpgs, mpegs, avi's etc..)

→ 🄐 20-10-1999 9:28:03 AM (loltot - 14481005)

true

→ 🄐 20-10-1999 9:28:32 AM (loltot - 14481005)

if it works then ill do my home computer

← 🄐 20-10-1999 9:29:12 AM (loltot - 14481005)

your lucky day...just went to Mr D, and there is Chapter 4 too

→ 🄐 20-10-1999 9:29:32 AM (loltot - 14481005)

that is extremely cool

→ 🄐 26-10-1999 12:56:31 PM (loltot - 14481005)

Im still here, we just keep missing

← 🄐 26-10-1999 1:53:32 PM (loltot - 14481005)

hey

← 🄐 26-10-1999 1:53:58 PM (loltot - 14481005)

i have only 5 minutes or so....my wife is on her way home...she is feeling sick

← 🄐 26-10-1999 1:54:13 PM (loltot - 14481005)

how are you?

→ 🄐 26-10-1999 1:57:29 PM (loltot - 14481005)

hi

→ 🄐 26-10-1999 1:57:38 PM (loltot - 14481005)

im good

→ 🄐 26-10-1999 1:57:58 PM (loltot - 14481005)

just buying a new printer

← 🄐 26-10-1999 1:58:15 PM (loltot - 14481005)

me too!

anything new I can look forward to?

→ 🄐 26-10-1999 1:58:31 PM (loltot - 14481005)

not yet, havent been busy

← 🄐 26-10-1999 1:59:04 PM (loltot - 14481005)

nothing from Lloyd either...shit wife just drove up ...catch you later

← 🄐 02-11-1999 3:05:00 PM (loltot - 14481005)

i hope we see each other soon

→ 🄐 03-11-1999 9:28:29 AM (loltot - 14481005)

hi there, i should be online today

← ◫ 03-11-1999 12:47:28 PM (loltot - 14481005)

hi

➡ ◫ 05-11-1999 2:01:58 PM (loltot - 14481005)

are you around today???

← ◫ 08-11-1999 4:13:00 PM (loltot - 14481005)

Mike, where are you....I am suffering severe withdrawal...I need to see Emma or Joy or Christina

➡ ◫ 09-11-1999 9:12:43 AM (loltot - 14481005)

Im here:)

← ◫ 09-11-1999 11:17:24 AM (loltot - 14481005)

good morning

➡ ◫ 09-11-1999 11:19:34 AM (loltot - 14481005)

hello

← ◫ 09-11-1999 11:20:07 AM (loltot - 14481005)

God it has been toooo long since we talked!

➡ ◫ 09-11-1999 11:20:17 AM (loltot - 14481005)

I agree

← ◫ 09-11-1999 11:20:43 AM (loltot - 14481005)

How are you?

How is Emma?

Talked to Lloyd at all?

➡ ◫ 09-11-1999 11:21:19 AM (loltot - 14481005)

Im "ok"
Emma is great
and i do have a few odds and ends from Lloyd

← ◫ 09-11-1999 11:21:49 AM (loltot - 14481005)

you want to open netmeeting?

➡ ◫ 09-11-1999 11:22:11 AM (loltot - 14481005)

ok

➡ ◫ 09-11-1999 11:24:52 AM (loltot - 14481005)

any luck?

➡ ◫ 09-11-1999 11:28:19 AM (loltot - 14481005)

problems?

← ◫ 09-11-1999 11:29:26 AM (loltot - 14481005)

I'm back

➡ ◫ 09-11-1999 11:29:40 AM (loltot - 14481005)

good

← ◫ 10-11-1999 3:26:41 PM (loltot - 14481005)

good afternoon

➡ ◫ 10-11-1999 3:27:49 PM (loltot - 14481005)

well hello

➡ ◫ 10-11-1999 4:31:08 PM (loltot - 14481005)

hey

← ◫ 10-11-1999 5:01:43 PM (loltot - 14481005)

hey, sorry i was away

← ◫ 10-11-1999 5:10:48 PM (loltot - 14481005)

so what's up today?

➜ 10-11-1999 5:11:32 PM (loltot - 14481005)

having a baddddd day

➜ 10-11-1999 5:11:35 PM (loltot - 14481005)

having a baddddd day

⬅ 10-11-1999 5:12:09 PM (loltot - 14481005)

sorry to hear that.

I am actually having a decent day. Got 2 new clients this week; including 1 today.

➜ 10-11-1999 5:12:29 PM (loltot - 14481005)

well done:)

⬅ 10-11-1999 5:13:23 PM (loltot - 14481005)

thanks,

don't let the bastards get you down  :)

➜ 10-11-1999 5:13:58 PM (loltot - 14481005)

no its not work thats thew problem

⬅ 10-11-1999 5:14:24 PM (loltot - 14481005)

oh really, what's wrong then?  (if you don't mind my asking)

➜ 10-11-1999 5:14:57 PM (loltot - 14481005)

i hit the big 40 today
i decided i can now start a mid life crisis

⬅ 10-11-1999 5:15:59 PM (loltot - 14481005)

OOOOHHHH

well HAPPY BIRTHDAY TO YOU, HAPPY BIRTHDAY TO YOU, HAPPY BIRTHDAY DEAR MIIIIIKKE,    HAPPY BIRTHDAY TO YOU!  :)

➜ 10-11-1999 5:16:22 PM (loltot - 14481005)

thanks but i wish it was the big 30 :)

⬅ 10-11-1999 5:17:56 PM (loltot - 14481005)

I'm actually looking forward to 40....I think life really gets better as I get older...I really know myself better now than ever.

I think as long as you try to learn something new everday, and make a point to have fun along the way, life can only get

➜ 10-11-1999 5:18:14 PM (loltot - 14481005)

this is true

⬅ 10-11-1999 5:19:02 PM (loltot - 14481005)

Maybe your wife will give you a really great gift when you get home!

➜ 10-11-1999 5:19:49 PM (loltot - 14481005)

well i know im getting a new bicycle, maybe a birthday b.j is on the cards

⬅ 10-11-1999 5:20:45 PM (loltot - 14481005)

wouldn't that be nice!  You could imagine it was Joy's little lips wrapped around your cock!

➜ 10-11-1999 5:20:57 PM (loltot - 14481005)

mm yes please

➜ 10-11-1999 5:21:15 PM (loltot - 14481005)

hey i have a couple wavs for you

⬅ 10-11-1999 5:21:38 PM (loltot - 14481005)

cool, go ahead and send them thru ICQ

➜ 10-11-1999 5:21:47 PM (loltot - 14481005)

ok

➔ 🖫 10-11-1999 5:22:38 PM (loltot - 14481005)

    Filename: hellokiss.wav
    Total size: 0 bytes.
    Path: *** ICQ Record incomplete to show path ***

➔ 🖫 10-11-1999 5:23:55 PM (loltot - 14481005)

    Filename: kishug.wav
    Total size: 0 bytes.
    Path: *** ICQ Record incomplete to show path ***

➔ 🖫 10-11-1999 5:24:37 PM (loltot - 14481005)

    Filename: candycain.wav
    Total size: 0 bytes.
    Path: *** ICQ Record incomplete to show path ***

➔ 🖫 10-11-1999 5:25:53 PM (loltot - 14481005)

    Filename: 4 Files
    Total size: 0 bytes.
    Path: *** ICQ Record incomplete to show path ***

➔ 🗎 10-11-1999 5:26:50 PM (loltot - 14481005)

    have to go for a few

◄ 🗎 10-11-1999 5:27:08 PM (loltot - 14481005)

    me too, see you tomorrow

➔ 🗎 10-11-1999 5:27:23 PM (loltot - 14481005)

    ok

◄ 🗎 10-11-1999 5:27:51 PM (loltot - 14481005)

    she wouldn't have to ask me twice for a kiss!

➔ 🗎 10-11-1999 5:27:59 PM (loltot - 14481005)

    i bet

◄ 🗎 10-11-1999 5:28:16 PM (loltot - 14481005)

    see ya, thanks again

◄ 🗎 16-11-1999 12:10:47 PM (loltot - 14481005)

    hey

➔ 🗎 16-11-1999 12:11:15 PM (loltot - 14481005)

    hi

◄ 🗎 17-11-1999 12:16:00 PM (loltot - 14481005)

    If you can get back on, try to stay on till I get on too....I have some good pics for you.....and I am dying to see Emma

◄ 🗎 19-11-1999 11:32:59 AM (loltot - 14481005)

    good morning

➔ 🗎 19-11-1999 11:33:18 AM (loltot - 14481005)

    hi

◄ 🗎 19-11-1999 11:33:35 AM (loltot - 14481005)

    how's it going?

➔ 🗎 19-11-1999 11:33:49 AM (loltot - 14481005)

    good and you?

◄ 🗎 19-11-1999 11:34:31 AM (loltot - 14481005)

    i'm well

    I've got some ok NG stuff for you if you want it

➡ 🖹 19-11-1999 11:34:42 AM (loltot - 14481005)

sure

➡ 🖹 19-11-1999 11:34:55 AM (loltot - 14481005)

i have 2 emma pics

⬅ 🖹 19-11-1999 11:35:00 AM (loltot - 14481005)

you want to open netmeeting?

⬅ 🖹 19-11-1999 11:35:20 AM (loltot - 14481005)

cool.  did you get the film developed yet?

➡ 🖹 19-11-1999 11:36:03 AM (loltot - 14481005)

ok

➡ 🖹 19-11-1999 11:36:33 AM (loltot - 14481005)

open

⬅ 🖹 19-11-1999 11:42:35 AM (loltot - 14481005)

well looks like we're having netmeeting problems again

⬅ 🖹 19-11-1999 11:43:13 AM (loltot - 14481005)

try calling me  216.118.17.79

➡ 🖹 19-11-1999 11:43:14 AM (loltot - 14481005)

hmmm

⬅ 🖹 23-11-1999 10:59:13 AM (loltot - 14481005)

good morning

➡ 🖹 23-11-1999 10:59:49 AM (loltot - 14481005)

hold on a few

⬅ 🖹 23-11-1999 11:00:02 AM (loltot - 14481005)

k

⬅ 🖹 24-11-1999 1:02:13 PM (loltot - 14481005)

hey

⬅ 🖹 24-11-1999 1:06:43 PM (loltot - 14481005)

good morning

➡ 🖹 24-11-1999 1:07:01 PM (loltot - 14481005)

hello

⬅ 🖹 24-11-1999 1:08:31 PM (loltot - 14481005)

are you still real busy?

➡ 🖹 24-11-1999 1:13:37 PM (loltot - 14481005)

hi. sorry was tied up (not literally)

⬅ 🖹 24-11-1999 1:14:00 PM (loltot - 14481005)

:)

➡ 🖹 24-11-1999 1:14:12 PM (loltot - 14481005)

hows it going

⬅ 🖹 29-11-1999 8:59:00 AM (loltot - 14481005)

Mike,

It's early Monday morning. I know you don't normally get on on Monday, but I thought I would see if you think you will be on today at all. I have a very busy week, and I want to plan accordingly. I have a bunch of GOOD stuff for you.  I am hoping you took some new pics of Emma over the weekend; or maybe Lloyd sent you some of his little dolls.

⬅ 🖹 02-12-1999 9:45:00 AM (loltot - 14481005)

good morning

← 02-12-1999 9:53:00 AM (loltot - 14481005)

*93*

you there?

← 02-12-1999 10:06:00 AM (loltot - 14481005)

well, you show as "online" but maybe you are away from your desk (although you usually show as "unavailable" when that happens)

→ 02-12-1999 10:14:48 AM (loltot - 14481005)

im here

→ 02-12-1999 10:15:07 AM (loltot - 14481005)

just running around

→ 02-12-1999 10:15:17 AM (loltot - 14481005)

damn now your gone

← 02-12-1999 10:33:00 AM (loltot - 14481005)

now I'm back, and you're gone...I should be here most of the rest of the day.

← 02-12-1999 11:16:12 AM (loltot - 14481005)

hey

→ 02-12-1999 11:16:54 AM (loltot - 14481005)

hi

← 02-12-1999 11:17:14 AM (loltot - 14481005)

what's up?

→ 02-12-1999 11:18:06 AM (loltot - 14481005)

just the usual busy day

← 02-12-1999 11:18:50 AM (loltot - 14481005)

me too....trying to finish a web-site for a client....my first full featured E-Commerce site

→ 02-12-1999 11:19:32 AM (loltot - 14481005)

wow sounds fun

→ 02-12-1999 11:20:44 AM (loltot - 14481005)

want some pics?

← 02-12-1999 11:20:46 AM (loltot - 14481005)

yeah, I've been working on it for a month now, but it needs to be finished by today....I should make it....unless I get "distracted"....heheh :)

care to distract me?

→ 02-12-1999 11:21:02 AM (loltot - 14481005)

open netmeetinbg

← 02-12-1999 11:21:23 AM (loltot - 14481005)

ok

← 02-12-1999 11:39:45 AM (loltot - 14481005)

my screen is sortof frozen...after this file comes thru I will have to reboot

→ 02-12-1999 11:39:59 AM (loltot - 14481005)

ok

← 02-12-1999 11:40:55 AM (loltot - 14481005)

im surprised the file is still coming...the only things i see are the file transfer box and your icq logo...weird..but it is almost done, and i will only be gone for a second

→ 02-12-1999 11:41:11 AM (loltot - 14481005)

ok

← 02-12-1999 2:28:51 PM (loltot - 14481005)

hey

➡ 🖹 02-12-1999 2:29:31 PM (loltot - 14481005)

glad your back , i converted thos avi files to mpeg

◄ 🖹 02-12-1999 2:30:05 PM (loltot - 14481005)

how much smaller?

➡ 🖹 02-12-1999 2:32:38 PM (loltot - 14481005)

lots!!!!

◄ 🖹 02-12-1999 2:32:49 PM (loltot - 14481005)

whenever you get ready, open netmeeting

➡ 🖹 02-12-1999 2:34:51 PM (loltot - 14481005)

ok

➡ 🖹 03-12-1999 11:30:00 AM (loltot - 14481005)

hope you online today i have a few more pics

◄ 🖹 03-12-1999 2:27:45 PM (loltot - 14481005)

good morning

➡ 🖹 03-12-1999 2:28:00 PM (loltot - 14481005)

hi

◄ 🖹 03-12-1999 2:28:50 PM (loltot - 14481005)

you have time?

➡ 🖹 03-12-1999 2:29:05 PM (loltot - 14481005)

yes

◄ 🖹 03-12-1999 2:29:18 PM (loltot - 14481005)

ok, lets open netmeeting '

➡ 🖹 03-12-1999 2:29:35 PM (loltot - 14481005)

open

◄ 🖹 07-12-1999 10:31:57 AM (loltot - 14481005)

good morning

➡ 🖹 07-12-1999 10:41:42 AM (loltot - 14481005)

hi

◄ 🖹 07-12-1999 10:42:50 AM (loltot - 14481005)

thanks again for those Emma pics the other day....they have gone to good "use"   :)

➡ 🖹 07-12-1999 10:43:07 AM (loltot - 14481005)

cool, im glad to hear that

➡ 🖹 07-12-1999 10:44:10 AM (loltot - 14481005)

i have some more, G rated

◄ 🖹 07-12-1999 10:44:27 AM (loltot - 14481005)

i checked to see if there was another "Chelsea" chapter yet....no luck; I guess maybe he has stopped writing.  :(

➡ 🖹 07-12-1999 10:44:37 AM (loltot - 14481005)

i hope not

◄ 🖹 07-12-1999 10:44:44 AM (loltot - 14481005)

cool, you want to open netmeeting?

➡ 🖹 07-12-1999 10:45:00 AM (loltot - 14481005)

ok

➡ 🖹 10-12-1999 5:20:52 PM (loltot - 14481005)

where are you?

14-12-1999 9:43:55 AM (loltot - 14481005)
Case 1:02-cr-05301-DAD   Document 494   Filed 04/03/06   Page 96 of 122
good morning

14-12-1999 9:44:09 AM (loltot - 14481005)

sorry about yesterday, my PC crashed

14-12-1999 9:44:33 AM (loltot - 14481005)

good morning, no problem

14-12-1999 9:45:00 AM (loltot - 14481005)

I've got a 10:00 meeting, but I wanted to see if you might be on later this afternoon

14-12-1999 9:45:20 AM (loltot - 14481005)

i sure will i hope

14-12-1999 9:45:38 AM (loltot - 14481005)

before I go, you want a new story?

14-12-1999 9:46:45 AM (loltot - 14481005)

yes plkease

14-12-1999 9:47:10 AM (loltot - 14481005)

ok, what age are you in the mood for this morning?

14-12-1999 9:47:37 AM (loltot - 14481005)

you pick, you know what i like

14-12-1999 9:51:30 AM (loltot - 14481005)


Filename: 2 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lc!

14-12-1999 9:51:59 AM (loltot - 14481005)

here's a couple that sound interesting......not that many good one's lately

14-12-1999 9:52:22 AM (loltot - 14481005)

but it tends to go like that....not many for a while, and then a WHOLE bunch all at once

14-12-1999 9:52:33 AM (loltot - 14481005)

so how's Emma?

14-12-1999 9:52:52 AM (loltot - 14481005)

have you gotten all her Christmas presents yet?

14-12-1999 9:53:11 AM (loltot - 14481005)

great looking forward to christmas

14-12-1999 9:53:39 AM (loltot - 14481005)

still a few odds and ends to get

14-12-1999 9:54:31 AM (loltot - 14481005)

i am mostly done except for a few out of town friends....which I need to hurry up and get in the mail, or postage gets ridiculous if you wait too long

14-12-1999 9:54:45 AM (loltot - 14481005)

I'll see you later this afternoon

14-12-1999 9:55:22 AM (loltot - 14481005)

look forward to it

14-12-1999 5:22:00 PM (loltot - 14481005)

hey

14-12-1999 5:23:38 PM (loltot - 14481005)

hi

← 16-12-1999 11:59:00 AM (loltot - 14481005)

our schedules have sure been out of synch lately...the days you are on I am not, and now that I am on, you are not.

← 17-12-1999 5:07:31 PM (loltot - 14481005)

well hello

→ 17-12-1999 5:07:53 PM (loltot - 1 481005)

hi

← 17-12-1999 5:08:26 PM (loltot - 14481005)

my day has sucked!

how bout yours?

→ 17-12-1999 5:08:49 PM (loltot - 14481005)

its just about over i have to go pick up the kids

← 17-12-1999 5:09:12 PM (loltot - 14481005)

give Emma a kiss for me

→ 17-12-1999 5:09:51 PM (loltot - 14481005)

ohhh i will believe me

← 17-12-1999 5:10:18 PM (loltot - 14481005)

lucky you  :)

→ 17-12-1999 5:10:21 PM (loltot - 14481005)

i hope to have more for you next week

← 17-12-1999 5:10:38 PM (loltot - 14481005)

that would be great if you do

→ 17-12-1999 5:10:38 PM (lbltot - 14481005)

like tuesday am

→ 17-12-1999 5:10:53 PM (loltot - 14481005)

maybe even a new video

← 22-12-1999 11:54:17 AM (loltot - 14481005)

good morning

→ 22-12-1999 11:54:45 AM (loltot - 14481005)

hello

→ 22-12-1999 11:54:52 AM (loltot - 14481005)

:)

← 22-12-1999 11:55:53 AM (loltot - 14481005)

in case i forget...and we don't see each other after today....

I hope you have a wonderful Christmas!  Give my love to Emma  :)

← 22-12-1999 11:56:10 AM (loltot - 14481005)

speaking of Emma....did you get to take any new pics this weekend?

→ 22-12-1999 11:56:27 AM (loltot - 14481005)

only a couple

← 22-12-1999 11:56:57 AM (loltot - 14481005)

a couple is better than none....do you have time to send them?

→ 22-12-1999 11:57:06 AM (loltot - 14481005)

sure

← 22-12-1999 11:57:20 AM (loltot - 14481005)

should we open netmeeting?

→ 22-12-1999 11:57:34 AM (loltot - 14481005)

yes

← 23-12-1999 12:51:44 PM (loltot - 14481005)

good morning

→ 23-12-1999 12:51:55 PM (loltot - 14481005)

hello

← 23-12-1999 12:52:42 PM (loltot - 14481005)

I've got some new stuff for you if you want it (even some videos)

→ 23-12-1999 12:52:55 PM (loltot - 14481005)

yes please

← 23-12-1999 12:53:43 PM (loltot - 14481005)

we need to open netmeeting though

→ 23-12-1999 12:54:01 PM (loltot - 14481005)

its open

→ 23-12-1999 12:56:26 PM (loltot - 14481005)

again

→ 23-12-1999 1:00:00 PM (loltot - 14481005)

problems?

← 23-12-1999 1:01:10 PM (loltot - 14481005)

it shows that we are connected

→ 23-12-1999 1:01:24 PM (loltot - 14481005)

but thats it

← 23-12-1999 1:01:52 PM (loltot - 14481005)

let me try to open a chat...hang on

→ 23-12-1999 1:02:20 PM (loltot - 14481005)

ok

← 23-12-1999 1:07:13 PM (loltot - 14481005)

still there?

→ 23-12-1999 1:10:00 PM (loltot - 14481005)

im here

← 23-12-1999 1:10:23 PM (loltot - 14481005)

it says you don't have netmeeting open

→ 23-12-1999 1:10:41 PM (loltot - 14481005)

hold on

→ 23-12-1999 1:11:01 PM (loltot - 14481005)

ok

← 23-12-1999 1:12:33 PM (loltot - 14481005)

are you getting the call?

→ 23-12-1999 1:12:55 PM (loltot - 14481005)

no

← 23-12-1999 1:16:40 PM (loltot - 14481005)

ok, im back...i figured I would re-boot and see if that helps....do you still have netmeeting open?

→ 23-12-1999 1:16:51 PM (loltot - 14481005)

yes

← 23-12-1999 1:17:13 PM (loltot - 14481005)

are you about to go to lunch, or do you have time for this now?

➡ 23-12-1999 1:17:24 PM (loltot - 14481005)

i have time

⬅ 23-12-1999 1:17:50 PM (loltot - 14481005)

ok, hang on, I will try netmeeting again

➡ 23-12-1999 1:18:16 PM (loltot - 14481005)

cool

⬅ 23-12-1999 1:46:08 PM (loltot - 14481005)

still there?

⬅ 23-12-1999 1:50:52 PM (loltot - 14481005)

you still there?

➡ 23-12-1999 1:50:54 PM (loltot - 14481005)

yes

⬅ 23-12-1999 1:51:14 PM (loltot - 14481005)

want to continue?

➡ 23-12-1999 1:51:18 PM (loltot - 14481005)

i'm here

➡ 23-12-1999 1:51:30 PM (loltot - 14481005)

sure:)

⬅ 23-12-1999 1:52:02 PM (loltot - 14481005)

do you still show a netmeeting connection?

➡ 23-12-1999 1:52:30 PM (loltot - 14481005)

yes

⬅ 28-12-1999 2:10:42 PM (loltot - 14481005)

Good Afternoon

➡ 28-12-1999 2:14:07 PM (loltot - 14481005)

hows it going

⬅ 28-12-1999 2:14:44 PM (loltot - 14481005)

great!

My wife's work called her back early...she was supposed to be off all week

⬅ 28-12-1999 2:14:53 PM (loltot - 14481005)

I am HORNY!

⬅ 28-12-1999 2:15:02 PM (loltot - 14481005)

how's it going with you?

➡ 28-12-1999 2:15:09 PM (loltot - 14481005)

not bad

⬅ 28-12-1999 2:15:35 PM (loltot - 14481005)

I found some good pics for you (nice 4 and 5 yr olds)

⬅ 28-12-1999 2:17:00 PM (loltot - 14481005)

also a couple good stories

➡ 28-12-1999 2:17:11 PM (loltot - 14481005)

sounds good

⬅ 28-12-1999 2:17:41 PM (loltot - 14481005)

how about you.....any new pics of Emma or Christina or Joy?"

➡ 28-12-1999 2:17:56 PM (loltot - 14481005)

some but they are at home:(

28-12-1999 2:18:59 PM (loltot - 14481005)

I bet Emma had a blast opening her christmas presents

28-12-1999 2:19:48 PM (loltot - 14481005)

she really did it was great

28-12-1999 2:24:42 PM (loltot - 14481005)

you want to open netmeeting now, or we can do it later if you are busy

28-12-1999 2:25:27 PM (loltot - 14481005)

i am a little tied up here, i was at kinda a bad meeting this am so i have to catch up

28-12-1999 2:25:53 PM (loltot - 14481005)

ok, maybe tomorrow, see ya later

29-12-1999 12:16:03 PM (loltot - 14481005)

hi

29-12-1999 12:16:23 PM (loltot - 14481005)

good morning

29-12-1999 12:16:50 PM (loltot - 14481005)

i will have some nice pics from lloyd in a few mins

29-12-1999 12:17:21 PM (loltot - 14481005)

cool, I've got some really good ones for you (some of the best I've ever found for you)

29-12-1999 12:18:13 PM (loltot - 14481005)

neat we can open netmeeting if you like , im still recieving these new ones

29-12-1999 12:19:08 PM (loltot - 14481005)

let me know when you are done, I am still d/l from the newsgroups...we can swap when you get them all...

how about any new ones of Emma?

29-12-1999 12:19:41 PM (loltot - 14481005)

not yet she is away at granmas with the wife

29-12-1999 12:20:04 PM (loltot - 14481005)

wow, you must be in heaven, home alone  :)

29-12-1999 12:20:21 PM (loltot - 14481005)

at work

29-12-1999 12:21:13 PM (loltot - 14481005)

I mean at home at night

29-12-1999 12:21:13 PM (loltot - 14481005)

ok im done

29-12-1999 12:21:23 PM (loltot - 14481005)

yes that is fun

30-12-1999 4:21:12 PM (loltot - 14481005)

hey

30-12-1999 4:23:07 PM (loltot - 14481005)

you there?

30-12-1999 4:28:52 PM (loltot - 14481005)

Mike, you there?

30-12-1999 4:50:22 PM (loltot - 14481005)

hey!!

30-12-1999 4:50:41 PM (loltot - 14481005)

sorry i wasnt even looking at my messages

➔ 📄 30-12-1999 6:51:23 PM (loltot - 14481005)

I ahve more for you

◀ 📄 04-01-2000 3:29:11 PM (loltot - 14481005)

hey

◀ 📄 06-01-2000 1:38:00 PM (loltot - 14481005)

Mike,

whenever you get back on, I think I might have found the next "Lloyd"....do you remember the pics of a girl named "amanda" that where floating around for awhile?  Well, her dad has a website, and if I'm right, he's just like us and Lloyd  :)

➔ 📄 07-01-2000 10:06:48 AM (loltot - 14481005)

good morning

➔ 📄 07-01-2000 10:07:12 AM (loltot - 14481005)

hi there

◀ 📄 07-01-2000 10:07:51 AM (loltot - 14481005)

I guess we kept missing each other this week....did you get my message from yesterday?

➔ 📄 07-01-2000 10:24:38 AM (loltot - 14481005)

sorry, i lost you.
I have a few new from our friend for you

◀ 📄 07-01-2000 10:25:18 AM (loltot - 14481005)

good,  did you get my icq message i sent you yesterday while you were offline?

➔ 📄 07-01-2000 10:25:42 AM (loltot - 14481005)

yes i did, who is it?

◀ 📄 07-01-2000 10:25:58 AM (loltot - 14481005)

hang on

➔ 📄 07-01-2000 10:27:21 AM (loltot - 14481005)

ok

◀ 📄 07-01-2000 10:29:06 AM (loltot - 14481005)

you will remember her when you get this pic.   There was no new pics of her for a long time, now her dad has a web page.. She is 10, and yummy.  But the best news is she also has a younger sister (looks to be around 6)

➔ 📄 07-01-2000 10:29:47 AM (loltot - 14481005)

interesting

◀ 📄 07-01-2000 10:30:18 AM (loltot - 14481005)

I'm having trouble sending thru ICQ, lets try netmeeting

➔ 📄 07-01-2000 10:31:31 AM (loltot - 14481005)

ok

◀ 📄 07-01-2000 10:34:11 AM (loltot - 14481005)

bad connection today I guess...let me try to reboot

➔ 📄 07-01-2000 10:34:22 AM (loltot - 14481005)

ok

◀ 📄 07-01-2000 10:40:33 AM (loltot - 14481005)

I'm back....trying to call you on netmeeting...I guess the net is clogged today or something

➔ 📄 07-01-2000 10:41:57 AM (loltot - 14481005)

must be

◀ 📄 07-01-2000 10:44:51 AM (loltot - 14481005)

try to call me

G rated

Filename: Am2395.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***



← 07-01-2000 10:47:06 AM (loltot - 14481005)

G rated

Filename: Am2395.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 07-01-2000 10:50:13 AM (loltot - 14481005)

I'm trying to send thru ICQ....are you getting the request?

← 07-01-2000 10:52:32 AM (loltot - 14481005)

you still there?

→ 07-01-2000 10:53:00 AM (loltot - 14481005)

yes

→ 07-01-2000 10:53:34 AM (loltot - 14481005)

im here

→ 07-01-2000 10:53:43 AM (loltot - 14481005)

try again

← 07-01-2000 10:55:02 AM (loltot - 14481005)

still not working (pissing me off)

here, just go to the website yourself:  http://www2.50megs.com/hwamanda/

← 07-01-2000 10:55:15 AM (loltot - 14481005)

you will remember her quickly

← 07-01-2000 10:55:38 AM (loltot - 14481005)

it's obvious to this pedo that he is also a pedo

→ 07-01-2000 10:55:45 AM (loltot - 14481005)

i may have been

← 07-01-2000 10:56:27 AM (loltot - 14481005)

my hope is that maybe you can develop a relationship with him the same way you did with Lloyd

I would try to do that myself, but it's harder to when I don't have my own kids pics to share back

→ 07-01-2000 10:58:05 AM (loltot - 14481005)

whats his name do you know?

← 07-01-2000 10:59:45 AM (loltot - 14481005)

I think his nic is HighwayMan

the only contact it lists on the site is at the bottom..."site manager" harve@concentric.net

→ 07-01-2000 11:00:14 AM (loltot - 14481005)

ok i wondered if it was paul of paulsart

← 07-01-2000 11:00:43 AM (loltot - 14481005)

actually, if you click on "all about Amanda", it takes you to a page where you can leave a message in the "Guestbook"

← 07-01-2000 11:01:08 AM (loltot - 14481005)

no, it's not paul jones...much more "suggestive" pics than Paul takes

→ 07-01-2000 11:01:35 AM (loltot - 14481005)

no another paul

→ 07-01-2000 11:02:12 AM (loltot - 14481005)

have you seen the website of menolly?

no...but I'm sure I would like to if you are mentioning it

➜ 🗋 07-01-2000 11:03:19 AM (loltot - 14481005)

http://members.xoom.com/PaulsArt/index.htm

← 🗋 07-01-2000 11:03:35 AM (loltot - 14481005)

you should go to Amanda's page, and sign her guestbook....maybe her dad will respond....put something in the message about wanting to talk to him....I would love to see Amanda, and more importantly, her little sister in "better" pics.

➜ 🗋 07-01-2000 11:03:36 AM (loltot - 14481005)

let me know if you like

← 🗋 07-01-2000 11:03:49 AM (loltot - 14481005)

hmmm i will

➜ 🗋 07-01-2000 11:04:54 AM (loltot - 14481005)

it says "member page not found"

← 🗋 07-01-2000 11:05:04 AM (loltot - 14481005)

hmmm strange

➜ 🗋 07-01-2000 11:05:58 AM (loltot - 14481005)

http://members.xoom.com/PaulsArt/index.htm

← 🗋 07-01-2000 11:06:25 AM (loltot - 14481005)

GOT IT

➜ 🗋 07-01-2000 11:08:35 AM (loltot - 14481005)

you like?

← 🗋 07-01-2000 11:08:37 AM (loltot - 14481005)

yes, i have seen some of her before (but not the website)

I'm getting hard already!  :)

➜ 🗋 07-01-2000 11:09:32 AM (loltot - 14481005)

i have been talking to him

← 🗋 07-01-2000 11:09:46 AM (loltot - 14481005)

i have some good ones of her

➜ 🗋 07-01-2000 11:10:29 AM (loltot - 14481005)

now i'm really pissed we can't get netmeeting working!

← 🗋 07-01-2000 11:11:05 AM (loltot - 14481005)

let's try it again...do you have it running?

➜ 🗋 07-01-2000 11:11:05 AM (loltot - 14481005)

wanna try again?

← 🗋 07-01-2000 11:11:37 AM (loltot - 14481005)

try

➜ 🗋 07-01-2000 11:12:33 AM (loltot - 14481005)

try me...216.118.17.79

← 🗋 07-01-2000 11:12:58 AM (loltot - 14481005)

I am

➜ 🗋 07-01-2000 11:13:09 AM (loltot - 14481005)

It's so nice to know there are others out there like us  :)

← 🗋 07-01-2000 11:13:19 AM (loltot - 14481005)

yes it is

➜ 🗋 07-01-2000 11:13:43 AM (loltot - 14481005)

let's both try rebooting

12 11:04:18 PM

ok

➡ 07-01-2000 11:28:52 AM (loltot - 14481005)

are you herew?

⬅ 07-01-2000 11:29:16 AM (loltot - 14481005)

Im here

➡ 07-01-2000 11:29:27 AM (loltot - 14481005)

try me again

⬅ 07-01-2000 11:30:28 AM (loltot - 14481005)

anything?

➡ 07-01-2000 11:30:50 AM (loltot - 14481005)

nope

⬅ 07-01-2000 11:31:22 AM (loltot - 14481005)

her little sister...YUMMY

Filename: dance3092.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

⬅ 07-01-2000 11:31:33 AM (loltot - 14481005)

i'll try to send one thru ICQ

⬅ 07-01-2000 11:31:58 AM (loltot - 14481005)

It's G rated

➡ 07-01-2000 11:32:06 AM (loltot - 14481005)

try again, hit the wrong button

⬅ 07-01-2000 11:32:19 AM (loltot - 14481005)

Filename: dance3092.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

⬅ 07-01-2000 11:32:51 AM (loltot - 14481005)

she is who I really want to see..Amanda is ok, but this little girl is YUMMY

➡ 07-01-2000 11:33:05 AM (loltot - 14481005)

hmm didnt come through

⬅ 07-01-2000 11:33:33 AM (loltot - 14481005)

Filename: dance3092.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

⬅ 07-01-2000 11:33:55 AM (loltot - 14481005)

Filename: dance3092.jpg
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

➡ 07-01-2000 11:34:20 AM (loltot - 14481005)

no good

⬅ 07-01-2000 11:34:41 AM (loltot - 14481005)

this is fucked up....i guess it wasn't meant to be today

➡ 07-01-2000 11:34:49 AM (loltot - 14481005)

looks that way

I guess it gives us something to look forward to for next week

→ 07-01-2000 11:35:11 AM (loltot - 14481005)

i hope so

← 07-01-2000 11:35:20 AM (loltot - 14481005)

tease me.....what do I have to look forward to from Lloyd?

← 07-01-2000 11:36:03 AM (loltot - 14481005)

and do you think you will get to take any of Emma over the weekend?

I bet she is growing up so fast....I bet her little legs get more yummy everyday

→ 07-01-2000 11:37:23 AM (loltot - 14481005)

are we working?

← 07-01-2000 11:37:32 AM (loltot - 14481005)

a little progress...i'm showing you connected and at the same time not connected

← 07-01-2000 11:37:53 AM (loltot - 14481005)

try calling me

→ 07-01-2000 11:39:43 AM (loltot - 14481005)

im trying

→ 07-01-2000 11:40:25 AM (loltot - 14481005)

hold on 5

← 07-01-2000 11:57:57 AM (loltot - 14481005)

I'm back

→ 07-01-2000 11:58:09 AM (loltot - 14481005)

me too

← 07-01-2000 11:58:20 AM (loltot - 14481005)

let's try one more time...if it doesn't work, we'll give up for the weekend

← 07-01-2000 12:54:59 PM (loltot - 14481005)

i was just about to send you some stories

→ 07-01-2000 12:57:26 PM (loltot - 14481005)

cool

← 13-01-2000 11:26:00 AM (loltot - 14481005)

where are you?

haven't seen you all week!

← 13-01-2000 11:50:53 AM (loltot - 14481005)

good morning

→ 13-01-2000 11:51:40 AM (loltot - 14481005)

hi there

→ 13-01-2000 11:52:00 AM (loltot - 14481005)

:)

← 13-01-2000 11:52:21 AM (loltot - 14481005)

what's up?

→ 13-01-2000 11:52:42 AM (loltot - 14481005)

not much, nothing exciting , want some pics?

← 13-01-2000 11:53:05 AM (loltot - 14481005)

like you have to ask  :)

open netmeeting?

yes

---

➡ 13-01-2000 11:53:27 AM (loltot - 14481005)

ok

---

◀ 13-01-2000 12:34:12 PM (loltot - 14481005)

still there?

---

◀ 19-01-2000 12:48:05 AM (loltot - 14481005)

oh my god...we are both online at night...please answer, I have been out all week

---

◀ 19-01-2000 12:00:49 PM (loltot - 14481005)

Good morning

---

◀ 19-01-2000 12:06:09 PM (loltot - 14481005)

I've got some pretty good stuff for you

---

➡ 19-01-2000 12:17:50 PM (loltot - 14481005)

hi

---

◀ 19-01-2000 12:18:48 PM (loltot - 14481005)

I am soooooo horny.

I havent cum since I saw youlast and those wonderful new Emma pics....I've been so busy, and now I have a HUGE load I need to blow!

---

➡ 19-01-2000 12:19:13 PM (loltot - 14481005)

sounds fun

---

◀ 19-01-2000 12:19:31 PM (loltot - 14481005)

how was your weekend?

---

➡ 19-01-2000 12:20:17 PM (loltot - 14481005)

busy working all weekend, big trade show starts tommorow

---

◀ 19-01-2000 12:21:17 PM (loltot - 14481005)

yeah, you seem busy  (it's weird that I can tell just from your instant messages, but I can usually tell when you are busy)

we can catch up later in the week if you want...i've got some ok pics and some ok stories for you

---

➡ 19-01-2000 12:21:50 PM (loltot - 14481005)

im just printing stuff like crazy

---

➡ 19-01-2000 12:22:03 PM (loltot - 14481005)

catalogs

---

◀ 19-01-2000 12:22:30 PM (loltot - 14481005)

do you get to go to the trade show, or do you have to stay at the office?

---

➡ 19-01-2000 12:23:04 PM (loltot - 14481005)

no ill be there through saturday

---

◀ 19-01-2000 12:23:40 PM (loltot - 14481005)

cool, have fun!

I guess we'll have to catch up next week then....

anything new from Lloyd?

---

➡ 19-01-2000 12:25:13 PM (loltot - 14481005)

not yet, ill keep you well informed

---

◀ 19-01-2000 12:25:36 PM (loltot - 14481005)

ok,  good luck at the trade-show...I'll see you next week

---

➡ 19-01-2000 12:26:00 PM (loltot - 14481005)

i may see you before then i hope

ok

←  28-01-2000 3:57:47 PM (loltot - 14481005)

hey stranger

←  28-01-2000 4:00:15 PM (loltot - 14481005)

long time no see

←  28-01-2000 4:18:17 PM (loltot - 14481005)

you there?

→  02-02-2000 9:07:05 AM (loltot - 14481005)

Hi
dont worry, im just kinda busy right now at work. I hardly am even looking to see who is on line. Ill try to be on today

←  02-02-2000 9:58:00 AM (loltot - 14481005)

OK, I understand what it's like to be busy. I guess I was reading too much into things. I was actually more worried about you than anything.

You know what they say anyway: "absence makes the heart grow fonder"

see you soon

←  09-02-2000 1:14:00 AM (loltot - 14481005)

Hey Mike,

Since we can never seem to catch each other online anymore, can you give me the username and password to Lloyd's albums on his site. They are all "locked"

→  09-02-2000 8:59:01 AM (loltot - 14481005)

Ill be online today on and off
I have new stuff for you

←  09-02-2000 11:26:28 AM (loltot - 14481005)

hey there

→  09-02-2000 11:26:47 AM (loltot - 14481005)

hi

←  09-02-2000 11:27:07 AM (loltot - 14481005)

how have you beeen?

→  09-02-2000 11:31:13 AM (loltot - 14481005)

ok , have a bad cold now though

→  09-02-2000 11:37:25 AM (loltot - 14481005)

you there?

←  09-02-2000 11:43:28 AM (loltot - 14481005)

wow, that was scary......my wife just "popped in" out of the blue.
She is supposed to be at work, and suddenly she walks in the house.....good thing I wasn't doing anything yet

→  09-02-2000 11:45:12 AM (loltot - 14481005)

yes really

←  09-02-2000 11:46:46 AM (loltot - 14481005)

I'm glad to hear you are ok.

whenever you get real busy like that just jot me an ICQ message to let me know everything is alright, you are just swamped.

I worry sometimes when I don't see you for a long time  :)

→  09-02-2000 11:47:05 AM (loltot - 14481005)

i understand

←  09-02-2000 11:47:39 AM (loltot - 14481005)

so how is today looking for you?

do you have time to get into a netmeeting?

02 11:04:19 PM

➜ 📄 09-02-2000 11:48:09 AM (loltot - 14481005)

yes

◀ 📄 09-02-2000 11:48:31 AM (loltot - 14481005)

cool, I'll open mine now

➜ 📄 09-02-2000 11:48:41 AM (loltot - 14481005)

ok

◀ 📄 09-02-2000 11:49:35 AM (loltot - 14481005)

is yours open?

➜ 📄 09-02-2000 11:49:55 AM (loltot - 14481005)

hold on

➜ 📄 09-02-2000 11:50:19 AM (loltot - 14481005)

yes

◀ 📄 09-02-2000 11:51:30 AM (loltot - 14481005)

netmeeting is acting VERY strange...

try to call me

➜ 📄 09-02-2000 11:51:50 AM (loltot - 14481005)

i am

◀ 📄 09-02-2000 11:52:47 AM (loltot - 14481005)

something weird about your ip address

◀ 🔒 09-02-2000 11:52:57 AM (loltot - 14481005)


◀ 📄 09-02-2000 11:56:01 AM (loltot - 14481005)

am i connected to you?

the name says "sally f only"

◀ 📄 16-02-2000 10:55:00 AM (loltot - 14481005)

hey

◀ 📄 16-02-2000 11:16:00 AM (loltot - 14481005)

Good Morning

◀ 📄 16-02-2000 11:21:00 AM (loltot - 14481005)

busy?

➜ 📄 16-02-2000 11:22:01 AM (loltot - 14481005)

hi

◀ 📄 23-02-2000 10:54:57 AM (loltot - 14481005)

good morning

◀ 📄 23-02-2000 11:42:03 AM (loltot - 14481005)

Hey, how are you?

◀ 📄 25-02-2000 9:43:00 AM (loltot - 14481005)

I hope everything is going ok...I haven't seen you in a while.

I miss talking with you.

loltot

◀ 📄 29-02-2000 6:29:00 PM (loltot - 14481005)

are you still alive?

◀ 📄 01-03-2000 11:51:30 AM (loltot - 14481005)

good morning

◀ 📄 01-03-2000 11:51:39 AM (loltot - 14481005)

are we still friends?

ICQ data v2.0.icq
Case 2:00-cr-02530-AD  Document 494   Filed 04/03/06   Page 109 of 122
*108*

good morning:)

➡ 🄱 01-03-2000 11:54:59 AM (loltot - 14481005)

sorry i was not at the computer

➡ 🄱 01-03-2000 11:55:18 AM (loltot - ⁻4481005)

I have been so busy its not true, of course we are friends

➡ 🄱 01-03-2000 11:59:33 AM (loltot - 14481005)

how are things with you?

⬅ 🄱 01-03-2000 12:00:59 PM (loltot - 14481005)

thats what I figured,  I guess I just miss our "chats"

sometimes I need a "kindred spirit" to talk to about our mutual interests

⬅ 🄱 01-03-2000 12:01:23 PM (loltot - 14481005)

You really are the only one I talk to anymore about "this stuff"

⬅ 🄱 01-03-2000 12:01:39 PM (loltot - 14481005)

things have been good with me....great year business wise

⬅ 🄱 ( 1-03-2000 12:02:18 PM (loltot - 14481005)

I had a whole bunch of new pics for you, but I deleted them the other day (I don't like to leave pics around for too long....you know how paranoid I am)

⬅ 🄱 01-03-2000 12:02:31 PM (loltot - 14481005)

Are you going to be online much today?

➡ 🄱 01-03-2000 12:11:50 PM (loltot - 14481005)

ill be on and off all day   :,

⬅ 🄱 01-03-2000 12:12:33 PM (loltot - 14481005)

ok, I am about to find some new pics for you

➡ 🄱 01-03-2000 12:13:28 PM (loltot - 14481005)

dont worry too much

⬅ 🄱 01-03-2000 1:04:58 PM (loltot - 14481005)

im back

⬅ 🄱 01-03-2000 1:05:25 PM (loltot - 14481005)

found some good stuff for you

➡ 🄱 01-03-2000 1:05:48 PM (loltot - 14481005)

hi

⬅ 🄱 01-03-2000 1:07:10 PM (loltot - 14481005)

you have time for netmeeting?

➡ 🄱 01-03-2000 1:07:26 PM (loltot - 14481005)

sure , why nort

⬅ 🄱 01-03-2000 1:07:59 PM (loltot - 14481005)

ok

➡ 🄱 01-03-2000 3:03:42 PM (loltot - 14481005)

dont worry too much

⬅ 🄱 03-03-2000 11:26:51 AM (loltot - 14481005)

good morning

➡ 🄱 03-03-2000 11:27:13 AM (loltot - 14481005)

hello

*109*

← 03-03-2000 11:27:40 AM (loltot - 14481005)

I gotta run shortly, just wanted to say hi.

anything new?

→ 03-03-2000 11:28:33 AM (loltot - 14481005)

nothing unfortunatly

← 03-03-2000 11:28:58 AM (loltot - 14481005)

me either....one new tiny american series posted, but she's not that great

← 03-03-2000 11:30:33 AM (loltot - 14481005)

I guess its for the best considering I have to work with clients all day anyway.....no use having tempting little tarts to look at.

Too bad Lloyd hasn't sent you anything new lately.....I miss Christina and Joy  (now I can't even see them on their web site)

← 03-03-2000 11:31:36 AM (loltot - 14481005)

although I did read one of the hotter stories I have read in a while yesterday....I will send it to you if you like.  It is about some kids playing "spin the bottle" with a guy our age.

→ 03-03-2000 11:32:37 AM (loltot - 14481005)

oooh sounds nice

→ 03-03-2000 11:33:23 AM (loltot - 14481005)

i still kieep hoping for a continuation of that one story

← 03-03-2000 11:34:17 AM (loltot - 14481005)

yeah, I guess he quit writing... that happens more often than I would like.

hang on, I am finding that other story (and a few others you might like too)

→ 03-03-2000 11:34:27 AM (loltot - 14481005)

good man

← 03-03-2000 11:37:59 AM (loltot - 14481005)

found it...they play "truth or dare" not spin the bottle....

you will LIKE this one!

→ 03-03-2000 11:38:18 AM (loltot - 14481005)

mmm

→ 03-03-2000 11:38:41 AM (loltot - 14481005)

im planning to leave nice and early today and play for a while

← 03-03-2000 11:38:41 AM (loltot - 14481005)

Filename: 4 Files
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

→ 03-03-2000 11:39:10 AM (loltot - 14481005)

thanks:)

← 03-03-2000 11:39:17 AM (loltot - 14481005)

cool, maybe I will be back by then, and we can do a netcam...we haven't done that in a LONG time!

→ 03-03-2000 11:39:43 AM (loltot - 14481005)

nice idea

← 03-03-2000 11:40:11 AM (loltot - 14481005)

gotta run....if I don't see you later, have a good cum for me!

→ 03-03-2000 11:40:17 AM (loltot - 14481005)

ok

← 03-03-2000 11:40:42 AM (loltot - 14481005)

and see if you can get ahold of LLoyd for some new stuff

l2 11:04:20 PM

Mike,

I understand why you are not online much anymore....all this can get a little overwhelming and distracting.  Anyway, I just wanted to say "HI"

see you whenever.  Give Emma a hug and kiss for me.

loltot

← 🖹 29-03-2000 10:06:00 AM (loltot - 14481005)

You still around?

← 🖹 29-03-2000 11:59:00 AM (loltot - 14481005)

hey, if you are still out there, and just choosing to stay "invisible",  you should come on line...I found the GREATEST series of foot related pics I have ever seen....Lloyd would go crazy!

You can find them in one of the NG's, or I have them for you.

loltot

← 🖹 29-03-2000 12:21:00 PM (loltot - 14481005)

I'm here, just invisible....I saw you poke your head in for a sec...message me if you want to talk

← 🖹 06-04-2000 10:36:00 AM (loltot - 14481005)

you still alive?

← 🖹 07-04-2000 1:26:00 AM (loltot - 14481005)

I miss our chats

→ 🖹 13-04-2000 4:00:50 PM (loltot - 14481005)

back

← 🖹 14-04-2000 10:46:00 AM (loltot - 14481005)

welcome back....hope to see you soon

→ 🖹 14-04-2000 1:15:01 PM (loltot - 14481005)

hello

← 🖹 14-04-2000 1:15:19 PM (loltot - 14481005)

hey,  long time no see

→ 🖹 14-04-2000 1:15:34 PM (loltot - 14481005)

yes i took a little work break

→ 🖹 14-04-2000 1:16:13 PM (loltot - 14481005)

had lots of things to catch up on

← 🖹 14-04-2000 1:16:17 PM (loltot - 14481005)

Is that good or bad....(break by choice or did they make you?)

→ 🖹 14-04-2000 1:17:26 PM (loltot - 14481005)

no , it was all good. Just bogged down with work etc

← 🖹 14-04-2000 1:18:31 PM (loltot - 14481005)

thats good...

my life is about the same as before...

→ 🖹 14-04-2000 1:18:42 PM (loltot - 14481005)

good i hope

← 🖹 14-04-2000 1:19:07 PM (loltot - 14481005)

excellent!

How's Emma?

→ 🖹 14-04-2000 1:19:34 PM (loltot - 14481005)

she is good

cuter than ever i bet :)

---
← 🗎 14-04-2000 1:20:51 PM (loltot - 14481005)

so did you take a break entirely from "our world", or have you been keeping tabs on the NGs and stuff?

---
← 🗎 14-04-2000 1:22:16 PM (loltot - 14481005)

I really only made one new friend since you've been gone, but it didn't last long....it was a mother of 2 little girls age 4 and 6...we talked for a couple of days and then she dissapeared

---
→ 🗎 14-04-2000 1:22:19 PM (loltot - 14481005)

no ive kept up on the 'news'

---
← 🗎 14-04-2000 1:22:47 PM (loltot - 14481005)

do you ever talk with Lloyd anymore?

---
→ 🗎 14-04-2000 1:23:31 PM (loltot - 14481005)

i havent in a couple months

---
← 🗎 14-04-2000 1:24:22 PM (loltot - 14481005)

This weekend will be the first chance I have had in a while to be around a bunch of little girls......my neice is having her 7th birthday party, so my wife and I will be attending that....should be fun with lots of little cuties running around

---
→ 🗎 14-04-2000 1:24:43 PM (loltot - 14481005)

lucky you:)

---
← 🗎 14-04-2000 1:26:54 PM (loltot - 14481005)

It's been so long since we've talked, I miss talking with you....

I guess if you've kept up with the "news" I don't have any pics you wouldn't already have....if you want some stories from Mr D, I can send you some of those....there have been some good ones over the last 2 months

---
→ 🗎 14-04-2000 1:27:39 PM (lpltot - 14481005)

now i could use that

---
← 🗎 14-04-2000 1:28:02 PM (loltot - 14481005)

the other day I went back to clear my "message archives" and also looked at my hushmail account for the first time in a while, and it is hard to believe that you and I have known each other for over a year now

---
← 🗎 14-04-2000 1:28:22 PM (loltot - 14481005)

so did you ever get that new hard drive for your computer you kept talking about?

---
→ 🗎 14-04-2000 1:29:18 PM (loltot - 14481005)

30 gig

---
← 🗎 14-04-2000 1:29:32 PM (loltot - 14481005)

:)

---
← 🗎 14-04-2000 1:30:03 PM (loltot - 14481005)

give me a few minutes, I will d/l a bunch of good stories for you...I'll be back shortly

---
→ 🗎 14-04-2000 1:30:14 PM (loltot - 14481005)

well thank you

---
→ 🗎 14-04-2000 1:30:38 PM (loltot - 14481005)

i have a couple g rated pics for you

---
← 🗎 14-04-2000 1:31:36 PM (loltot - 14481005)

cool,  like I've said before, any pics of Emma are precious to me....

looking forward to this summer and swimsuit season!

---
→ 🗎 14-04-2000 1:31:59 PM (loltot - 14481005)

you and me both

Filename: 2 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 📄 14-04-2000 1:44:45 PM (loltot - 14481005)

hang on

← 📄 14-04-2000 1:45:40 PM (loltot - 14481005)

try it now

→ 📄 14-04-2000 2:21:55 PM (loltot - 14481005)

sorry
people in office

← 📄 14-04-2000 2:22:05 PM (loltot - 14481005)

no problem

← 💾 14-04-2000 2:22:23 PM (loltot - 14481005)

Filename: across.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 💾 14-04-2000 2:22:58 PM (loltot - 14481005)

Filename: across.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 14-04-2000 2:23:30 PM (loltot - 14481005)

hmmm, are you "accepting" the file?

→ 📄 14-04-2000 2:23:50 PM (loltot - 14481005)

try again

← 💾 14-04-2000 2:24:03 PM (loltot - 14481005)

Filename: across.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 💾 14-04-2000 2:25:05 PM (loltot - 14481005)

Filename: sara1.zip
Total size: 1869762652 bytes.
Path: C:\Program Files\ICQ\Received Files\lol

← 📄 14-04-2000 2:25:29 PM (loltot - 14481005)

I think there is something wrong with my ICQ....can you open netmeeting?

→ 📄 14-04-2000 2:25:44 PM (loltot - 14481005)

ok

→ 💾 14-04-2000 2:37:44 PM (loltot - 14481005)

Filename: 1.jpg
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 📄 14-04-2000 2:53:00 PM (loltot - 14481005)

I'm back when you are...hopefully problems with ICQ are now fixed

← 📄 25-04-2000 9:13:45 AM (loltot - 14481005)

good morning

2 11:04:20 PM

hi

← 25-04-2000 9:19:51 AM (loltot - 14481005)

how are things?  :)

→ 25-04-2000 9:20:05 AM (loltot - 14481005)

good, glad to see you

← 25-04-2000 9:20:50 AM (loltot - 14481005)

me too

I hope those stories I sent last time were "helpful"

→ 25-04-2000 9:21:12 AM (loltot - 14481005)

you know i havent even got that far yet

→ 25-04-2000 9:21:23 AM (loltot - 14481005)

can you believe it

→ 25-04-2000 9:21:42 AM (loltot - 14481005)

i had a fun day yesterday, jo 3 times

← 25-04-2000 9:22:57 AM (loltot - 14481005)

yes, i was thinking about you yesterday....thought you might have the day off, and be at home "enjoying your self"   I guess I was right!

← 25-04-2000 9:28:57 AM (loltot - 14481005)

so last time i saw you you tried to send me some G pics of Emma, and i had technical problems....want to try again?

→ 25-04-2000 9:29:44 AM (loltot - 14481005)

hold on

← 25-04-2000 9:29:56 AM (loltot - 14481005)

ok

→ 25-04-2000 10:02:09 AM (loltot - 14481005)

want a few?

← 25-04-2000 10:02:22 AM (loltot - 14481005)

absolutely

→ 25-04-2000 10:02:36 AM (loltot - 14481005)

ill send them through here

← 25-04-2000 10:02:45 AM (loltot - 14481005)

ok

→ 25-04-2000 10:03:20 AM (loltot - 14481005)


Filename: 3 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

→ 25-04-2000 10:05:21 AM (loltot - 14481005)


Filename: 3 Files
Total size: 0 bytes.
Path: *** ICQ Record incomplete to show path ***

← 25-04-2000 10:06:49 AM (loltot - 14481005)

mmmmmmm   swimsuit pics!   :)

→ 25-04-2000 10:07:27 AM (loltot - 14481005)

thats all for now

← 25-04-2000 10:07:41 AM (loltot - 14481005)

thanks

12 11:04:20 PM

ive more at home

← 🗎 25-04-2000 10:08:13 AM (loltot - 14481005)

more like these.....or "more"?

→ 🗎 25-04-2000 10:08:26 AM (loltot - 14481005)

bit of both really

← 🗎 25-04-2000 10:09:26 AM (loltot - 14481005)

it's been too long

can't wait till we both have an afternoon free and we can really "catch up"

→ 🗎 25-04-2000 10:09:45 AM (loltot - 14481005)

i agree

← 🗎 25-04-2000 10:09:58 AM (loltot - 14481005)

who's the older girl?

→ 🗎 25-04-2000 10:11:19 AM (loltot - 14481005)

my niece 12 yrs old

← 🗎 25-04-2000 10:11:39 AM (loltot - 14481005)

nice little titties

→ 🗎 25-04-2000 10:11:48 AM (loltot - 14481005)

very

← 🗎 25-04-2000 10:13:23 AM (loltot - 14481005)

well, thanks for the pics....can't wait to JO with them...gotta run for now!

→ 🗎 25-04-2000 10:13:37 AM (loltot - 14481005)

ok have fun,

← 🗎 11-05-2000 2:48:00 PM (loltot - 14481005)

hi

hope to see you soon

← 🗎 18-05-2000 10:01:15 AM (loltot - 14481005)

hi

← 🗎 19-06-2000 11:29:00 AM (loltot - 14481005)

I'm still around if you ever come online.

Would love to say hi

→ 🗎 22-06-2000 9:49:36 AM (loltot - 14481005)

http://albums.photopoint.com/j/AlbumIndex?u=48655&a=405586

← 🗎 23-06-2000 10:07:00 AM (loltot - 14481005)

thanks for the link to your photo page!  Emma is more beautiful than ever!

:)

← 💬 05-07-2000 11:18:00 AM (loltot - 14481005)

Mike,  you will love this
www.lilamber.com

← 🗎 10-07-2000 10:37:00 AM (loltot - 14481005)

love the new pics of Emma in the little Pink Dress!

Wish I could see alot more!

loltot

← 🗎 10-07-2000 10:39:00 AM (loltot - 14481005)

and the one's on the "few friends" page....WOW! you must have been in absolute HEAVEN!

➡ 📄 10-07-2000 10:41:00 AM (loltot - 14481005)

is there something worth seeing in the "auction" area....

i don't have the username and password

➡ 📄 12-07-2000 11:31:35 AM (loltot - 14481005)

glad you like the pics, I was in heaven believe me.
The auction page is just what i use to store pics of plants im selling, nothing fun

⬅ 📄 13-07-2000 5:15:00 PM (loltot - 14481005)

I'm sure you were in heaven!  It's great to get little messages from you......I miss our chats!  Do you keep in touch with Lloyd at all?  God I would like to see some more of Joy and Christina.....

⬅ 📄 14-07-2000 2:14:06 PM (loltot - 14481005)

hey there

➡ 📄 14-07-2000 2:14:22 PM (loltot - 14481005)

hi:)

⬅ 📄 14-07-2000 2:14:35 PM (loltot - 14481005)

how are you?

➡ 📄 14-07-2000 2:14:48 PM (loltot - 14481005)

grat and u?

⬅ 📄 14-07-2000 2:15:03 PM (loltot - 14481005)

real good

⬅ 📄 14-07-2000 2:15:09 PM (loltot - 14481005)

hang on

➡ 📄 14-07-2000 2:15:37 PM (loltot - 14481005)

ok

⬅ 📄 14-07-2000 2:18:18 PM (loltot - 14481005)

im back

⬅ 📄 14-07-2000 2:18:35 PM (loltot - 14481005)

how's Emma....she sure looks great in that little pink dress

➡ 📄 14-07-2000 2:18:38 PM (loltot - 14481005)

glad to see you again

➡ 📄 14-07-2000 2:18:51 PM (loltot - 14481005)

shes fine and happy:)

⬅ 📄 14-07-2000 2:18:52 PM (loltot - 14481005)

I'm glad to see you again too

➡ 📄 14-07-2000 2:19:05 PM (loltot - 14481005)

i love that dress too

⬅ 📄 14-07-2000 2:19:43 PM (loltot - 14481005)

those few pics where she had it bunched up between her little legs are great!

I kept imagining her lifting it up!

➡ 📄 14-07-2000 2:20:10 PM (loltot - 14481005)

i was hoping , but my wife came home too soon

⬅ 📄 14-07-2000 2:20:28 PM (loltot - 14481005)

i understand!

➡ 📄 14-07-2000 2:21:01 PM (loltot - 14481005)

she is geting hotter looking every day

yes, she is really approaching my true age preference!

I bet it is soooo hard for you to see her everyday!

→ 14-07-2000 2:22:00 PM (loltot - 14481005)

it gets hard lets say that:)

← 14-07-2000 2:22:14 PM (loltot - 14481005)

:)

→ 14-07-2000 2:22:34 PM (loltot - 14481005)

what have u been up too

← 14-07-2000 2:23:08 PM (loltot - 14481005)

do you still keep in touch with Lloyd?

I noticed he is posting again in ABPC; real "g" rated stuff.  Joy is getting hotter looking too, I would love to see the "other" pics
I'm sure he is still taking.

← 14-07-2000 2:23:44 PM (loltot - 14481005)

I've been doing well.  Battling the heat in Houston this summer is brutal!

→ 14-07-2000 2:23:54 PM (loltot - 14481005)

i just got back in touch with him, i havent seen any new pics from him yet though, Im sure i will

→ 14-07-2000 2:24:11 PM (loltot - 14481005)

same here in south FL

→ 14-07-2000 2:24:26 PM (loltot - 14481005)

lotsa little girls in bikinis though

← 14-07-2000 2:24:49 PM (loltot - 14481005)

how does that kind of heat affect your sales at the plant store?  help or hurt sales?

← 14-07-2000 2:25:24 PM (loltot - 14481005)

man those pics of that pool party were awesome!

I'm sure you took more than just those few you posted!

→ 14-07-2000 2:25:30 PM (loltot - 14481005)

makes no difference we are so big we ship all over the world

→ 14-07-2000 2:25:54 PM (loltot - 14481005)

i think i have a few more Ill dig them out tonight

→ 14-07-2000 2:26:04 PM (loltot - 14481005)

all g unfortunatly

← 14-07-2000 2:26:35 PM (loltot - 14481005)

thats fine with me...you know paranoid me....i actually prefer the "softer" stuff anyway.....my imagination can make up the rest

→ 14-07-2000 2:26:39 PM (loltot - 14481005)

did you see the 2 blond girls who look like twins?

← 14-07-2000 2:26:50 PM (loltot - 14481005)

yes, they are fine!

→ 14-07-2000 2:27:23 PM (loltot - 14481005)

they are not even sisters, the younger one Joanie had the most succulent little nipples

→ 14-07-2000 2:27:49 PM (loltot - 14481005)

always hard and poking through, just like little pencil erasers

← 14-07-2000 2:28:03 PM (loltot - 14481005)

I like the one on the right in the pics.....she has the multicolored blue suit

➜ 📄 14-07-2000 2:28:04 PM (loltot - 14481005)

she got me soooo hard a cuple times

➜ 📄 14-07-2000 2:28:22 PM (loltot - 14481005)

thats my niece Kristen

⬅ 📄 14-07-2000 2:28:51 PM (loltot - 14481005)

oh my....your neice?

on your side or your wife's side?

how old is she?

➜ 📄 14-07-2000 2:29:02 PM (loltot - 14481005)

wifes side

➜ 📄 14-07-2000 2:29:12 PM (loltot - 14481005)

she is 12

⬅ 📄 14-07-2000 2:29:40 PM (loltot - 14481005)

which one is Joanie?  the one in the black suit?

➜ 📄 14-07-2000 2:29:57 PM (loltot - 14481005)

hold on let me check

➜ 📄 14-07-2000 2:32:17 PM (loltot - 14481005)

she is the one next to the girl with "creek" on her chest

⬅ 📄 14-07-2000 2:32:37 PM (loltot - 14481005)

thats the one I said I like!

➜ 📄 14-07-2000 2:32:54 PM (loltot - 14481005)

ahh ok

⬅ 📄 14-07-2000 2:33:30 PM (loltot - 14481005)

she is YUMMY!

is she just a friend?

She looks about 10?

➜ 📄 14-07-2000 2:33:41 PM (loltot - 14481005)

11

⬅ 📄 14-07-2000 2:34:11 PM (loltot - 14481005)

I know you went home and JO'd thinking about her!

➜ 📄 14-07-2000 2:34:20 PM (loltot - 14481005)

damn right

⬅ 📄 14-07-2000 2:35:38 PM (loltot - 14481005)

so have you met any "new" online friends?

I think I already told you about my newest friend, she is a mother of 2 girls age 4 and 6.  She has seen me JO on my netcam a couple of times while we chat about her girls!  VERY HOT!

➜ 📄 14-07-2000 2:36:15 PM (loltot - 14481005)

nice, have you seen her?

⬅ 📄 14-07-2000 2:37:05 PM (loltot - 14481005)

not yet.  She doesn't have a netcam.  She live overseas, so our hours don't really coincide....consequently we don't get to talk much.

⬅ 📄 14-07-2000 2:40:32 PM (loltot - 14481005)

so Emma must be almost 7 by now, huh?

➜ 📄 14-07-2000 2:40:56 PM (loltot - 14481005)

yes

 14-07-20

God I bet

looks like

 14-07-200



exactly, ki

14-07-200

very sexy,

and she st

14-07-200

care to we

14-07-200

Does it stil

21-200

hey there

09-08-200

hi

 14-07-2000 2:2

she got me soc

 14-07-2000 2:2

thats my niece

 14-07-2000 2:2

oh my....your n

on your side or

how old is she?

14-07-2000 2:2

wifes side

14-07-2000 2:2

she is 12

14-07-2000 2:2

which one is Jo

14-07-2000 2:2

hold on let me



24-08-2000



Filename: 17

Total size: 73

Path:

← 24-08-2000 1

I had to disab

← 24-08-2000 1

are these of r

➡ 24-08-2000 1

hope u like

← 24-08-2000 1

I can't wait to

➡ 24-08-2000 11

enjoy

← 24-08-2000 11

I need to!



30-08-2000 5:2

you there?

31-08-2000 10:

good morning



31-08-2000 10:

hello

31-08-2000 10:

good morning

31-08-2000 10:

thanks for the o

31-08-2000 10:

im glad you like

31-08-2000 10:

I saw you poste

31-08-2000 10:

i liked alot!   th

31-08-2000 10: