IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )  CR. F-02-5301 OWW
                              )
            Plaintiff,        )
                              )
     v.                       )
                              )
DANIEL BOOBAR,                )
                              )
            Defendant.     ___)
_____)
```

ORDER

For the reasons articulated at the conclusion of the hearing on March 8, 2006, the parties shall follow this filing and hearing schedule for the defendant's motion for new trial.

    Government Response    April 3, 2006

    Defendant's Reply    April 24, 2006

    Hearing    May 1, 2006 at 3:00 p.m.

It is ordered that this schedule be followed.  It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B). IT IS SO ORDERED.

**Dated:   April 6, 2006**              /s/ Oliver W. Wanger
emm0d6                            UNITED STATES DISTRICT JUDGE