```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
```

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-02-5301 OWW |
| ) | |
| Plaintiff, ) | DEFENDANT DANIEL BOOBAR'S |
| ) | EXHIBITS TO SENTENCING |
| vs. ) | MEMORANDUM AND FORMAL |
| DANIEL BOOBAR, ) | OBJECTIONS |
| ) | |
| Defendants. ) | Date: May 1, 2006 |
| _____ ) | Time: 3:00 p.m. |
| | Judge: Honorable Oliver W. Wanger |

The defendant, DANIEL BOOBAR, submits the following exhibits in support of Defendant Daniel Boobar's Sentencing Memorandum and Formal Objections.

1. Emmerson List # 1, March 1, 2002. Report of Investigation by Department of Homeland Security regarding Lloyd Emmerson, U.S. Customs case number FC07QL02BB0004, report number 2.

2. Emmerson List # 2, Handwritten list and government transmittal letter dated March 8, 2006.

3. Palm Beach County Sheriff's Office report regarding joint investigation, arrest, search and interview of Harland on March 11, 2002, and government transmittal fax dated March 1, 2006.

4. Curriculum Vitai of C. Stephen Carr, Ph.D.

5. Declaration of Mike Cassida related to sentencing of co-defendant Trent Hariazczyi.

DATED: April 19, 2006                Respectfully Submitted
                                     FLETCHER & FOGDERUDE, INC.


                                     _____
                                     Eric K. Fogderude, Attorney for
                                     Defendant DANIEL BOOBAR