```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
```

FILED
APR 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

Attorney for Defendant, DANIEL BOOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>vs.         )<br>            )<br>DANIEL BOOBAR, )<br>            )<br>    Defendants. )<br>_____) | CASE NO. CR-F-02-5301 OWW<br><br>CORRECTED EXHIBITS LIST TO<br>SENTENCING MEMORANDUM AND<br>FORMAL OBJECTIONS BY<br>DEFENDANT DANIEL BOOBAR'S<br><br>Date: May 1, 2006<br>Time: 3:00 p.m.<br>Judge: Honorable Oliver W. Wanger |

   Defendants Exhibits To Sentencing Memorandum filed April 19, 2006, inadvertently labled the exhibits as 1-5 instead of A-E. This amendment corrects that error.

   A. Emmerson List # 1, March 1, 2002. Report of Investigation by Department of Homeland Security regarding Lloyd Emmerson, U.S. Customs case number FC07QL02BB0004, report number 2.

   B. Emmerson List # 2, Handwritten list and government transmittal letter dated March 8, 2006.

   C. Palm Beach County Sheriff's Office report regarding joint investigation, arrest, search and interview of Harland on March 11, 2002, and government transmittal fax dated March 1, 2006.

   D. Curriculum Vitai of C. Stephen Carr, Ph.D.

1  E.  Declaration of Mike Cassida related to sentencing of co-
2  defendant Trent Hariazczyi.

3
DATED: April 22, 2006           Respectfully Submitted
4                                FLETCHER & FOGDERUDE, INC.
5
                                /s/ Eric K. Fogderude
6                               _____
                                Eric K. Fogderude, Attorney for
7                               Defendant DANIEL BOOBAR