

1  Eric K. Fogderude, #07086
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108

5  Attorney for Defendant, DANIEL BOOBAR

**FILED**

APR 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

6

7

8

9                IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   CASE NO. CR-F-02-5301 OWW
                                       )
13              Plaintiff,             )   SUPPLEMENTAL EXHIBITS IN
                                       )   SUPPORT OF MOTION TO DISMISS OR
14  vs.                                )   ALTERNATE MOTION FOR NEW TRIAL
                                       )
15  DANIEL BOOBAR,                     )
                                       )   Date: May 1, 2006
16              Defendants.            )   Time: 3:00p.m.
    _____)   Judge: Honorable Oliver W. Wanger

17

18       The defendant, DANIEL BOOBAR, submits the following supplemental exhibits in

19  his Motion To Dismiss or Alternate Motion for New Trial.

20       12. Government's Witness List

21       13. Palm Beach Sheriff Office Property Receipts

22       14. U.S.D.C., Southern District of Florida, Order Unsealing

23       15. Palm Beach County State Court Subpoenas

24       16. Declaration of David Schiavon In Support of Motion To Dismiss

25       17. Discovery Exhibit, Florida State Prosecution

26       18. Florida State Sentencing Minute Order

27       19. Unapposed Motion For Concurrent Sentence and Order

28

---

U.S. vs. Boobar, et al.                    Supplemental Exhibits In Support of Motion to
Case No. CR-F-02-5301 OWW                  Dismiss And Motion for New Trial

20. Declaration of Eric K. Fogderude In Support of Motion to Dismiss

21. Government Letter dated March 24, 2004.

22. U.S. Customs Report regarding Boobar investigation.

DATED: April 21, 2006                    Respectfully submitted,

                                         /s/ Eric K. Fogderude
                                         ERIC K. FOGDERUDE
                                         Attorney for Defendant,    DANIEL BOOBAR

U.S. vs. Boobar, et al.
Case No. CR-F- 02-5301 OWW                    2            Supplemental Exhibits In Support of Motion to
                                                          Dismiss And Motion for New Trial

1 | MCGREGOR W. SCOTT
United States Attorney
2 | JONATHAN B. CONKLIN
DAVID GAPPA
3 | Assistant U.S. Attorneys
3654 Federal Building
4 | 1130 O Street
Fresno, California 93721
5 | Telephone: (559) 498-7272

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | ) | CR. F. NO. 02-5301 OWW |
12 | | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST |
13 | | ) | |
| v. | ) | |
14 | | ) | |
| LLOYD ALAN EMMERSON, | ) | |
15 | | ) | |
| | ) | Trial: April 20, 2004 |
16 | Defendant, | ) | Time: 10:00 a.m. |
| | ) | Courtroom: One |
17 | | ) | Honorable Oliver W. Wanger |

18

The government anticipates presenting the following witnesses

19

during its case-in-chief.  The government reserves its right to

20

present additional witnesses that may become necessary during its

21

case in chief, or in rebuttal to defense evidence.

22

//

23

//

24

//

25

//

26

//

27

//

28

EXHIBIT
12

1

1  WITNESS                    EXHIBIT. SERIES

2
          LAW ENFORCEMENT:
3
   Mike Cassada -
4  Clovis Police Department

5  James Gentry -
   Clovis Police Department
6

7  Matt McFadden -
   Clovis Police Department
8
   John Weaver -
9  Clovis Police Department

10 Mike Prado -
   Special Agent - U.S. Department of Homeland Security, Fresno, CA.
11
   John Goodson -
12 Special Agent - U.S. Department of Homeland Security, Fresno, CA.

13 Jack Watkins -  U.S. Department of Homeland Security, Palm Beach
   Special Agent   Florida
14
   Pat Paige
15 Detective - Palm Beach County, Florida, Sheriff's Office

16 Jackie Irwin -
   Special Agent - U.S. Department of Homeland Security, Houston, TX.
17
   Orlando Cardona -
18 Special Agent - U.S. Department of Homeland Security, Houston, TX.

19 Mark Morgan -
   Harris County, Texas, Sheriff's Department
20
   Norm Welsh -
21 Harris County, Texas, Sheriff's Department

22 Vince Battaglia -
   Harris County, Texas, Sheriff's Department
23
   //
24
   //
25
   //
26
   //
27
   //
28

                              2

```
 1          CUSTODIAN'S OF RECORDS:

 2    Jeff Lowenberg - COR
      Everyone's Internet
 3
      Lisa Maurer - COR
 4    Internet America

 5    COR -
      Crown Plaza Hotel
 6
      COR -
 7    United States Marshall's Service

 8          NON-LAW ENFORCEMENT:

 9    Mark Menz
      MJ Menz and Associates
10
      Angela Simmons
11
      Renee Issacson
12
            TESTIFYING DEFENDANTS:
13
      Michael David Harland
14
      Leslie Peter Bowcutt
15
      Lloyd Alan Emmerson
16

17
      DATED:   April 15, 2004        Respectfully Submitted,
18
                                     MCGREGOR W. SCOTT
19                                   United States Attorney

20                                   By
                                       JONATHAN B. CONKLIN
21                                   Assistant U.S. Attorney

22

23

24

25

26

27

28
```

3

**PALM BEACH COUNTY SHERIFF'S OFFICE**
PROPERTY RECEIPT

OTHER AGENCY & CASE #

PBSO CASE #
02 - 042280

| Date 3/11/02 | Time 2130 | Zone A11 | Type Case | 18 / 35 | LOC Number |
|---|---|---|---|---|---|

| ☐ Drugs | ☐ Firearms | ☐ Photo Lab | ☐ Stolen · Recovered |
|---|---|---|---|
| ☐ Toxicology | ☐ Crime Scene | ☐ Lost Property | ☐ Trial |
| ☐ Serology/DNA | ☐ Latent Prints | ☐ Property of Deceased | ☐ Destroy  CCLA |

Forward Report To: _____  Division: _____

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☒ No   ☐ To Whom

Photographed by & I.D. # Mike Gerhring

Address Where Property Recovered: 1033 Bedford Ave  P.B.G.

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Recovered by | Det. PAIGE | 3/11/02 | — | — | HQ | |
| Owner | SAME | | | | | |
| Victim | State of FL | | | | | |
| Suspect(s) | Mike Harland | 11/18/59 | M / M | 1033 Bedford Ave | |
| | | | | | | |
| | | | | | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Dell Computer System  SN# HPLD801 |
| 2 | 38 | | CD. Roms |
| 3 | 4 | | 1.44 Floppies |
| 4 | 6 | | Zip Disks |
| 5 | 1 | | Western Digital Hard Drive  SN# WT289 352 0504 |
| 6 | 1 | | Maxtor Hard Drive  SN# F603T57A |
| 7 | 1 | | Olympus Camera  SN# 126574455 |
| 8 | 1 | | 11X14 Gold Framed Picture |
| | | | END |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

**EXHIBIT**
exhibitstickers
13

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded in the official performance of duty as a Law Enforcement Officer or State Personnel as defined in F.S.S. 943.10.

Print Name: P. PAIGE

Signature: _____

I.D. # 4228  Div.

| Received By | Reason | Date & Time |
|---|---|---|
| Det. PAIGE | Item #8 Placed in Main Evidence | 3/13/02 09 |
| Det. PAIGE | Items 2,3,4 Removed for Imaging | 3/9/02 11: |
| Det. PAIGE | Returned Items 2, 3, 4 | 4/9/02 14: |
| (signature) | TOT U.S. Customs | 12/18/03 10: |

# PROPERTY RECEIPT

PBSO CASE # 02 - 042 280

| Date | Time | Zone | Type Case | LOC Number |
|---|---|---|---|---|
| 6|19|02 | 1415 | | 18 | |

| | | |
|---|---|---|
| ☐ Drugs | ☐ Firearms | ☐ Photo Lab |
| ☐ Toxicology | ☐ Crime Scene | ☐ Lost Property |
| ☐ Serology/DNA | ☐ Latent Prints | ☐ Property of Deceased |

☐ Stolen - Recovered
☐ Trial
☐ Destroy

**Send Report To:**     Division:

Release After Processing per F.S.S. 90.91?    ☐ Yes   ☒ No    ☐ To Whom

Photographed by & I.D. #

Address Where Property Recovered: 14600 Starkey Road, Delray BCH, FL 33446

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| Discovered by Joel Crieper | 6|9|02 | 5|11|67 | M|M | 14600 Starkey RD, Delray | 499-66 |
| Owner Morningstar Nursery | | | | 14600 Starkey RD, Delray | 499-6 |
| Victim State of FL | | | | | |
| Suspect(s) Michael Harland | | | | JAIL | |
| | | | | | |
| | | | | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | MAXTOR HArD Drive SN# W8HO14EA MoD# 92048D8 |
| 2 | 2 | | Smart Media Digital Camera Disk 32MB EACH |
| | | | END |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded in the official performance of duty as a Law Enforcement Officer or Su Personnel as defined in F.S.S. 943.10.

Print Name: Lu-Ann Cinquemani

Print Name: PATRICK PAIGE    I.D. # 4278 Div.

Signature: _____

Signature: _____

| Received By | | Reason | Date & Time |
|---|---|---|---|
| | TOT US Customs | | 12|15|03 |
| | | | |
| | | | |
| | | | |
| | | | |

**PALM BEACH COUNTY**
# SHERIFF'S OFFICE

**RIC L. BRADSHAW, SHERIFF**





DETECTIVE LINDA ANDERSON
SPECIAL INVESTIGATIONS BUREAU
PHONE: (561) 688-4148          FAX: (561) 688-4125          EMAIL: Andersonl@pbso.org

# FAX TRANSMITTAL
# COVER SHEET

| To: | Atty Fogderude | Fax #: | 559-431-4108 |
|---|---|---|---|
| From: | Detective Linda Anderson | Date: | April 21, 2006 |
| Department: | Special Investigations Division | Pages: | 3 |
| CC: | | | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

Per your request, here is the copy of evidence log for the audio cassette tape. The other piece of paper is from hand written note stuffed in the case file. According to the note, I mailed a copy of the taped interview to S/A Prado on October 17, 2005. Please let me know the outcome of all this.

Thank you

Linda

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

PBSO CASE # 02- 042280

| Date 03/12/02 | Time 0100 | Zone B21 | Type Case Sexual battery | LOC Number 190 |

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☒ Trial
- ☐ Destroy

Send Report To: Det. L. Hebert  4460    Division: S.I.U.

Release After Processing per F.S.S. 90.91?  ☐ Yes  ☐ No   ☐ To Whom

Photographed by & I.D. #

Address Where Property Recovered: 3228 Gun Club Rd WPB

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| Discovered by Det. L. Hebert | 7/12/02 | — | — | PBSO HQ | 688-4148 |
| Owner State Of Florida | | | | | |
| Victim Emma Harland | 9/13/95 | W/F | 1654 NE Silvia Ave Jensen Bch | 334-5041 |
| Suspect(s) Michael D. Harland | 11/10/59 | W/m | 1033 Bedford Ave PBG | 694-8919 |
| | / | | | / | / |
| | / | | / | | / |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | — | Audio Cassette tape of Michael Harland No Further |
| | | | On |

Palm Beach Sheriff's Office    Case# 02-042280
Sub# 001

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Det. Linda Hebert   I.D.# 4460 Div. SIU

Signature: Det. L. Hebert

| Received By | Reason | Date & Time |
|---|---|---|
| Thomas 2830 | IED | 3/3/02 730 |
| Del Anderson 4460 | Copy tapes | 11/22/02 1454 |
| Dct K Anderson 4460 | Copy tape | 10/17/05 @ 1128 |
| J. Allen 2242 | Sex. Bat. | 10-17-05 1205 |
| | | |

DISTRICT S.I.U.    PAGE 1 OF 1

→ tape of interview

SA Mike
SA Prado 559-457-7214
→ 855 M Street #910
Fresno Ca 93721

02-042280
mailed 10/17/05 afternoon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 02-80094-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.
MICHAEL DAVID HARLAND,

        Defendant.
_____/



FILED by ___ D.C.

DEC 09 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER UNSEALING

THIS MATTER having come before the Court upon the Sentencing hearing of the defendant Michael David Harland, the Court informs all parties to the above matter that the Court will be unsealing (De#45) the United States Motion for Upward Departure Under the States Sentencing Guidelines, and (DE#47) The United States Objections to the Presentence Investigation Report, the Court having reviewed said motion and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that (DE#45) Government's Motion for Upward Departure with the exception of the interview of E.H. conducted just after Harlan's arrest, and the ICQ chats and computer images document, and (DE#47) Government Objections to the Presentence Investigation Report, shall be **UNSEALED**.

**DONE AND ORDERED,** in West Palm Beach, Florida, this ___7___ day of December 2002.

                            **DONALD M. MIDDLEBROOKS**
                            **UNITED STATES DISTRICT JUDGE**

cc:  Lothrop Morris, AUSA
      Scott Suskauer, Esq.

**EXHIBIT**
14

I.D. #1318
PBSO

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "X"

TO: SPECIAL AGENT CRAIG
FBI
505 SOUTH FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FL 33401

CASE NO. 02CF002916A02
Police Case No. 01 02-042280
ME. No.

STATE OF FLORIDA
vs.
MICHAEL DAVID HARLAND

6 WK DOCKET; CALL BEFORE
APPEARING; REMAIN ON CALL

You are commanded to appear at the Palm Beach County Courthouse, 205 North Dixie Highway,
COURTROOM 11F, West Palm Beach, Florida, beginning at 9:30 a.m., on 08/19/2002 . **Please call (561)355-
7389(or 1-800-353-3859 if out of the area) when you receive this subpoena AND the working day before
trial after 2:00 p.m. to verify time of trial.**

Failure to appear will subject you to contempt of Court. This subpoena is binding day to day and week to week
until the case is closed.

LANNA BELOHLAVEK
Assistant State Attorney
Fla. Bar No. 0776726

June 04, 2002

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I received this subpoena on the ___7___ day of ___June___, 2002, and executed the same on the _____
day of _____, 2002, in Palm Beach County, Florida.

6-12-02   11:15A
Not Known There

SHERIFF PALM BEACH COUNTY

By: _____ 3754
Deputy Sheriff

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm
Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida. 33401; telephone number (561) 355-4380
within two (2) working days of your receipt of this notice; if you are hearing or voice impaired call 1-800-955-8771.**


EXHIBIT
15



I.D. #1318
PBSO

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "X"

TO: GROUP SUPERVISOR STEVEN WUNDERLICH
U. S. CUSTOMS
100 SOUTH DIXIE HIGHWAY
WEST PALM BEACH, FL 33401

CASE NO. 02CF002916A02
Police Case No. 01 02-042280
ME. No.

STATE OF FLORIDA
vs.
MICHAEL DAVID HARLAND

6 WK DOCKET; CALL BEFORE
APPEARING; REMAIN ON CALL

You are commanded to appear at the Palm Beach County Courthouse, 205 North Dixie Highway,
COURTROOM 11F, West Palm Beach, Florida, beginning at 9:30 a.m., on 08/19/2002 . **Please call (561)355-7389(or 1-800-353-3859 if out of the area) when you receive this subpoena AND the working day before trial after 2:00 p.m. to verify time of trial.**

Failure to appear will subject you to contempt of Court. This subpoena is binding day to day and week to week
until the case is closed.

LANNA BELOHLAVEK
Assistant State Attorney
Fla. Bar No. 0776726

June 04, 2002

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I received this subpoena on the ___7___ day of __June__. 2002. and executed the same on the __12__
day of __June__, 2002, in Palm Beach County, Florida.

Richard Calenda
Agent

SHERIFF, PALM BEACH COUNTY

By: _____ 3705
Deputy Sheriff

11:00 A

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm
Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380
within two (2) working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

I.D. #1318 IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
PBSO        IN AND FOR PALM BEACH COUNTY, FLORIDA
                    CRIMINAL DIVISION "X"

TO: SPECIAL AGENT JACK WATKINS          CASE NO. 02CF002916A02
US CUSTOMS                              Police Case No. 01 02-042280
100 SOUTH DIXIE HIGHWAY                 ME. No.
PALM BEACH GARDENS, FL 33410
TTy>W PB

STATE OF FLORIDA                        6 WK DOCKET; CALL BEFORE
vs.                                     APPEARING; REMAIN ON CALL
MICHAEL DAVID HARLAND

You are commanded to appear at the Palm Beach County Courthouse, 205 North Dixie Highway,
COURTROOM 11F, West Palm Beach, Florida, beginning at 9:30 a.m., on 08/19/2002 . **Please call (561)355-7389(or 1-800-353-3859 if out of the area) when you receive this subpoena AND the working day before trial after 2:00 p.m. to verify time of trial.**

Failure to appear will subject you to contempt of Court. This subpoena is binding day to day and week to week
until the case is closed.

LANNA BELOHLAVEK
Assistant State Attorney
Fla. Bar No. 0776726

June 04, 2002

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
I received this subpoena on the ___7___ day of ___June___, 2002, and executed the same on the ___12___
day of ___June___, 2002, in Palm Beach County, Florida.

                              SHERIFF, PALM BEACH COUNTY
              Richard Calonder
              Agent        By: _____ 3759
                     11:02A    Deputy Sheriff

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm
Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida, 33401: telephone number (561) 355-4380
within two (2) working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

ID. #15
PEC IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "X"

TO: SPECIAL AGENT GREG STEIN
US CUSTOMS
100 S. DIXIE HIGHWAY
WEST PALM BEACH, FL 33401

CASE NO. 02CF002916A02
Police Case No. 01 02-042280
ME. No.

STATE OF FLORIDA
vs.
MICHAEL DAVID HARLAND

6 WK DOCKET; CALL BEFORE
APPEARING; REMAIN ON CALL

You are commanded to appear at the Palm Beach County Courthouse, 205 North Dixie Highway,
COURTROOM 11F, West Palm Beach, Florida, beginning at 9:30 a.m., on 08/19/2002 . **Please call (561)355-7389(or 1-800-353-3859 if out of the area) when you receive this subpoena AND the working day before trial after 2:00 p.m. to verify time of trial.**

Failure to appear will subject you to contempt of Court. This subpoena is binding day to day and week to week
until the case is closed.

L'ANNA BELOHLAVEK
Assistant State Attorney
Fla. Bar No. 0776726

June 04, 2002

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
I received this subpoena on the 7 day of June 2002, and executed the same on the 12
day of June, 2002, in Palm Beach County, Florida.

SHERIFF, PALM BEACH COUNTY

Richard Calenda
Agent
By: _____ 3709
Deputy Sheriff
11:01A

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida. 33401; telephone number (561) 355-4380 within two (2) working days of your receipt of this notice; if you are hearing or voice impaired. call 1-800-955-8771.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "X"

TO: SPECIAL AGENT MARTIN RUIZ DE GAMBOA
FBI
505 SOUTH FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FL 33401

CASE NO. 02CF002916A02
Police Case No. 01 02-042280
ME. No.

STATE OF FLORIDA
vs.
MICHAEL DAVID HARLAND

6 WK DOCKET; CALL BEFORE
APPEARING; REMAIN ON CALL

You are commanded to appear at the Palm Beach County Courthouse, 205 North Dixie Highway,
COURTROOM 11F, West Palm Beach, Florida, beginning at 9:30 a.m., on 08/19/2002 . Please call (561) 355-
7389(or 1-800-353-3859 if out of the area) when you receive this subpoena AND the working day before
trial after 2:00 p.m. to verify time of trial.

Failure to appear will subject you to contempt of Court. This subpoena is binding day to day and week to week
until the case is closed.

LANNA BELOHLAVEK
Assistant State Attorney
Fla. Bar No. 0776726

June 04, 2002

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I received this subpoena on the ___7___ day of ___June___, 2002, and executed the same on the _12_
day of ___June___, 2002, in Palm Beach County, Florida.

SHERIFF, PALM BEACH COUNTY

M. Rente
Sec
11:15 A

By: _____ 3725

Deputy Sheriff

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact Robin Shepett, ADA Coordinator in the Administrative Office of the Court, Palm
Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida, 33401; telephone number (561) 355-4380
within two (2) working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108

5  Attorney for Defendant, DANIEL BOOBAR

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )     CASE NO. CR-F-02-5301 OWW
                                       )
11               Plaintiff,            )     DECLARATION OF DAVID SCHIAVON
                                       )     IN SUPPORT OF MOTION TO DISMISS
12  vs.                                )
                                       )
13  DANIEL BOOBAR,                     )
                                       )     Date: May 1, 2006
14               Defendants.           )     Time: 3:00p.m.
                                       )     Judge: Honorable Oliver W. Wanger
15  _____)

16       I David Schiavon do declare,

17       1. I am a private licensed investigator in the State of California and I was retained

18  as the investigator for Defendant Daniel Boobar.

19       2. I was recently requested by Mr. Boobar's attorney to investigate certain factual

20  representations set forth in the declaration of Mike Prado and Mike Cassida concerning

21  their unsuccessful efforts to locate before the Boobar trial the Palm Beach Sheriff's Office

22  reports and audio tape related to Michael Harland's arrest confession.

23       3. Between the dates of April 13, - April 21, 2006, I contacted by telephone the

24  below listed persons regarding the PBSO reports and audio tape related to Harland's

25  arrest confession. During each conversation, I identified myself as an investigator

26  working on behalf of Defendant Boobar.

27       4. I interviewed with Lonna Belohlavek, the Florida State prosecutor who

28  handled the state prosecution of Harland which resulted from this U.S. Customs, FBI,

**EXHIBIT**
tabbies
16

U.S. vs. Boobar, et al.                                    Declaration of David Schiavon In Support
Case No. CR-F- 02-5301 OWW                                 of Motion to Dismiss

1    Palm Beach Sheriff's Office joint investigation.

2    She confirmed that her office file contained a copy of the Palm Beach Sheriff's
3    Office reports, the Harland audio tape and the video tape interview of Harland's
4    daughter, made by state child protective services. She confirmed that the Florida U.S.
5    Customs and FBI were fully aware of her prosecution as she subpoenaed the five special
6    agents who were involved in the Harland investigation.

7    5. I also interviewed Palm Beach Sheriff Office Detective Linda Anderson, formerly
8    Hebert, who wrote the Palm Beach Sheriff's Office report related to Harland's arrest and
9    confession. She advised that all evidence seized as a result of the joint investigation was
10   booked with the Palm Beach Sheriff's Office, with the exception of the video interview of
11   Harland's daughter. That tape was booked or retained by another State agency, the
12   Family-Child Protective Unit.

13   Detective Anderson advised that had any of the Federal agencies involved in the
14   joint investigation, or any Federal prosecutor requested the reports or evidence held by
15   Palm Beach Sheriff's Office, it would have been provided. Her review of the property
16   booking receipts shows that the U.S. Customs did check some of the evidence booked on
17   December 18, 2003, but did not request a copy of the audio tape until October 17, 2005,
18   when it was provided. Detective Anderson provided a copy of the property receipt.

19   6. I also interviewed Palm Beach Sheriff's Office Detective Paige. He advised that
20   his first recollection of being asked whether Palm Beach Sheriff's Office had an audio tape
21   and/or reports of the Harland interview was when he was contacted by U.S. Customs
22   Agent Prado on or about October 17, 2005. In response to that request, Detective
23   Anderson was requested to provide a copy of the tape and it was immediately forwarded
24   to Mr. Prado.

25   7. I have attempted to contact U.S. Customs Special Agent Watkins and AUSA
26   Morris Lastrop, but to date have been unable to speak with them.

27   ///
28   ///

1    8. I know it is a crime under California and federal laws to make a false statement

2  in a judicial proceeding.

3

4

5    DATED: April 21 , 2006              Respectfully submitted,

6                                       /s/ David Schiavon

7                                       _____

8                                       DAVID SCHIAVON, Investigator

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5/
31

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, CRIMINAL DIVISION
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 02CF002916A02   DIVISION "X"

STATE OF FLORIDA

vs.

MICHAEL DAVID HARLAND

DISCOVERY EXHIBIT (ANSWER TO NOTICE OF
DISCOVERY); DEMAND FOR RECIPROCAL
DISCOVERY EXHIBIT AND
DEMAND FOR NOTICE OF ALIBI

2002 APR -4 AM 11:50
DOROTHY H. WILKEN
CIR. & CO. CT.
PH BEACH CO. FL.
FILED

The State of Florida, by and through the undersigned Assistant State Attorney, hereby responds to the Notice of Discovery made on behalf of the Defendant, pursuant to Rule 3.220(a)&(b), Florida Rules of Criminal Procedure, and gives notice that all information and material as defined by Rule 3.220(a), Florida Rules of Criminal Procedure, within the State's possession or control has been disclosed to the Defendant by providing copies of all reports and statements in the State Attorney's file to the Attorney for the Defendant. The State hereby demands a **Reciprocal Discovery Exhibit** and all disclosure required by the Defendant, pursuant to Rule 3.220(a)(c)&(d), Florida Rules of Criminal Procedure. Further, the State hereby demands **Notice of Alibi** pursuant to Rule 3.200, Florida Rules of Criminal Procedure.

The Attorney for the Defendant, SCOTT L SUSKAUER ESQUIRE, is hereby granted permission to inspect, copy, test, and photograph the information and material described within the documents attached to this answer, or which is being held in the custody of the investigating law enforcement agency, if prior notice has been given to the undersigned of any such inspection, copying, testing, or photographing.

Respectfully submitted,

LANNA BELOHLAVEK
Assistant State Attorney
Florida Bar Number: 0776726

EXHIBIT
17

RAB

12

's Name : MICHAEL DAVID HARLAND

Number : 02CF002916A02

## ALL WITNESSES AND EVIDENCE LISTED IN REPORTS PROVIDED

| PERSONS KNOWN TO HAVE INFORMATION | EVIDENCE LIST |
|---|---|

**WITNESS CATEGORY A**

SPECIAL AGENT CRAIG
FBI
505 SOUTH FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FL 33401

DS JOHN C. DANDREA #3186
PALM BEACH COUNTY SHERIFFS OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

MS. LYNDA DAVIES
C/O CHILD PROTECTION TEAM
2840 6TH AVENUE, SOUTH
LAKE WORTH, FL 33461

DS MICHAEL GEHRING #2342
PALM BEACH COUNTY SHERIFFS OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

DS CAROL A. GREGG #4381
PALM BEACH COUNTY SHERIFFS OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406



DS LINDA L. HEBERT #4460
PALM BEACH COUNTY SHERIFFS OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

CPL PATRICK PAIGE #4278
PALM BEACH COUNTY SHERIFFS OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

**PHOTOGRAPHS**

DEFENDANT'S CONFESSION

CONSENT TO SEARCH FORM

DEFENDANT'S TAPED CONFESSION

VIDEO TAPE

DELL DIMENSION 8100 COMPUTER SYSTEM

MAXTOR HARD DRIVE

WESTERN DIGITAL HARD DRIVE

OLYMPUS DIGITAL CAMERA

11X14 FRAMED PICTURE

SEARCH WARRANT

FLOPPY DISKETTES

CD-ROMS

ZIP DISKS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED by the undersigned that a true and correct copy of the foregoing Discovery Exhibit (Answer to Notice of Discovery); Demand for Reciprocal Discovery Exhibit, and Demand for Notice of Alibi has been furnished by hand/mail/bin to the Attorney for the Defendant,

NAME: SCOTT L. SUSKAUER ESQUIRE

on this, the ___3rd___ day of April, 2002.

LANNA BELOHLAVEK
Assistant State Attorney
Florida Bar Number: 0776726

NO.: 02002916CF A02 ST. OF FL. VS. MICHAEL DAVID HARLAND

GES: #1. SEXUAL BATTERY ON PERSON LESS TH #2. ATTEMPTED SEXUAL BATTERY ON A
PROMOTING SEXUAL PERFORMANCE BY A CH #4. PROMOTING SEXUAL PERFORMANCE BY A C
PROMOTING SEXUAL PERFORMANCE BY A CH #6. PROMOTING SEXUAL PERFORMANCE BY A C
PROMOTING SEXUAL PERFORMANCE BY A CH #8. PROMOTING SEXUAL PERFORMANCE BY A C
PROMOTING SEXUAL PERFORMANCE BY A CH ..... 20 ADDITIONAL CHARGES FOR THIS CA
REST# 2002310222    BOND#           TYPE           $.00 A/C

| | | | |
|---|---|---|---|
| Date 02/13/03 | Judge *Rapp* | | Crt. Rep. *A. Cerieda* |
| ASA *L. Beloblavek* | DC *KH* | Idt | |
| Deft. Pres / Not Pres.  W / W/O Def. Co. | *S. Sushuiai* Esq / PD - Pres / Not Pres. | | |

**PLEA CONFERENCE**

Before the Court for:
- ☐ Granted ☐ Denied ☐ With / Without Prejudice ☐ Withdrawn ☐ Court Reserves Ruling ☐ Written Order to Follow

---

- ☐ Warrant ☐ Ordered ☐ Recalled ☐ Bond Set at $ _____ ☐ See Below ☐ Also Covers ☐ Sp Cond
- ☐ Bond Forf ☐ OR: Disch / Revoked / Reinstated ☐ Bond: Disch / Revoked ☐ SOR: Disch / Revoked / Reinstated
- ☐ Bond Forf Vacated ☐ Previous Bond Reinstated, if Bondsman agrees ☐ State failed to file charges ☐ Released O.R. / S.O.R.

---

- ☐ Deft __ Indigent ☐ PD Appt ☐ Hrg only   PD Pres _____ ☐ Court Appts _____
- Evaluation for: ☐ Drug Farm ☐ DOC Non-Secure Bed by _____
- ☐ Pre-Plea ☐ PSI ordered by/within _____ days ☐ w/input from DJJ / Staffing  *PF*
- ☐ Referred to: PTI / SAAP / PADD ☐ Case placed on the absentee docket

DEFT ENTERED A PLEA OF: ☐ NOT GUILTY ☒ GUILTY ☐ NO CONTEST ☐ BEST INTEREST ☒ TO THE COURT
As Charged Cts *7-8, 12-13, 15-19, 27* Lesser Cts _____ Lesser Charge *Att. Sex Bat Person le*
☒ Sw & Test ☒ Adv of Rts ☒ Waived PSI *27* Lesser Cts _____ Lesser Charge *than 12 yoa*
☒ ADJ GUILTY as Charged as to Cts *2-5,7,8,12,13,15-19,27* Lesser Cts *1* *Att.* " " " "
☐ FOUND GUILTY as Charged as to Cts _____ *27+28* Lesser Cts _____
☐ ADJ W/HELD as to Cts _____ ☐ SENT W/HELD as to Cts _____
☐ FOUND AND ADJUDICATED DELINQUENT as to Cts _____ ☐ Dispo Order to follow / Filed
☐ FOUND & ADJ NOT GUILTY as to Cts _____ ☐ Dismiss ☒ Nolle Prosse Cts *6,9,10,11,14,20-23*

Prob / Comm Control: ☐ Revoked ☐ Reinstated ☐ Modified ☐ Term. Successfully / Unsuccessfully *25,26, 2*
☐ Deft. to pay fine or complete _____ hrs. Community Service or Serve _____ days PBCJ.

---

☐ Stip/Found: (violent) Habitual Off. 775.084   ☒ Stip/Found Sexual Offender / Sexual Predator ☐ Stip/Found: P.R.R.
SENTENCE: PBCJ: _____ Cts: _____ / DOC: *25 yrs* Cts: *1+2*
PBCJ: _____ Cts: _____ / DOC: *15 yrs* Cts: *3,4,5,7,8,12,13,*
☒ W/Credit for *339* Days / Mos. / Yrs. ☐ Deft Remanded ☐ Deft to remain on same rel. status pending sent. *15,-19,24,27,28*
Conc / Consec / Co-Term w/cases / cts: *1,2,3,4,5,7,8, 12-13, 15-19, 24,27,28*
*+ conc. w/ any federal sentence,*
☐ Execution of Sentence Stayed ☐ Sentence Suspended ☐ Time served as to Cts _____
☐ Youthful Off ☐ Habitual Off ☐ Min / Mand: _____ as to Cts _____
☐ ABOVE SENTENCE TO BE FOLLOWED By: ☐ Probation ☐ Drug Off Prob ☐ Comm. Control ☐ I ☐ II - See Page 2

*Deft. to remain in county jail for
2 wks until transported to DOC*

---

_____ Set / Remains Set / Reset _____ Div _____ Rm _____ at _____ AM/PM
_____ Set / Remains Set / Reset _____ Div _____ Rm _____ at _____ AM/PM

☐ Deft sign _____
☐ Def Co _____ ☐ ASA _____
☐ Prob ☐ Jail ☐ DJJ ☐ GAL   Notified by mail by: _____
☐ County Courthouse   ☐ Courtroom, Criminal Justice Bldg.   ☐ _____
205 N. Dixie, West Palm Beach   38844 State Road 80, Belle Glade

**EXHIBIT**
18

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT ROBIN SHEPETT, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 N. DIXIE HWY, RM 5.2500. NOTICE IF YOU HEAR HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80094-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff

vs.

MICHAEL DAVID HARLAND,

    Defendant

_____/

## UNOPPOSED MOTION FOR CONCURRENT SENTENCE

**COMES NOW,** the Defendant, by and through undersigned counsel and hereby moves this Honorable Court to enter an order that the Defendant's 18-year Federal sentence from this Court run concurrently with a 25-year State sentence from Palm Beach County Circuit Court. As grounds therefore the following is stated:

1. On December 6, 2002, this Court sentenced the Defendant to 18 years in prison on the above-styled cause.

2. On February 13, 2003, this Defendant, as a result of a negotiated plea agreement under Palm Beach County Circuit Court Case Number 02-2916CF A02, was sentenced to 25 years State prison, concurrent with any federal sentence. Both state and federal cases flow from the same set of facts or conduct.

3. The undersigned defense counsel contacted John Gaither, a "concurrency expert" with the Federal Bureau of Prisons in Atlanta. Mr. Gaither has informed undersigned counsel that since the Defendant was first charged in State Court, it is expected that the Defendant will serve his time in State prison before going to the Federal Bureau



EXHIBIT

19

of Prisons. In order that these sentences not run consecutively, Mr. Gaither indicates that it is necessary for this Court to enter an order reflecting that the Defendant's Federal sentence run concurrently with the State sentence. Additionally, that order should state that the Defendant be designated to serve his Federal sentence while in State custody.

4.      Assistant United States Attorney Lothrop Morris has no objection to this motion and proposed order as long as it is made clear that if the Defendant somehow served less than 18 years on his State sentence, that he would be remanded to Federal custody to complete his 18-year Federal sentence.

**WHEREFORE**, the Defendant respectfully requests the granting of this motion.

Respectfully submitted,

SCOTT I. SUSKAUER, ESQUIRE

Scott I. Suskauer
Attorney for the Defendant
Florida Bar No. 0776475
1601 Forum Place, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 687-7866; Fax: (561) 688-0581

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 19th day of February, 2003, to Assistant United States Attorney Lothrop Morris, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401.

Scott I. Suskauer

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80094-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff

vs.

MICHAEL DAVID HARLAND,

    Defendant

_____/

### ORDER REQUIRING FEDERAL SENTENCE TO RUN CONCURRENTLY WITH STATE SENTENCE AND FOR FEDERAL SENTENCE TO BE SERVED WHILE IN STATE CUSTODY OR SERVING STATE SENTENCE

**THIS COURT,** having reviewed the Unopposed Motion by defense counsel and the United States Attorney's Office, hereby orders as follows:

1. The Defendant MICHAEL HARLAND's 18-year Federal sentence under the above-styled cause be served concurrently with Palm Beach County Circuit Court sentence under Case Number 02-2916CF A02, which is a 25-year sentence.

2. The Defendant is designated to serve his Federal sentence in State custody, so that his Federal sentence may be served while he is in State custody serving his State sentence in Florida.

3. If the Defendant serves less than 18 years of his 25-year State sentence in prison in the Florida Department of Corrections, the Defendant shall be remanded to the Federal Bureau of Prisons to complete his Federal sentence.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _19_ day of _February_, 2003.

Hon. Judge Donald M. Middlebrooks
United States District Judge

Copies furnished to:

Scott I. Suskauer, The Suskauer Law Firm, P.A., 1601 Forum Place, Suite 1200, West Palm Beach, FL 33401
Lothrop Morris, Office of the United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401
John Gaither, Federal Bureaus of Prisons, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226

1 | Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
2 | A Professional Corporation
5412 North Palm Avenue, Suite 101
3 | Fresno, California 93704
Telephone: (559) 431-9710
4 | Facsimile: (559) 431-4108

5 | Attorney for Defendant, DANIEL BOOBAR

6 |

7 |

        IN THE UNITED STATES DISTRICT COURT FOR THE

8 |

        EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,    )    CASE NO. CR-F-02-5301 OWW
                      )
11 |        Plaintiff,     )    DECLARATION OF ERIC K. FOGDERUDE
                      )    IN SUPPORT OF MOTION TO DISMISS
12 | vs.                  )
                      )
13 | DANIEL BOOBAR,      )
                      )    Date: May 1, 2006
14 |       Defendants.    )    Time: 3:00p.m.
                      )    Judge: Honorable Oliver W. Wanger

15 |

16 |     I Eric K. Fogderude do declare,

17 |     1. I am an attorney duly licensed to practice before the Federal and State Courts

18 | located in the State of California and I am the attorney of record for the Defendant Daniel

19 | Boobar.

20 |     2. After receiving the Declarations of U.S. Customs Special Agent Prado and Clovis

21 | Police Department Detective Cassida, attached as Exhibits B and C to the governments

22 | opposition memorandum, I instructed investigator Dave Schiavon to attempt to verify

23 | certain facts contained therein related to their unsuccessful attempts to locate before trial

24 | the Palm Beach Sheriff's Office reports and audio tape related to the Harland confession.

25 |     3. I personally telephoned Assistant Public Defender Lori Barrist, who was one of

26 | two attorneys who represented Mr. Harland during his Florida Federal Prosecution. On

27 | April 17, 2006, she agreed to order her file from the achieves. On April 19, 2006, she

28 | advised me that she had reviewed the file and confirmed that it contained the Palm Beach



**EXHIBIT**

20

U.S. vs. Boobar, et al.                            Declaration of Eric K. Fogderude In
Case No. CR-F- 02-5301 OWW                  Support of Motion to Dismiss

1  Sheriff's Office reports, audio tape and video tape. She recalled receiving these items

2  from Harland's state attorney, Scott Suskauer. During all of my conversations, I identified

3  myself as Defendant Boobar's attorney.

4      4. I have made several attempts to speak with Mr. Suskauer, but to date I have

5  been unsuccessful.

6      5. I have also made in excess of 6 telephone attempts to contact Attorney Ron Sawl

7  concerning his knowledge of which have been referred to as Emmerson Lists 1 and 2, but

8  to date, he has not returned my call.

9      6. Prior to trial of this case, I was not provided a copy of the Palm Beach Sheriff's

10  Office report or the audio tape of Harland's confession. Had I had the benefit of that

11  discovery, it would have affected the trial strategy I used in the case and my cross-

12  examination of Mr. Harland. I would also have made motions to exclude admission of

13  Government Exhibits 16.1 - 16.23, suppress or strike the testimony of Harland and strike

14  or suppress the introduction of the Harland chat logs. I believe the outcome of the trial

15  could have been different, if this evidence was timely provided.

16      7. Regarding the documents referred to as Emmerson List 1 and Emmerson List 2, I

17  was not provided a copy of either list/document until after the trial.

18      The information on these lists was substantially different from the information set

19  forth on the U.S. Customs Report attached as Government Exhibit E, which report I was

20  provided on the eve of trial. As set forth in the accompanying brief, the report provided

21  as Jenck did not specifically state who Emmerson named, however other Jencks reports

22  reflected that Boobar's name aka Loltot, along with other named co-defendants surfaced

23  after Emmerson began to cooperate after his arrest. In reliance that the government

24  represented that all reports had been disclosed, it appeared that full disclosure had been

25  made.

26      After the trial the Emmerson List # 1 and # 2 were provided. List # 1 provided s

27  specific names of individuals whom Emmerson associated with his child porn production

28  activities and List # 2, provided the same information, only it was apparently personally

U.S. vs. Boobar, et al.
Case No. CR-F- 02-5301 OWW

2

Declaration of Eric K. Fogderude In
Support of Motion to Dismiss

1  drafted by Emmerson.

2     Had I been provided these lists before trial, I would have conducted my
3  examination of Emmerson differently and I would have rebutted the governments
4  attempt to impeach their own cooperating witness, when he testified favorably for
5  Boobar. I would also have made a motion to strike and/or suppress the admission of the
6  Government's exhibit series 1.1 - 1.28, on the basis of Brady violations and possibly other
7  basis.

8     Had the Emmerson Lists # 1 and # 2 been timely provided, I would introduced
9  them and or their subject matter into evidence on behalf of Mr. Boobar. I believe the jury
10  may have reached a different result had this evidence been provided.

11     8. During the course of the trial, it was revealed during cross-examination of Sgt.
12  Mike Cassida that a taped interview of Emmerson had been made in preparation
13  for the upcoming trials, including Boobar. Because no formal reports have been provided
14  of government trial preparation of their witnesses Harland or Emmerson, for the Boobar
15  trial a request for the tape was made. The witness later returned and testified that the
16  tape was either lost and/or destroyed. The declarations filed by S.A. Prado and Clovis
17  P.D. Detective Cassida in response to this motion, still fails to address this mysterious
18  anomaly.

19     9. I know it is a crime under California and federal laws to make a false statement
20  in a judicial proceeding.

21

22  DATED: April 21 , 2006          Respectfully submitted,
23
                                    /s/ Eric K. Fogderude
24                                  ERIC K. FOGDERUDE
                                    Attorney for Defendant,    DANIEL BOOBAR
25

26

27

28

---

U.S. vs. Boobar, et al.                              Declaration of Eric K. Fogderude In
Case No. CR-F- 02-5301 OWW        3         Support of Motion to Dismiss



*United States Attorney*
*Eastern District of California*

*Federal Building, Room 3654*
*United States Courthouse*
*1130 O Street*
*Fresno, California 93721*

*559/498-7272*
*Fax 559/498-7432*

March 25, 2004

Katherine Hart
Roger Litman
Gary Huss
Dale Blickenstaff
Eric Fogderude

        RE: Jenck's Act Production

Dear Counsel:

        Enclosed please find Jencks Act statements for your
particular defendant.  Please note that each counsel listed above
is being provided Jencks Act statements for their individual
clients.  I encourage you to contact each of those attorneys if
you desire to obtain the Jencks Act material provided to them by
the government.  If you are unable to obtain such material as
suggested, please contact this office and arrangements will be
made to provide you with the material.

        As with the government's exhibits previously made available
to you, the government reserves its right to use any witness
statements, including those of individual defendant's, to prove
the charged conspiracy.  You are hereby notified that the
government anticipates that numerous defendants, including but
not limited to defendant Emmerson, will testify during the trial.

                        McGregor W. Scott
                        United States Attorney

                        By, ⌐ᴧᴏᴿᴧ ᴧ. ᴄᴍ

                        JONATHAN B. CONKLIN
                        Assistant U.S. Attorney

                        By, ᴋᴧᴧᴧ ᴊ. ᴊᴧᴧᴧ
                        DAVID L. GAPPA
                        Assistant U.S. Attorney

EXHIBIT

21

REQUESTED BY:  PRADO, MICHAEL G

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | 2. PAGE  1 |
| | 3. CASE NUMBER HO07QS02HO0023 |

4. TITLE: BOOBAR, DANIEL

5. CASE STATUS:    INIT RPT

| 6. REPORT DATE 091002 | 7. DATE ASSIGNED 082202 | 8. CLASS 1 | 9. PROGRAM CODE 684 | 10. REPORT NO. 001 |
|---|---|---|---|---|

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: SEARCH WARRANT FOR DANIEL BOOBAR

14. SYNOPSIS:
On August 21, 2002, the Harris County Sheriff's Department, in conjunction
with the Clovis California Police Department requested the assistance of the
office of the Special Agent in Charge, Houston, Texas (SAIC/HO) regarding the
investigation, and execution of a search warrant of Daniel BOOBAR, an
individual suspected of the sexual exploitation of children.

SAIC/HO coordinated with Detective Mark Morgan of the Harris County Sheriff's
Department, and subsequently a state search warrant was obtained and executed.
The details of this investigation are contained within this report.

| 15. DISTRIBUTION: SACHO | 16. SIGNATURE: IRWIN          JACQUELINE A  SPECIAL AGENT |
|---|---|
| | 17. APPROVED: MORGAN          WILLIAM        OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: HO HOUSTON - SAC / 19. TELEPHONE: 281 985 0500 / 20. TYPIST: IRWIN |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS  US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT
22

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I·O N<br>C O N T I N U A T I O N | 1. PAGE      2 |
|---|---|
| | 2. CASE NUMBER HO07QS02HO0023 |
| | 3. REPORT NUMBER: 001 |

:n November 2001, the Customs CyberSmuggling Center (C3) coordinated with the
)anish National Police (DNP) in their investigation of Danish citizens Eggert
ind Bente JENSEN. The Jensen's were arrested after images of their nine (9)
/ear old daughter had been posted to a newsgroup. The investigation, now
:nown as Operation Hamlet, revealed that the JENSEN's were part of a child
nolestation and child pornography production and distribution ring involving
suspects throughout the world. As a result of the DNP computer forensics
inalysis of Eggert JENSEN's computer, C3 identified several U.S. suspects,
including Lloyd EMMERSON in Clovis, California.

)n January 26, 2002, EMMERSON was arrested by agents from the RA/Fresno and
detectives from the Clovis Police Department on charges, of child abuse and
production of child pornography (FC07QL02BB0004). Information gleaned from
the arrest of EMMERSON resulted in the identification of an additional suspect
with the user name Loltot@ev1.net.

Clovis Police Department contacted Detective Mark Morgan of the Harris County
Sheriff's Department to request assistance with the identification of the
suspect. Detective Morgan subsequently contacted Group Supervisor J. Stephen
Coffman of U.S. Customs SAIC/Houston and requested assistance with obtaining
·n scriber information from the Internet Provider Everyone's Internet. Senior
Special Agent Robert Sherman of SAIC/Houston submitted a summons to Everyone's
Internet requesting the information. The investigation was subsequently
assigned to Special Agent Irwin. S/A Irwin visited Everyone's Internet,
obtained the information and shared the information with Detective Morgan.
The suspect was identified as Daniel BOOBAR of Houston, Texas. Original
depictions of the child pornography were not available to SAIC/Houston or
Harris County Sheriff's Department. Downloaded material from EMMERSON was not
current, dated January 2002. Detective Morgan, at a later date, was able to
obtain a search warrant via the state court system.

On August 28, 2002, after coordination with the SAIC/Houston, the Harris
County Sheriff's Department executed a state search warrant at 10811 Burkes
Garden Drive, Houston, TX, the residence of Daniel BOOBAR. One computer,
several CD's and diskettes, and several PDA's were seized. The computer and
other related indicia are currently being maintained by the Harris County
Sheriff's office. BOOBAR was not arrested at the time.

Detective Norman Welsh of the Harris County Sheriff's Office is currently
completing a forensic investigation of the equipment to determine if there are
any depictions of child pornography. Detective Welsh continues to obtain the
assistance of SAIC/Houston and C3 to effectively complete the investigation.

This investigation continues, pending the results of the forensic

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.