1  Eric K. Fogderude, # 070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4

5  Attorney for Defendant, DANIEL BOOBAR

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA      )   CASE NO. 02-5301 OWW
                                  )
13          Plaintiff,             )
                                  )   SUBSTITUTION OF ATTORNEY
14  DANIEL BOOBAR                 )   AND ORDER
                                  )
15                                )
                                  )
16          Defendant.             )
    _____)
17

18       I, DANIEL BOOBAR, defendant in the above-captioned case, desires to substitute

19  Joan Jabobs Levie, Attorney at Law, 2014 Tulare St. # 528; Fresno, CA 93721; 559–498-8155,

20  as my attorney of record in place of Eric K. Fogderude, Attorney at Law, 5412 N. Palm

21  Ave. # 101; Fresno, CA 93704; 559-431-9710, I respectfully request that this court allow the

22  substitution to take place.

23  The undersigned requests the above substitution.

24                                         /s/ Daniel Boobar
    Dated: May 18, 2006                    _____
25                                         DANIEL BOOBAR, Defendant

26

27
    ///
28

---

**USA v. Daniel Boobar**                                            SUBSTITUTION OF ATTORNEY
**Case No. 02-5301 OWW**                                             AND ORDER

1

2  The undersigned accepts the above substitution.

3  Dated: May 18, 2006                          /s/ Joan Jacobs Levie
                                                _____
4                                               JOAN JABOBS LEVIE, Attorney at Law

5  The undersigned consents to the above substitution.

6

7  Dated: May 18, 2006                          /s/ Eric K. Fogderude
                                                _____
8                                               ERIC K. FOGDERUDE, Attorney at Law

9

10

11  IT IS SO ORDERED.

12  **Dated:   May 18, 2006**                   **/s/ Oliver W. Wanger**
    emm0d6                                      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**USA v. Daniel Boobar**                                          SUBSTITUTION OF ATTORNEY
**Case No.  02-5301 OWW**              2                          AND ORDER