**JOAN JACOBS LEVIE, #179787**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559)498-8155
FACSIMILE:   (559)498-8165

Attorney for Defendant, DANIEL BOOBAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL BOOBAR<br><br>    Defendant. | CASE NO. CR-F-02-5301 OWW<br><br>**ORDER TO UNSEAL EXHIBITS AND DOCUMENTS FOR APPELLATE REVIEW.** |

    The Court, having reviewed sealed documents associated with docket entries 222, 223, 227 and sealed exhibits associated with docket entry 514, finds them suitable to be unsealed for review by appellate counsel for the defendant.

    **IT IS HEREBY ORDERED** that the sealed documents and exhibits identified by docket entries 222, 223, 227 and 514 be unsealed and released to attorney JOAN JACOBS LEVIE, counsel for Appellant, DANIEL BOOBAR, forthwith.

DATED: 11/14/06

/s/ Oliver W. Wanger
OLIVER W. WANGER
Judge of the United States District Court

-1-

PDF created with pdfFactory trial version www.pdffactory.com